UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Paragon Component Systems, LLC.

    Plaintiff,

v.

Qualtim, Inc., et al.

    Defendant.

Case No. 1:24 cv 246

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for **Defendants, Qualtim, Inc., Center for Building** Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, Kirk Grundahl and Suzanne Grundahl moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Illinois

[✔] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 12, 2024

_____
(Signature–hand signed)

Name: Thomas G. Pasternak

Firm: Taft Stettinius & Hollister LLP

Address: 111 E. Wacker Drive
        Suite 2600
        Chicago, IL 60601

Email address: tpasternak@taftlaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.