# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

PARAGON COMPONENT SYSTEMS, LLC,

               Plaintiffs,

v.	Case No.:  3:25-cv-00170-wmc

QUALTIM INC., CENTER FOR BUILDING INNOVATION LLC, DRJ ENGINEERING LLC, INSPIRED PURSUITS LLC, KIRK GRUNDAHL, AND SUZANNE GRUNDAHL

               Defendants.

## MOTION TO DISMISS FOR FAILURE TO JOIN NECESSARY AND INDISPENSIBLE PARTIES, AND MOTION TO DISMISS OR STAY PENDING A PARALLEL SUBSTANTIVE ACTION

    Defendants, by their undersigned attorney submits this motion to dismiss this case for failure to join Clearspan Components, Inc. as a necessary party and the Estate of Daniel Holland as an indispensible party. Additionally, before this case was transferred from the Eastern District of Tennessee, the dispute ripened into a substantive suit that was initially filed in Dane County Circuit Court. For the reasons stated in the attached memorandum (Exhibit 1), Defendants respectfully requests this Court to dismiss or stay this case for Declaratory Judgment.

                                             Respectfully submitted,

                                             */s/Mayville La Rosa*
                                             Mayville La Rosa, WI Bar #1119613
                                             6300 Enterprise Ln.
                                             Madison, WI 53719
                                             Phone: (608) 800-7353
                                             mlarosa@kfinnovations.com
                                             *Attorney for Defendants*