IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARAGON COMPONENT
SYSTEMS, LLC,

    Plaintiff,

v.    Case No. 3:25-cv-170-wmc

QUALTIM, INC., *et al*.,

    Defendants.

## RESPONSE TO ORDER

In response to the Court's April 8, 2025 Order [Doc. 98], Defendant submits herewith redacted Complaint Exhibits A and C through I [Docs. 1-8 and 1-10 through 1-16]. Also, after further consideration, Defendant agrees to unseal Complaint Exhibits B and J [Docs. 1-9 and 1-17]. Unredacted copies are filed herewith.

By: s/Michael J. Bradford
Michael J. Bradford (*pro hac vice*)
LUEDEKA NEELY, P.C.
900 South Gay Street, Suite 1504
P. O. Box 1871
Knoxville, TN  37901-1871
Phone: 865-546-4305
mbradford@luedeka.com

Mayville La Rosa, WI Bar# 1119613
Law Office of Mayville La Rosa, Esq.
718 Sugar Maple Lane
Verona, WI 53593
Telephone: (608) 800-7353
mlarosa@kfinnovations.com

A*ttorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of May, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                               s/Michael J. Bradford
                                                                Michael J. Bradford