# EXHIBIT A [Doc. 1-8]

**(Redacted Exhibit to Complaint)**



6300 Enterprise Lane | Madison, WI 53719 | 608-271-1176 | qualtim.com

Confidential Paragon/CCI Market Research, IP/TS, Engineering & Business Regulations Roadmap
Truss Pal Project
March 22, 2024

**Confidential Intellectual Property (IP) and/or Trade Secrets (TS)**[1,2,3]

**Activity:**   Paragon/CCI/Qualtim – Truss Pal Market Research, IP/TS, Engineering & Business Regulations

[redacted]

**Summary of Key Business and Engineering Concepts**

[redacted]

3. Any type of applied loading to trusses and design of truss resistance to any applied load is, by definition, a structural engineering activity.
4. Please review "Professional Engineering Law Requirements for All Engineering Related Work" below for key legal aspects of engineering and business concepts.
5. [redacted]
   i. [redacted]



    

THE QUALTIM FAMILY OF BRANDS
*Where building innovation thrives.*

Paragon/CCI Truss Pal Market Research, IP/TS, Engineering & Business Regulations
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Qualtim, Inc.

**EXHIBIT A**



          ii. To obtain all public domain references, used to create Truss Pal, please contact Truss Pal staff at _____.

   d. If Truss Pal uses any proprietary knowledge, intellectual property and/or trade secrets of others, it violates Defend Trade Secrets Act 2016 (DTSA) and professional engineering regulations.

   e. ███████████████████████████████████████████

6. ███████████████████████████████████████████████

   a. ███████████████████████████████████████████

   b. ███████████████████████████████████████████

**Professional Engineering Law Requirements for All Engineering Related Work**

Engineering[5] is defined as the art or science of making practical application of the knowledge of pure sciences, as physics or chemistry, as in the construction of engines, bridges, buildings, mines, ships, and chemical plants.

1. Practice of professional engineering[6] includes any professional service requiring the application of engineering principles and data, in which the public welfare or the safeguarding of life, health or property is concerned and involved.

2. A person offers to practice engineering if the person by verbal claim, sign, advertisement, letterhead, card or in any other way represents himself or herself to be an engineer; or who through the use of some other title implies that he or she is an engineer; or who holds himself or herself out as able to practice engineering.

███████████████████████████████████████████████████

3. No person other than a duly licensed engineer shall practice engineering or use the name or title of "licensed engineer," "professional engineer," or any other title, designation, words, letters, abbreviations, or device tending to indicate that such person holds an active license as an engineer.

4. "Engineering" includes the term "professional engineering" and means any service or creative work, the adequate performance of which requires engineering education, training, and experience in the application of special knowledge of the mathematical, physical, and engineering sciences to such services or creative work as consultation, investigation, evaluation, planning, and design of engineering works and systems, planning the use of land and water, teaching of the principles and methods of engineering design, engineering surveys, and the inspection of construction for the purpose of determining in general if the work is proceeding in compliance with drawings and specifications, any of which embraces such services or work, either public or private, in connection with any utilities, structures, buildings, machines, equipment, processes, work systems, projects, and industrial or consumer products or equipment of a mechanical, electrical, hydraulic, pneumatic, or thermal nature, insofar as they involve safeguarding life, health, or property; and includes such other professional services as may be necessary to the planning, progress, and completion of any engineering services. A person who practices any branch of engineering; who, by verbal claim, sign, advertisement, letterhead, or card, or in any other way, represents himself or herself to be an engineer or, through the use of some other title, implies that he or she is an engineer or that he or she is licensed under this chapter; or who holds himself or herself out as able to perform, or does perform, any engineering service or work or any other service designated by the practitioner which is recognized as engineering shall be construed to practice or offer to practice engineering within the meaning and intent of this chapter.



5. The practice of, or the offer to practice, engineering by licensees or offering engineering services to the public through a business organization, including a partnership, corporation, business trust, or other legal entity or by a business organization, including a corporation, partnership, business trust, or other legal entity offering such services to the public through licensees under this chapter as agents, employees, officers, or partners is permitted only if the business organization is qualified by an engineer licensed under this chapter, subject to the provisions of this chapter. One or more of the principal officers of the business organization or one or more partners of the partnership and all personnel of the business organization who act in its behalf as engineers in this state shall be licensed as provided by this chapter. All final drawings, specifications, plans, reports, or documents involving practices licensed under this chapter which are prepared or approved for the use of the business organization or for public record within the state shall be dated and shall bear the signature and seal of the licensee who prepared or approved them. Nothing in this section shall be construed to mean that a license to practice engineering shall be held by a business organization. Nothing herein prohibits business organizations from joining together to offer engineering services to the public, if each business organization otherwise meets the requirements of this section. No business organization shall be relieved of responsibility for the conduct or acts of its agents, employees, or officers by reason of its compliance with this section, nor shall any individual practicing engineering be relieved of responsibility for professional services performed by reason of his or her employment or relationship with a business organization.

6. No engineer shall affix or permit to be affixed his or her seal, name, or digital signature to any plan, specification, drawing, final bid document, or other document that depicts work which he or she is not licensed to perform or which is beyond his or her profession or specialty therein.

7. A person or business shall not:

    a. Practice engineering unless the person or business is licensed.

    b. Use the name or title "engineer" or any other title, designation, words, letters, abbreviations, or device tending to indicate that such person holds an active license as an engineer when the person of business is not licensed under this chapter, including, but not limited to, the following titles: "agricultural engineer," "air-conditioning engineer," "architectural engineer," "building engineer," "chemical engineer," "civil engineer," "control systems engineer," "electrical engineer," "environmental engineer," "fire protection engineer," "industrial engineer," "manufacturing engineer," "mechanical engineer," "metallurgical engineer," "mining engineer," "minerals engineer," "marine engineer," "nuclear engineer," "petroleum engineer," "plumbing engineer," "structural engineer," "transportation engineer," "software engineer," "computer hardware engineer," or "systems engineer."

    c. Use any drawings, specifications, plans, reports, documents or software designs that were not under his or her responsible supervision, direction, or control.

    d. Advertising engineering related goods or services in a manner that is fraudulent, false, deceptive, or misleading in form or content as it relates to any type of engineering.

    e. Aid or abet the unlawful practice of engineering by a person or firm.

    f. Perform services outside areas of their competence.

    g. Affix their signatures to any plans or documents dealing with subject matter in which they lack competence, nor to any plan or document not prepared under their direction and control.

    h. Use any drawings, specifications, plans, reports, documents or software designs that were not under his or her responsible supervision, direction, or control.

    i. Use facts, data, or information without consent of the owner of the intellectual property except as authorized or required by law.



    j.    Disclose confidential information concerning the business affairs or technical processes of any present or former client, employer or business with whom they have a relationship.

8.    Engineers having knowledge of any alleged violation of this Code shall report to the appropriate professional bodies and/or public authorities, and cooperate with the proper authorities in furnishing such information or assistance as may be required.

Paragon/CCI Truss Pal Market Research, IP/TS, Engineering & Business Regulations  
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Qualtim, Inc.    March 22, 2024  
Page 4 of 15





1. [redacted]
2. [redacted]
   a. [redacted]
   b. [redacted]
   2. To obtain all public domain references used to create Truss Pal, please contact Truss Pal staff at _____.
3. [redacted]





e.
f.
g.

4.
5.
6.

1.

Paragon/CCI Truss Pal Market Research, IP/TS, Engineering & Business Regulations
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Qualtim, Inc.

March 22, 2024
Page 6 of 15



2.

3.

1.
2.
3.

4.

5.


6. If Truss Pal violates any IP/TS and/or professional engineering laws all liability and litigation risk will flow to the folks paying Truss Pal's bills.
   a. If Truss Pal has no money, the litigation process will pierce all veils to get to the business that is paying Truss Pal's bills and related businesses as is possible.
      i. In this context Truss Pal, under deposition, cannot say DrJ has had anything to do with the engineering that Truss Pal uses. Truss Pal also does not want to commit perjury.
   b. Litigation always flows to the largest set of cash and physical assets available to pay any successful claim and insurance does not cover known (and not knowing[9]) violations of regulations.

1.
2.
3.



3. ▮
4. ▮
    a. ▮
    b. ▮
    c. ▮
    d. ▮
    e. ▮
    f. ▮
5. ▮

Paragon/CCI Truss Pal Market Research, IP/TS, Engineering & Business Regulations  
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Qualtim, Inc.

March 22, 2024  
Page 9 of 15



Paragon/CCI Truss Pal Market Research, IP/TS, Engineering & Business Regulations
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Qualtim, Inc.

March 22, 2024
Page 10 of 15

Case 1:24-cv-00246-CEA-CHS    Document 1-8    Filed 07/23/24    Page 10 of 15
PageID #: 52





Paragon/CCI Truss Pal Market Research, IP/TS, Engineering & Business Regulations
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Qualtim, Inc.

March 22, 2024
Page 11 of 15





**Tasks Being Performed Parallel with Implementing the Paragon-Truss Pal & CCI/DrJ Business Model**

Paragon/CCI Truss Pal Market Research, IP/TS, Engineering & Business Regulations
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade        March 22, 2024
Secrets Act 2016, © 2024 Qualtim, Inc.                                                                                              Page 12 of 15



Paragon/CCI Truss Pal Market Research, IP/TS, Engineering & Business Regulations
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Qualtim, Inc.

March 22, 2024
Page 13 of 15





Appendix A

Additional Pertinent Background

---

[1] All ideas, engineering analysis and test data are proprietary intellectual property (IP) and trade secrets (TS) and should not be provided to anyone. In particular, public regulatory officials are subject to freedom of information act requests – federal and state public records acts. This means that IP and TS will be in the public domain when any information is provided. In addition, each state also has legislation that mimics the federal Defend Trade Secrets Act 2016 (DTSA), where providing test reports, engineering analysis and/or other related IP/TS is subject to prison of not more than 10 years and/or a $5,000,000 fine or 3 times the value of the IP and TS. To follow DTSA and to comply with state public records and trade secret legislation requires approval through ANAB ISO/IEC 17065 accredited certification bodies or approved sources. For more information, please visit the following websites: http://www.drjengineering.org/AppendixC and https://www.drjcertification.org/cornell-2016-protection-trade-secrets.

[2] Approval of an RDP takes place when the RDP is properly licensed in the pertinent jurisdiction. Commercial and professional engineering laws affirm that the RDP has the ability to undertake commerce applying engineering principles in their area of expertise without restraint or discrimination. Ohio has set legal precedent.

[3] Capitalized terms and responsibilities are defined pursuant to the applicable building code, applicable reference standards, the latest edition of TPI 1, the NDS, AISI S202, US professional engineering law, Canadian building code, Canada professional engineering law and Appendix A: Definitions/Commentary. Otherwise, terms not defined shall have ordinarily accepted meanings as the context implies.



---

[4] https://www.ftc.gov/news-events/topics/truth-advertising
[5] https://www.dictionary.com/browse/engineering
[6] 443.01(6) - Wisconsin Legislature
[7] https://www.dictionary.com/browse/software
[8] https://www.ftc.gov/news-events/topics/truth-advertising
[9] https://en.wikipedia.org/wiki/Ignorantia_juris_non_excusat
[10] https://www.tpinst.org/s/ANSI_TPI1-2014StdONLY-WEB_WP-w988.pdf; https://www.tpinst.org/documents; https://www.tpinst.org/freedownloads
[11] https://www.dalux.com/bim-viewer/?utm_source=gads&utm_medium=paid&utm_campaign=us_bim&utm_id=8916236057_131223_01&gad_source=1&gclid=CjwKCAiAzJOtBhALEiwAtwj8tkvkzBs5U0UNvLu5xUp7mKEY79hjUunnwTXMtf1Y0jgGdau-FHoXhhoCQXAQAvD_BwE
[12] https://www.nspe.org/resources/licensure/licensing-boards

Paragon/CCI Truss Pal Market Research, IP/TS, Engineering & Business Regulations                                      March 22, 2024
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Qualtim, Inc.                                                                                                                Page 15 of 15