# EXHIBIT D [Doc. 1-11]

**(Redacted Exhibit to Complaint)**



6300 Enterprise Lane | Madison, WI 53719 | 608-271-1176 | qualtim.com

June 3, 2024

Mr. Stephen E. Kabakoff
Miller & Martin, PLLC
1180 W. Peachtree St., NW, Ste 2100
Atlanta, GA 30309-7706

Via Email at stephen.kabakoff@millermartin.com and Deloris.Lanus@millermartin.com

Dear Mr. Kabakoff:

Thank you for our recent email communication, which follows in chronological order:

> **From:** Stephen Kabakoff <Stephen.Kabakoff@millermartin.com>
> **Sent:** Wednesday, May 29, 2024 3:10 PM
> **To:** Kirk Grundahl <kgrundahl@qualtim.com>
> **Subject:** RE: Paragon Component Systems, LLC ("Paragon") - Requested Response from Qualtim and Inspired Pursuits
>
> Dear Mr. Grundahl,
>
> Thank you for your response, including your new 23-page letter and 5 exhibits, which we have forwarded to our client. While your letter demands certain responses by 5 pm CDT today and tomorrow, this timeframe does not provide a reasonable amount of time for us to adequately review your contentions, coordinate with our client, and prepare a response, especially since these new materials appear to include additional allegations and demands relative to the original Memorandum discussed in our previous letter. To provide sufficient time to respond, we will endeavor to have our client's response to your letter and demands in the next 7-10 days or sooner if possible.
>
> In addition, without acquiescing or agreeing to any statements or allegations in your response, and solely as a courtesy while we consider your new letter and attachments received today, our client has agreed to restore DrJ's access to the Paragon software while we analyze these materials. This courtesy is not a waiver or concession of any rights or remedies, and Paragon reserves all available rights and remedies to which it is entitled.
>
> Please continue to address any further correspondence regarding this matter to my attention.
>
> With best regards,
> Stephen
>
>> **From:** Kirk Grundahl
>> **Sent:** Thursday, May 30, 2024 11:16 AM
>> **To:** Stephen Kabakoff <Stephen.Kabakoff@millermartin.com>
>> **Subject:** RE: Paragon Component Systems, LLC - Requested Response from Qualtim and Inspired Pursuits
>> **Importance:** High
>>
>> Dear Mr. Kabakoff,
>>
>> I sincerely appreciate your response. I am just about to walk out the door to attend our son's state of Wisconsin track meet so am pressed for time.
>>
>> Pursuant to your email below you state "and solely as a courtesy while we consider your new letter and attachments received today, our client has agreed to restore DrJ's access to the Paragon software while we analyze these materials." As of this email being sent to you, this has not taken place. We understand the situation well, and we will have a degree of patience, yet demonstration of good faith in healing is essential to be acted upon.
>>
>> In addition, to clarify one item of past communication, the March 22, 2024 memorandum that you mention in your May 23, 2024 letter was focused on violations of engineering law by Paragon, the Truss Pal website and the business and engineering concepts that DrJ Engineering and Truss Pal had to be implementing to be in compliance with professional engineering law. We have communicated regarding these violations multiple times, as is our professional engineering duty.
>>
>> Please kindly keep us informed on all good faith and positive actions.



Confidential Intellectual Property is protected by Defend Trade Secrets Act 2016, © 2024 Qualtim, Inc.



As you are aware, nothing contained in this email, nor any act or omission to act by IP-LLC and/or Qualtim, is intended or should be deemed a waiver or modification of any rights or remedies that IP-LLC and/or Qualtim may have at law or in equity, and all such rights are expressly reserved.

Thank you.

Kirk
608-217-3713



### Actions to be taken by an Officer of the Court

As you know, in a manner similar to professional engineers, attorneys have legal and ethical obligations. Therefore, given our past professional requests, which have been completely ignored by your client, sincere consideration and action as appropriate should take place with respect to the following items:

1. Ensure your client understands and communicates to each Paragon staff member that Paragon is not an engineering company.
   a. In addition, each Paragon staff member shall understand and shall take all future action in conformance with all professional engineering laws.
2. If your client needs professional engineering assistance, your client or any of their staff need to contact IP-LLC to gain professional management direction as it relates to anything engineering-oriented, including but not limited to; professional engineering, truss design, Truss Design Drawings, Truss Placement Diagrams, truss design engineering, etc.
3. Ensure your client and each Paragon staff member fully understands the following words and concepts:
   a. Any person or business shall not:
      i. Practice engineering unless the person or business is licensed.
      ii. Use any drawings, specifications, plans, reports, documents, or software designs that were not under a professional engineer's responsible supervision, direction, or control.
      iii. Advertise engineering related goods or services in a manner that is fraudulent, false, deceptive, or misleading in form or content as it relates to any type of engineering.
      iv. Aid or abet the unlawful practice of engineering by any person or firm.
      v. Use facts, data, or information without consent of the owner of the intellectual property except as authorized or required by law.
      vi. Disclose confidential information concerning the business affairs or technical processes of any present or former client, employer, or business with whom they have a relationship.
   b. Engineers having knowledge of any alleged violation of this Code shall report to the appropriate professional bodies and/or public authorities and cooperate with the proper authorities in furnishing such information or assistance as may be required.
   c. As mentioned, DrJ Engineering, LLC (DrJ) has brought all pertinent information to the attention of your client.
      i. No action, that I am aware of, has been taken to ensure your client and/or Paragon staff are not acting in violation of engineering laws.
4. The same considerations and action requests can be made so that the Federal Trade Commission truth in advertising laws are not violated.

Since time is likely of the essence and this should not be a difficult activity, I presume that this can be accomplished by the Tuesday June 4, 2024 at 12:00 pm CDT. Once completed, please provide back to me, in writing, each of the specific actions your client has taken to ensure each Paragon staff member has been informed of this, and Paragon has a written agreement between each staff member and your client (i.e., email, Slack message, etc.) that they have read, understand and will fully comply.



With this letter and your subsequent confirmation of actions that will be taken by your client, Qualtim and DrJ believe that the matter we have been communicating about is fully resolved and no further action will be needed. Beyond this, all future communication shall be directed to IP-LLC.

Thank you very much.

Respectfully,

*[signature]*

Kirk Grundahl, P.E. (47 states)
President
608-217-3713

PS Please note that nothing contained in this letter, nor any act or omission to act by IP-LLC and/or Qualtim, is intended or should be deemed a waiver or modification of any rights or remedies that IP-LLC and/or Qualtim may have at law or in equity, and all such rights are expressly reserved.