# EXHIBIT G [Doc. 1-14]

**(Redacted Exhibit to Complaint)**

Case: 3:25-cv-00170-wmc   Document #: 104-6   Filed: 05/07/25   Page 1 of 3

**Inspired Pursuits, LLC**
6300 Enterprise Ln
Madison, WI 53719

June 7, 2024

Mr. Stephen E. Kabakoff
Miller & Martin, PLLC
1180 W. Peachtree St., NW, Ste 2100
Atlanta, GA 30309-7706

Via Email at stephen.kabakoff@millermartin.com and Deloris.Lanus@millermartin.com

Dear Stephen:

I apologize for the delay in responding to your email below. Our son graduated from high school on May 26, then last weekend participated in the Division 2 Wiconsin State track meet where they became the fifth 2-time D2 champions, and we are holding his graduation party later today. Given that I received your first letter on May 23, 2024, I have not been able to focus on all the issues before us in as detailed and non-distracted manner as I otherwise would have.

From this point forward, it is important to separate the professional engineering issues from the business issues. This begins with this letter, which is focused on our fiduciary and management responsibilies as they relate to Inspired Pursuits (IP-LLC)

Thank you for your June 4, 2024 email communication regarding IP-LLC, which follows:

> **From:** Stephen Kabakoff <Stephen.Kabakoff@millermartin.com>
> **Sent:** Tuesday, June 4, 2024 1:53 PM
> **To:** Kirk Grundahl <kgrundahl@qualtim.com>
> **Cc:** Deloris Lanus <Deloris.Lanus@millermartin.com>; Suzi Grundahl <sgrundahl@qualtim.com>; Jill Zimmerman <jzimmerman@qualtim.com>; Keith Hershey <khershey@qualtim.com>
> **Subject:** RE: Paragon Component Systems, LLC - Requested Response from Qualtim and Inspired Pursuits
>
> Hi Kirk,
>
> Thank you for clarifying several of Qualtim's positions in your letter this morning. I have shared your letter with our client and we have the following additional questions (based on your letter) to ensure that everyone is on the same page.
>
> First, can you please refer us to the specific "engineering laws" that you reference in your letter today and in your previous letters? To understand if Qualtim has a valid argument in this regard, we need to know which "engineering laws" you are relying on.
>
> **Second, and similarly, can you please refer us to any specific written contract(s) between Qualtim/DrJ, Paragon, CCI, and/or Inspired Pursuits that you are relying upon in asserting that all intellectual property of Paragon and CCI should be owned by Inspired Pursuits (e.g., see item #6 in today's letter)?**
>
> **Third, can you please clarify what is the specific intellectual property of CCI that you believe should be owned by Inspired Pursuits (e.g., see item #6)?**
>
> Many thanks in advance for your additional clarifications. To be clear, our client has not "stipulated" to any of the items #1-8 in your letter, as these are merely Qualtim's current assertions, but we are trying our best to understand the assertions that you are making.
>
> Best regards,
>
> Stephen

[redacted black bar]

Beyond the information provided in the attached Exhibits B and C, which support our item #6 stipulation, your client should have all the direct evidence needed to prove #6, as I have stipulated. If your client believes item #6 is not true, then your client presumably has direct evidence of this being the case, along with similar direct evidence for all other highlighted items delineated in Exhibit A. Otherwise, ==the stipulations made==, from an IP-LLC fiduciary point of view, remain true. Please provide all such evidentiary documentation to us. We will review and determine if it is consistent and congruent with all the IP-LLC information available to us, and its business mission, goals, strategy and tactics, which were and are well understood by each of the IP-LLC members and managers.

**EXHIBIT G**



Immediate retraction by Paragon from this competition is essential.

▇▇▇ which can only be fully realized when Paragon stays in its lane and is totally focused upon its role of supporting this team's success, versus the significant damage to all past very positive relationships that your client have been and continues to unilaterally cause.

Respectfully,

*[signature: Kirk Grundahl]*

Kirk Grundahl
Manager
608-217-3713

PS Please note that nothing contained in this letter, nor any act or omission to act by IP-LLC is intended or should be deemed a waiver or modification of any rights or remedies that IP-LLC may have at law or in equity, and all such rights are expressly reserved.

Inspired Pursuits
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Inspired Pursuits, LLC
Page 2 of 2