# EXHIBIT I [Doc. 1-16]

## (Redacted Exhibit to Complaint)

**Inspired Pursuits, LLC**
6300 Enterprise Ln
Madison, WI 53719
info@inspiredpursuitsllc.com
608-217-3712

June 13, 2024

Mr. Stephen E. Kabakoff
Miller & Martin, PLLC
1180 W. Peachtree St., NW, Ste 2100
Atlanta, GA 30309-7706
Via Email at stephen.kabakoff@millermartin.com and Deloris.Lanus@millermartin.com

Dear Stephen:

Thank you for the following email:

> **From:** Stephen Kabakoff <Stephen.Kabakoff@millermartin.com>
> **Sent:** Tuesday, June 11, 2024 5:53 PM
> **To:** Kirk Grundahl <kgrundahl@qualtim.com>
> **Subject:** RE: Paragon Component Systems, LLC - Point of View of Inspired Pursuits, LLC
>
> Hi Kirk,
>
> We appreciate your providing additional information on your positions and helping us understand your perspectives. I forwarded your letter yesterday to our client and we are still coordinating with him about whether your last letter may necessitate us to update how we would like to respond.
>
> [redacted]
>
> Also, it would be helpful if you could please identify any specific documents that you are relying upon. For example, when you mention the [redacted] s there any specific document(s) (other than your March 2024 memorandum) that describes what you are referencing? I have the same question regarding your reference to a [redacted].
>
> You also make defamation allegations for the first time in your letter yesterday (on page 5). We disagree. However, please let me know if there are any specific instances of alleged defamation so we may investigate them.
>
> Thank you in advance for your clarifications.
>
> Best regards,
> Stephen

I sincerely appreciate our exchanges of information as well. Clearly, there has been confusion over facts that I am intimately aware of, and it appears most are not as familiar as Dan, Suzi and I were and obviously are. This depth of knowledge does cause a bit of frustration and lack of patience on my part, given that I'd personally much prefer to be working hard to build a great [redacted]. Focusing on exchanging information, as we have been, takes time and resources away from this endeavor and my fiduciary responsibilities.

[redacted]

In simple terms, this is the fundamental ownership principle which, presumably, your client does not agree with. To repeat stridently, it is essential that your client has substantive direct evidence, contrary to IP-LLC direct evidence, which supports his yearning for what he assumes Paragon was created to be.

Based upon your May 23, 2020 letter and subsequent emails, and the questions contained in each of them, it appears necessary to define via a summary of IP-LLC stipulations that are backed up facts through direct evidence, IP-LLC

**EXHIBIT I**

Inspired Pursuits, LLC
Confidential intellectual property (IP) and trade secrets (TS) are protected by Defend Trade Secrets Act 2016, © 2024 Inspired Pursuits, LLC     Page 1 of 10

IP-LLC

requested questions to be addressed, and IP-LLC requested actions to be taken.

**Related Questions and Additional Direct Evidence**

Inspired Pursuits, LLC
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Inspired Pursuits, LLC    Page 3 of 10

Case 1:24-cv-00246-CEA-CHS   Document 1-16   Filed 07/23/24   Page 3 of 10
PageID #: 112

**June 11, 2024 Emailed Questions**

1. I'll address the questions in your email above as follows:
    a. Your letter yesterday also refers to new terminology, such as:

2. Also, it would be helpful if you could please identify any specific documents that you are relying upon. For example, when you mention the "Truss Pal business model," is there any specific document(s) (other than your March 2024 memorandum) that describes what you are referencing?

3. I have the same question regarding your reference to a
    a. Answer: Same answer as number 2.
4. You also make defamation allegations for the first time in your letter yesterday (on page 5). We disagree. However, please let me know if there are any specific instances of alleged defamation so we may investigate them.
    a. Answer: Several actions that have been taken can easily lead to the logic that false or unjustified injury of the good reputation of another may have taken place.
    b. The only way for me to know for sure would be to converse with individuals directly, outside of the influence of your client.

**Conclusion**

Finally, as stated previously, and restated here for continuity:

1. If I have to hire legal counsel on behalf of IP-LLC, please know that this will be a very bad day for CCI, Paragon, Dan's family and your client. Nothing good can come from this occurrence for our IP-LLC and associated team.
2. The flashing red-light question before everyone has to be:

Inspired Pursuits, LLC
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Inspired Pursuits, LLC        Page 4 of 10

IP-LLC

3. All actions by your client, and/or any team member for that matter, that are contrary to this vision, mission, strategy and tactics do not make sense. What I have said, and what will remain true, include but are not limited to the following items:
    a. The stipulations I have made that are reiterated herein and again in Appendix B.
    b. The demands made and actions to be taken as reiterated in Appendix C.
    c. The demands made and actions to be taken as reiterated in Appendix D.
    d. The demands made and actions to be taken as reiterated in Appendix E.
    e. The demands made and actions to be taken as reiterated in Appendix F.

It is my sincere hope that IP-LLC, along with the expertise of the team, can get back to focusing on the epic success, which Suzi and I personally know is available to this team. As said multiple times now, this is best realized when Paragon stays in its lane and is totally focused upon its role of supporting the team's success. This team success cannot be attained if the significant damage to all past very positive relationships continues.

Please let me know, as soon as reasonably possible, if your client is going to continue to be an adversary to the success of IP-LLC and our established team. Certainly, this decision does not need to take any longer than 5 pm CDT on Monday, June 17, 2024. If actions continue to be adversarial, I will need to hire an attorney and direct all actions to preserve and protect all business interests and assets of IP-LLC, in addition to, and on behalf of, each of the pertinent business interests and assets of our established team. It is conceivable that Qualtim, DrJ and CBI will need to do the same, given the adversarial actions that have been taken with respect to these team members as well.

On the other hand, in the very positive and proactive alternative, if your client is going to take the conclusive action of being in the business of being part of the team that focuses on serving the best interests of deploying the unique and exclusive assets that IP-LLC and the team have, then we will, under the direction of IP-LLC, build a second to none set of businesses. Likewise, I will guide Qualtim, DrJ and CBI in the context of this affirmative action. I sincerely hope affirmation is the outcome of your discussions with your client.

Thank you again for our correspondence.

Respectfully,

*[signature: Kirk Grundahl]*

Kirk Grundahl
Manager
608-217-3713

PS Please note that nothing contained in this letter, nor any act or omission to act by IP-LLC is intended or should be deemed a waiver or modification of any rights or remedies that IP-LLC may have at law or in equity, and all such rights are expressly reserved.

Inspired Pursuits, LLC
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Inspired Pursuits, LLC     Page 5 of 10



## Appendix B

I'll do my best to provide clarity with respect to known facts pursuant to all past communication, your current email, and all future communication regarding this subject in as concise a list as possible:



Inspired Pursuits, LLC
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Inspired Pursuits, LLC                Page 6 of 10

IP-LLC

Appendix C

Given all the facts provided above, here are two possible paths forward, one healing ~~and one destructive:~~

**Path #1**

1. Restore the mission of creating the unique █████████████████████████
   ███████████████████████████████████████████████████████████

2. ████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████
   [remainder redacted]

IP-LLC



4. By 5 pm CDT on May 30, John and Paragon staff shall define, in writing and/or verbally in a voice message or video, how Paragon will deliver all ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ functionality as well as allows IP-LLC to evaluate, modify, and improve software in any manner of its own choosing. This includes but is not limited to:

5. If any part of items 3 or 4 above are not possible to do by May 29 and May 30, John shall so state in precise language why and provide a step-by-step plan of action to implement Path #1 and to protect the best interests of IP-LLC, Qualtim and CCI. This plan shall be communicated to Jill Zimmerman at ops@qualtim.com and Keith Hershey at khershey@qualtim.com

## Appendix D

**Actions to be taken by an Officer of the Court**

As you know, in a manner similar to professional engineers, attorneys have legal and ethical obligations. Therefore, given our past professional requests, which have been completely ignored by your client, sincere consideration and action as appropriate should take place with respect to the following items:

1. Ensure your client understands and communicates to each Paragon staff member that Paragon is not an engineering company.
    a. In addition, each Paragon staff member shall understand and shall take all future action in conformance with all professional engineering laws.
2. If your client needs professional engineering assistance, your client or any of their staff need to contact IP-LLC to gain professional management direction as it relates to anything engineering-oriented, including but not limited to; professional engineering, truss design, Truss Design Drawings, Truss Placement Diagrams, truss design engineering, etc.
3. Ensure your client and each Paragon staff member fully understands the following words and concepts:
    a. Any person or business shall not:

Inspired Pursuits, LLC
Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Inspired Pursuits, LLC    Page 8 of 10

## IP-LLC

- i. Practice engineering unless the person or business is licensed.
- ii. Use any drawings, specifications, plans, reports, documents, or software designs that were not under a professional engineer's responsible supervision, direction, or control.
- iii. Advertise engineering related goods or services in a manner that is fraudulent, false, deceptive, or misleading in form or content as it relates to any type of engineering.
- iv. Aid or abet the unlawful practice of engineering by any person or firm.
- v. Use facts, data, or information without consent of the owner of the intellectual property except as authorized or required by law.
- vi. Disclose confidential information concerning the business affairs or technical processes of any present or former client, employer, or business with whom they have a relationship.

b. Engineers having knowledge of any alleged violation of this Code shall report to the appropriate professional bodies and/or public authorities and cooperate with the proper authorities in furnishing such information or assistance as may be required.

c. As mentioned, DrJ Engineering, LLC (DrJ) has brought all pertinent information to the attention of your client.
  - i. No action, that I am aware of, has been taken to ensure your client and/or Paragon staff are not acting in violation of engineering laws.

4. The same considerations and action requests can be made so that the Federal Trade Commission truth in advertising laws are not violated.

Since time is likely of the essence and this should not be a difficult activity, I presume that this can be accomplished by the Tuesday June 4, 2024 at 12:00 pm CDT. Once completed, please provide back to me, in writing, each of the specific actions your client has taken to ensure each Paragon staff member has been informed of this, and Paragon has a written agreement between each staff member and your client (i.e., email, Slack message, etc.) that they have read, understand and will fully comply.

### Appendix E

The engineering topic is important to resolve quickly based upon the damage that has been and will continue to be done to confidential strategy and tactics.

As a professional engineer who owns and manages an appropriately organized and licensed engineering company, I will address the blue font item above as follows:

1. As stipulated previously, I know that Paragon/Truss Pal is not a licensed engineering business.

[redacted]

3. Similar to an attorney being investigated by the "State Bar," if Paragon/Truss Pal were investigated by any of the professional engineering boards of each jurisdiction that has access to their website, ignorance of engineering law will not be a viable defense.
   a. To review and understand engineering regulations, here are two website locations to visit:
      i. https://www.nspe.org/resources/licensure/licensing-boards
      ii. https://ncees.org/about/member-licensing-board-directory/
   b. Engineering law for each state can be found easily.

## IP-LLC

      i. If your client has not undertaken the needed engineering law evaluation so that all actions your client has taken are assured to be in compliance with all engineering regulations, then there is a good amount of detailed investigation and analysis work yet to be performed by your client.

4. If this is not addressed, based on the concerns expressed previously and above, I have a professional engineering obligation to ask each professional engineering board to investigate Paragon/Truss Pal to determine if there are violations.
   a. "Engineers having knowledge of any alleged violation of engineering regulations shall report to the appropriate professional bodies and/or public authorities and cooperate with the proper authorities in furnishing such information or assistance as may be required."
5. Finally, Seth Duncan purports to have structural engineering expertise, as he provides "wood truss design and analysis information," and structural engineering counsel for a publication specifically read by structural engineers called STRUCTURE magazine. Please review Exhibit 1. If he does not have structural engineering expertise, this likely should be fully disclosed to the magazine editors so that they and Paragon/Truss Pal can undertake the necessary "duty to inform" the structural engineering community of any needed updates to the article and all truth in advertising disclosures.
   a. Please also let me know when that has been done as, again, professional engineering obligations have to always be taken very seriously.

### Appendix F

I just, in the last 2-days, learned of recent actions, taken unilaterally by your client, which resulted in Exhibit D. I suspect that Dan Holland, as an owner of IP-LLC, Clearspan Components, Inc. (CCI) and Paragon, did NOT give his approval for Paragon to take this unilateral action, given:

[redacted]

Immediate retraction by Paragon from this competition is essential.

Furthermore, any Paragon interactions with SBCA, Virginia Tech, NCSEA and any other public forums, similar to these, should be immediately curtailed, particularly given your client's lack of understanding of the strategies that were and are being deployed to foster CCI, DrJ and IP-LLC sales success.

Inspired Pursuits, LLC Confidential intellectual property (IP) and trade secrets (TS) is protected by Defend Trade Secrets Act 2016, © 2024 Inspired Pursuits, LLC    Page 10 of 10