**EXHIBIT J [Doc. 1-17]**

**(Unredacted Exhibit to Complaint)**

**Stephen Kabakoff**

| | |
|---|---|
| **From:** | Kirk Grundahl <kgrundahl@qualtim.com> |
| **Sent:** | Wednesday, May 29, 2024 5:53 AM |
| **To:** | Stephen Kabakoff |
| **Cc:** | Deloris Lanus; Suzi Grundahl; Jill Zimmerman; Keith Hershey |
| **Subject:** | RE: Paragon Component Systems, LLC - Requested Response from Qualtim and Inspired Pursuits |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Kabakoff,
One update to this email, which I briefly did not think of, is that Paragon uses Slack and Trello and likely a variety of internal and external communication vehicles that I am not intimately aware of, so I should have said preserve all communication vehicles. I am most familiar with the Google Meet recordings, so that was top of mind.
Thank you again.
Kirk
608-217-3713

---

**From:** Kirk Grundahl
**Sent:** Wednesday, May 29, 2024 4:44 AM
**To:** stephen.kabakoff@millermartin.com
**Cc:** Deloris Lanus <Deloris.Lanus@millermartin.com>; Suzi Grundahl <sgrundahl@qualtim.com>; Jill Zimmerman <jzimmerman@qualtim.com>; Keith Hershey <khershey@qualtim.com>
**Subject:** RE: Paragon Component Systems, LLC - Requested Response from Qualtim and Inspired Pursuits

Mr. Kabakoff,
As requested below, please find attached our response along with the following:
1. Exhibits 1 to 3 provide a bit of background information that may be useful.
2. Exhibit 4 is a letter that was drafted for us to sign and send back to you, which will not be.
3. Exhibit 5 is your letter to us just to have everything in one place.

Please direct Paragon to preserve all video and audio recordings (i.e. google meet, etc.) and all email of all interactions with Qualtim, DrJ, CBI and Inspired Pursuits, LLC (IP-LLC) that they have, as deleting anything at this point despoils direct evidence.
If there are any questions please call.
Please also note that nothing contained in this email or attachments, nor any act or omission to act by IP-LLC and/or Qualtim, is intended or should be deemed a waiver or modification of any rights or remedies that IP-LLC and/or Qualtim may have at law or in equity, and all such rights are expressly reserved.
Thank you.
Kirk
608-217-3713

---

**From:** Deloris Lanus <Deloris.Lanus@millermartin.com>
**Sent:** Thursday, May 23, 2024 2:30 PM
**To:** Kirk Grundahl <kgrundahl@qualtim.com>
**Subject:** Paragon Component Systems, LLC

**SENT ON BEHALF OF STEPHEN KABAKOFF**

Attached please find correspondence regarding the above-referenced company.  If you have any questions, please feel free to contact Stephen Kabakoff at (404) 962-6494 or Stephen.Kabakoff@millermartin.com.

We look forward to hearing from you.

**Deloris Lanus**                                                                                    

Assistant to Joe All, Stephen Kabakoff, John David Lind, Cory McKenna, Pharan Evans and Charles Forlidas

---

**d** (404) 962-6130
**f** (404) 962-6300                                                                        
Suite 2100 | 1180 W Peachtree Street, NW | Atlanta, GA 30309

---

**CONFIDENTIALITY NOTICE**
The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the addressee. If you are not the intended recipient, please be aware that any dissemination, distribution or copy of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail and delete this message and any attachments. Thank you.