# EXHIBIT 3

