# EXHIBIT 20

**From:** Slack <notification@slack.com>
**Sent:** Tuesday, March 14, 2023 12:50 PM
**To:** Kirk Grundahl <kgrundahl@qualtim.com>
**Subject:** [Slack] New messages from Dan Holland, Jan Pauli, and more in Paragon



# You have a new mention in Paragon (paragontruss.slack.com)

**From a thread in #drj-paragon-engineering-discussions**



**OPEN IN SLACK**

REPLY

### From #drj-paragon-engineering-discussions



**Jan Pauli**  March 14th at 11:36 AM
@Jeremy Bierema @Matt Van Stelle @Jill Zimmerman Hi Jeremy and Matt, I'm checking to see if we need to meet on Friday. Keith is traveling and unsure if he'll be able to make it.





REPLY



**Manage your notifications**

Snooze them for an hour, eight hours, a day, three days, or next week. Or, turn email notifications off. For more detailed preferences, see your account page.



Workspace name: Paragon
**Paragon**
Workspace URL: paragontruss.slack.com
Email: kgrundahl@qualtim.com

SIGN IN

 

Our Blog   |   Policies   |   Help Center   |   Slack Community

©2022 Slack Technologies, LLC, a Salesforce company.
500 Howard Street, San Francisco, CA 94105 USA

All rights reserved.