# EXHIBIT 21

**From:** John Holland
**Sent:** Friday, September 13, 2019 5:09 PM
**To:** Dan Holland (Gmail)
**Cc:** argyrok@paragontruss.com; Suzi Grundahl; Lindsay Braxler
**Subject:** Re: Invoice requested