# EXHIBIT 22

<a>
Case: 3:25-cv-00170-wmc    Document #: 107-5    Filed: 05/29/25    Page 2 of 2
</a>



<a>
Case 1:24-cv-00246-CEA-CHS    Document 54-22    Filed 12/17/24    Page 2 of 2
PageID #: 883
</a>