# EXHIBIT 11

# In Support of Defendants' Motion to Dismiss [21] and Memorandum in Support of Motion to Dismiss [22]

# (REDACTED)

