IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARAGON COMPONENT SYSTEMS, LLC,

        Plaintiff,

v.                                                                   Case No. 3:25-cv-00170-wmc

QUALTIM INC., et al.,

        Defendants.

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff, Paragon Component Systems, LLC, and all defendants Qualtim Inc., Center for Building Innovation LLC., DRJ Engineering LLC, Inspired Pursuits LLC, Kirk Grundahl, and Suzanne Grundahl, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), respectfully move this Court for entry of the proposed Agreed Protective Order attached as **Exhibit A**.

As grounds, the parties submit that certain information produced during pretrial discovery in this action may be of a confidential and private nature. The parties have conferred and agreed upon the terms of the Agreed Protective Order in order to facilitate the discovery process. Accordingly, the parties respectfully request that the Court enter the Agreed Protective Order.

s/James T. Williams
James T. Williams - *Admitted Pro Hac Vice*
james.williams@millermartin.com
Erin E. Steelman - *Admitted Pro Hac Vice*
erin.steelman@millermartin.com
MILLER & MARTIN
832 Georgia Ave., Suite 1200
Chattanooga, TN 37402
T: 423-756-6600

s/Tamar B. Kelber
Tamar B. Kelber, SBN1101802
kelber@gassturek.com
Joshua S. Greenberg, SBN 1107959
greenberg@gassturek.com
241 North Broadway, Suite 300
Milwaukee, WI  523202
T: 414-223-3300

Stephen E. Kabakoff, *Admitted Pro Hac Vice*
stephen.kabakoff@millermartin.com
1180 W. Peachtree St., NW, Suite 2100
Atlanta, GA 30309
T: 404-962-6100

*Counsel for Plaintiff Paragon Component Systems, LLC*

s/Mayville La Rosa
Mayville La Rosa, WI Bar #1119613
LAW OFFICE OF MAYVILLE LA ROSA, ESQ.
6300 Enterprise Ln.
Madison, WI 53719
T: 608-800-7353
mlarosa@kfinnovations.com

Michael J. Bradford, TN BPR #22689
*Admitted Pro Hac Vice*
LUEDEKA NEELY, P.C.
900 South Gay Street, Suite 1504
P.O. Box 1871
Knoxville, TN 37901-1871
T: (865) 546-4305
mbradford@luedeka.com

*Counsel for Defendants Qualtim, Inc., Center for Building Innovation, LLC, DRJ Engineering, LLC, Inspired Pursuits, LLC, Kirk Grundahl, and Suzanne Grundahl*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of June 2025, a copy of the foregoing Joint Motion for Entry of Agreed Protective Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                s/Michael J. Bradford
                                                Michael J. Bradford
                                                *Counsel for Defendants*