IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| PARAGON COMPONENT SYSTEMS, LLC<br>Plaintiff<br><br>v.<br><br>QUALTIM INC., CENTER FOR BUILDING INNOVATION LLC<br>DRJ ENGINEERING LLC, INSPIRED PURSUITS LLC, KIRK GRUNDAHL, SUZANNE GRUNDAHL<br><br>Defendants | Case No.:  I :24-cv-00246-CEA-CHS |

**DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

1. Identify every individual and business entity that each Defendant claims has any ownership interest in, or any right or title to, the Paragon Truss Software, and specify the relative ownership percentage of the Paragon Truss Software alleged for each individual or business entity.

   **Answer:** Defendants objects to this interrogatory in part on the grounds that it contains compound questions as to the ownership interest and percentages. Defendants state that Defendant Inspired Pursuits, LLC claims ownership interest in, or any right or title, to the Paragon Truss Software, however, remaining Defendants reserve the right to claim ownership interest as further discovery progresses. The percentage of ownership will not be completely determined until after additional discovery is completed.

2. Identify with specificity any property, including without limitation intellectual property and physical property, owned or possessed by Paragon that any Defendant claims to have an

Exhibit E

ownership interest in, or any right or title to, and describe in detail the factual basis for any claim by the Defendant of a right, title, or interest in or to each such identified property.

**Answer:** Defendants object to this interrogatory on the grounds that it requests information that will not be known until after additional discovery is completed. Defendants state that they contributed the following: DrJ creative, inventive and copyrighted truss design drawings, (i.e., DrJ intellectual property and trade secrets), Qualtim/CBI proprietary and confidential test data processed through DrJ professional engineering judgments. Answering subject to this objection, and without waiving it, Defendants state that they contributed creative and inventive work which includes but is not limited to interpretations, calculations, testing, etc., the adequate performance of which requires engineering education, training, and experience in the application of special knowledge of the mathematical, physical, and engineering sciences to such innovative and inventive work, which is a DrJ copyrighted truss design drawing where the graphical depiction of DrJ's truss said that it was generated by Design Program: Paragon.

3. Identify with specificity all legally binding contracts each Defendant relies upon as evidence showing that an ownership interest in, or a right or title to, the Paragon Truss Software or the Paragon Truss Marks was assigned, sold, transferred, licensed, or sublicensed to any of the Defendants. Each identified written contract shall include the title of the contract, the date of the contract (and effective date if different), and a list of all parties that executed the contract.

**Answer: Defendants** object to this interrogatory on the grounds that it calls for a legal conclusion as to the definition of a legally binding contract. Answering subject to this objection, and without waiving it, Defendants state that since 2009, the founding member of Paragon and

Defendants have operated as business partners in creating the Paragon Truss Software and Paragon Truss Marks.

4. Identify each individual who knows how any of the Defendants obtained any ownership interest in, or right or title to, the Paragon Truss Software (including any intellectual property and trade secrets therein), the Paragon Truss Marks, or any other intellectual property that is currently in Paragon's custody, possession, or control.

**Answer:** Defendants object to this interrogatory on the grounds that it does not adequately define "knows." In responding to this interrogatory, Defendants have interpreted the term "knows" to mean actual and constructive knowledge and responds that the following individuals know how any of the Defendants obtained any ownership in, or right or title to, the Paragon Truss Software, the Paragon Truss Marks, or any other intellectual property that is currently in Paragon's custody, possession or control:

Jeffrey Cox, Charles Taylor, Catherine Terrell, Nathan Bierema, Jeremy Bierema, Joe Schauer, Matt Van Stelle, Andrew Ewin, David Reed, Scott Hoelsema, Seth Duncan, Michael Pitts, Avery Radmacher, John Holland, and Dan Holland's communications with Paragon staff.

**Answer:** Defendants also object to this interrogatory on the ground that it seeks information that can be obtained from a more convenient source in that on or around June 2024, Paragon restricted Defendants' access to the Slack communication platform information, all the weekly and/or bi-weekly DrJ/Paragon digital video recorded meetings, all Trello project management information, all DrJ copyrighted truss designs and the software. The inability to access that information at this time would render Defendants' answer to this interrogatory materially inaccurate.

5. Identify with specificity the intellectual property, including trade secrets, that any Defendant claims to have contributed to the Paragon Truss Software or Paragon Truss Marks, including the identity of each individual who made any such contribution by or on behalf of a Defendant, a detailed description of the specific contribution, when the contribution was made, who at Paragon received the contribution, and why the contribution was made.

   **Answer:** Defendants object to this interrogatory on the grounds that it seeks information that is within Paragon's control. Answering subject to this objection, and without waiving it, Defendants state that on or around June 2024, Paragon restricted Defendants' access to the Slack communication platform information, all the weekly and/or bi-weekly DrJ/Paragon digital video recorded meetings, all Trello project management information, all DrJ copyrighted truss designs that were used by all Parties' in the creation of the Paragon Truss Software and where DrJ copyrighted truss design drawings reference Paragon and/or Paragon Truss Marks. Defendants will need access to the information within Paragon's control to answer this interrogatory. Defendants add that individuals who made contributions on behalf of Defendants are: Keith Hershey, Stefan Donica, Daniel Lawless, Ryan Dexter, Joe Schauer, Kirk Grundahl, Joe Michels, Jim Vogt, John Fredrick, Larry Wainright, Kevin Muich, Angie Protexter, Eric Helmueller, Dave Borud, Dan Hawk, and Adam Heise.

6. For each of Plaintiff's Requests for Admission that any of the Defendants have denied, in whole or in part, please: (a) state the complete factual basis for your denial; (b) identify all persons with knowledge supporting the basis for your denial and describe with particularity the specific knowledge held by each person identified; and (c) identify all documents supporting your basis for the denial.

**Answer:** Defendants object to this interrogatory on the grounds that it requests information that will not be known until after additional discovery is completed. Defendants state that additional discovery will complete the factual basis for denial and identify all persons with knowledge supporting the basis of Defendant's denial. Additional discovery will determine the particularity and specificity of each Defendant's claim to the authorship and ownership of the Paragon Truss Software and Paragon Truss Marks.

These responses are based on discovery available as of the date hereof. Further discovery, independent investigation, or other analysis may lead to the discovery of additional information or documents, which may lead to additions or changes to the responses set forth herein. These responses are given without prejudice to Defendants' right to produce or rely on subsequently discovered information or documents.

Respectfully submitted January 10, 2025.

_____

Mayville La Rosa, Esq. WI Bar# 1119613
200 Verona Ave. 5003
Verona, WI 53593
Phone: (608) 800-7353 / Email: mlarosa@kfinnovations.com
Attorney for the Defendants