UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARAGON COMPONENT SYSTEMS, LLC,

    Plaintiffs,

Case No.: 3:25-cv-00170-wmc

QUALTIM INC., CENTER FOR BUILDING INNOVATION LLC, DRJ ENGINEERING LLC, INSPIRED PURSUITS LLC, KIRK GRUNDAHL, AND SUZANNE GRUNDAHL

    Defendants.

# DECLARATION OF MAYVILLE LA ROSA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

1. I am an attorney of record representing All Defendants in the above captioned matter. I make this declaration in support All Defendants' opposition to Paragon's Motion to Compel.

2. Attached hereto as Exhibit B is a true and correct copy of Paragon's Rule 26 Initial Disclosures served on counsel of All Defendants on November 15, 2024.

3. Attached hereto as Exhibit C is a true and correct copy of an email from Attorney Erin Steelman to Attorney Mayville La Rosa on August 1, 2025.

4. Attached hereto as Exhibit D is a true and correct copy of a discovery file Defendants received from Paragon. Trade secret information has been redacted to protect the interests of the trade secret owner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2025.

    /s/Mayville La Rosa
    Mayville La Rosa, WI Bar No. 1119613