# EXHIBIT A

# EXHIBIT 13



0

# MEMBERS

## PLATE MANUFACTURER MEMBERS

Plate Manufacturer Members are truss plate manufacturers engaged in manufacturing, selling, and distributing metal connector plates for the wood truss industry.  In addition, nearly all plate manufacturers offer professional engineering services and plant layout support. Most plate manufacturers provide design software and manufacture and/or broker truss/component assembly machinery.  Plate Manufacturer Members are required to maintain building code or other appropriate agency approval for their metal connector plates in all states in which they sell metal connector plates. They must employ or retain the services of a registered professional engineer knowledgeable about metal connected wood trusses and agrees to contribute engineering expertise to and participate in TPI technical programs. If the engineer is retained, the engineer must be an Associate Member of TPI in good standing and comply with all applicable laws and regulations governing its business and engineering activities.  Each TPI Plate Manufacturer Member appoints a representative to serve as a TPI Board of Directors member on their behalf.  The current TPI Plate Manufacturer Members are listed below.

Case: 3:25-cv-00170-wmc    Document #: 108-2    Filed: 08/13/25    Page 4 of 6



Cherokee Metal Products, Inc.
[www.masengills.com](www.masengills.com)
Morristown, TN
(423) 586-7831

Eagle Metal Products
[www.eaglemetal.com](www.eaglemetal.com)
Dallas, TX
(800) 521-3245

Alpine, an ITW Company
[www.alpineitw.com](www.alpineitw.com)
Glenview, IL
(800) 521-9790

MiTek Inc.
[www.mii.com](www.mii.com)
Chesterfield, MO
(314) 434-1200

Simpson Strong-Tie Co., Inc.
[www.strongtie.com](www.strongtie.com)
Pleasanton, CA
(800) 925-5099

## ASSOCIATE MEMBERS

Associate Members are firms, partnerships, or corporations engaged in the business of supplying products, equipment, machinery, or services generally used in the fabrication or use of metal connector plates and metal-plate-connected wood trusses. (Learn More)

ASSOCIATE MEMBER APPLICATION

**Dansco Engineering**
Kevin Harold, P.E.
Apollo Beach, FL
(813) 645-0166

**P.E. Robbins, Inc.**
Ed Robbins, P.E.
Victoria, IL
(309) 240-6424

**Frank E. Woeste, P.E., Professor Emeritus**
Blacksburg, VA

Airville, PA

(717) 862-3455

**Nederveld, Inc.**

Jason Fetterley

Grand Rapids, MI

(616) 575-5190

**Norman Scheel Structural Engineering**

Norman Scheel, P.E., S.E.

Fair Oaks, CA

(916) 536-9585

**SBCA - Structural Building Components Association**

Irving, TX

(608) 274-4849

**Simple Design, LLC**

Shane Fowler, P.E., M.Eng

Suffolk, VA.

(757) 809-3700

**Glenn O. Traylor**

Fuquay-Varina, NC

(919) 280-5905

# HONORARY MEMBERS

Honorary Members are individuals who have been selected by the TPI Board
of Directors as having demonstrated sufficient interest and service in the
metal plate connected wood truss industry. TPI's Honorary Members are:



 0

**Stanley Suddarth, P.E**.

(Deceased)

CONTACT US   RETURNS POLICY   PRIVACY POLICY   TERMS & CONDITIONS

Copyright 2014 -2023 Truss Plate Institute - All Rights Reserved

