# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |  | |
|---|---|---|---|
| PARAGON COMPONENT SYSTEMS, LLC, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No.: 1:24-cv-00246-CEA-CHS | |
| | ) | | |
| QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**PLAINTIFF PARAGON COMPONENT SYSTEMS, LLC'S INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(A)(1), Plaintiff Paragon Component Systems, LLC ("Paragon") makes the following initial disclosures:

**1.    The name, if known, the address and telephone number of each individual likely to have discoverable information—along with the subject of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Based on the information currently known to Paragon, and without waiving any objection based on privilege or the admissibility of any information known by the following individuals, Paragon states that the following individuals are likely to have discoverable information that Paragon may use to support its claims:

i.    John Holland, as President and corporate representative of Paragon, has knowledge of the Paragon Truss Software, as defined in the Complaint, Doc. 1, including the creation, authorship, ownership, and development of the Paragon Truss Software, Paragon's relationship

with the Defendants, the Defendants' involvement (or lack thereof) in connection with the creation, authorship, ownership, and development of the Paragon Truss Software, and Defendants' attempts to claim authorship and ownership of the Paragon Truss Software. John Holland also has knowledge of the Defendants' relationship with his father, Daniel N. Holland. **Mr. Holland may only be contacted through undersigned counsel.**

ii. Matt Van Stelle, who is employed with Paragon as a Product Manager, has knowledge of the creation, authorship, design, and development of the Paragon Truss Software, Paragon's relationship with the Defendants, the Defendants' involvement (or lack thereof) in connection with the creation, authorship, design, and development of the Paragon Truss Software, and Defendants' attempts to claim ownership in the Paragon Truss Software. **Mr. Van Stelle may only be contacted through undersigned counsel or Sam Elliott, Esq., Gearhiser Peters Elliott & Cannon, PLLC, 320 McCallie Ave., Chattanooga TN 37402, 423-756-5171.**

iii. Jeremy Bierema, who is employed with Paragon as a Software Developer, has knowledge of the creation, authorship, design, and development of the Paragon Truss Software, Paragon's relationship with the Defendants, the Defendants' involvement (or lack thereof) in connection with the creation, authorship, design, and development of the Paragon Truss Software, and Defendants' attempts to claim ownership in the Paragon Truss Software. **Mr. Bierma may only be contacted through undersigned counsel or Sam Elliott, Esq., Gearhiser Peters Elliott & Cannon, PLLC, 320 McCallie Ave., Chattanooga TN 37402, 423-756-5171.**

iv. Scott Hoelsema, who is employed with Paragon as a Software Developer – Technical Lead, has knowledge of the creation, authorship, design, and development of the Paragon Truss Software, Paragon's relationship with the Defendants, the Defendants' involvement (or lack of involvement) in connection with the creation, authorship, design, and development of

the Paragon Truss Software, and Defendants' attempts to claim ownership in the Paragon Truss Software. **Mr. Hoelsema may only be contacted through undersigned counsel or Sam Elliott, Esq., Gearhiser Peters Elliott & Cannon, PLLC, 320 McCallie Ave., Chattanooga TN 37402, 423-756-5171.**

v. Argyro Kontopoulou, who is married to John Holland and employed by Paragon, has knowledge of the creation, authorship, design, and development of the Paragon Truss Software, Paragon's relationship with the Defendants, the Defendants' involvement (or lack thereof) in connection with the creation, authorship, design, and development of the Paragon Truss Software, and Defendants' attempts to claim ownership in the Paragon Truss Software. **Mr. Kontopoulou may only be contacted through undersigned counsel.**

vi. Kirk Grundhal, who is the principal owner and president of Defendants Qualtim, Inc. and its affiliates, including DrJ Engineering, LLC ("DrJ") and Center for Building Innovations, LLC ("CBI"), has knowledge of certain engineering and consulting services that Qualtim, DrJ, and CBI provided to Paragon, the compensation paid for such engineering and consulting services, the business relationship between Qualtim, DrJ, CBI, Mr. Grundhal, Ms. Grundhal, and Paragon, claims concerning the design, development, and ownership of the Paragon Truss Software, the Defendants' relationship with Daniel Holland, the formation, operation, management, and property of Inspired Pursuits, LLC, and Defendants' lack of involvement in the authorship and ownership of the Paragon Truss Software.

vii. Suzanne Grundahl, who is the Vice President of Defendants Qualtim, Inc. and DrJ Engineering, LLC, has knowledge of certain engineering and consulting services that Qualtim, DrJ, and CBI provided to Paragon, the compensation paid for such engineering and consulting services, the business relationship between Qualtim, DrJ, CBI, Mr. Grundhal, Ms. Grundhal, and

3

Paragon, claims concerning the design, development, and ownership of the Paragon Truss Software, the Defendants' relationship with Daniel Holland, the formation, operation, management, and property of Inspired Pursuits, LLC, and Defendants' lack of involvement in the authorship and ownership of the Paragon Truss Software.

      viii.    Ryan Dexter, who is a VP of Engineering for Defendants Qualtim, Inc. and DrJ Engineering, LLC, has knowledge of certain engineering and consulting services that Qualtim, DrJ, and CBI provided to Paragon, the compensation paid for such engineering and consulting services, the business relationship between Qualtim, DrJ, CBI, and Paragon, the design and ownership of the Paragon Truss Software, the Defendants' relationship with Daniel Holland, and Defendants' lack of involvement in the authorship and ownership of the Paragon Truss Software.

      ix.    Keith Hershey, who is the General Manager of Defendants Qualtim, Inc. and DrJ Engineering, LLC, has knowledge of certain engineering and consulting services that Qualtim, DrJ, and CBI provided to Paragon, the compensation paid for the engineering and consulting services, the business relationship between Qualtim, DrJ, CBI, and Paragon, the design and ownership of the Paragon Truss Software, the Defendants' relationship with Daniel Holland, and Defendants' lack of involvement in the authorship and ownership of the Paragon Truss Software.

      x.    Jim Vogt, who is who is a VP of Engineering for Defendants Qualtim, Inc. and DrJ Engineering, LLC, has knowledge of certain engineering and consulting services that Qualtim, DrJ, and CBI provided to Paragon, the compensation paid for such engineering and consulting services, the business relationship between Qualtim, DrJ, CBI, and Paragon, the designer and owner of the Paragon Truss Software, the Defendants' relationship with Daniel Holland, and Defendants lack of involvement in the authorship and ownership of the Paragon Truss Software.

xi. Rob Eason, President of Clearspan Components, Inc. has knowledge of certain engineering and consulting services that Qualtim, DrJ, and CBI provided to Clearspan Components, Inc. and its business relationship with Mr. Grundhal, Ms. Grundhal, Qualtim, DrJ, and CBI, and the Defendants' relationship with Daniel Holland. **Mr. Eason may only be contacted through undersigned counsel or Stephan Wright, Esq., Wright, Cortesi & Gilbreath, 2288 Gunbarrel Road, Suite 154, Chattanooga, TN 37421, (423) 826-6919.**

xii. Marvin Speed, Esq., Special Executor to the Estate of Daniel N. Holland, has knowledge concerning certain matters relating to the Estate of Daniel N. Holland. **Mr. Speed may only be contacted through undersigned counsel or Scott McDearman, Esq., Grant Konvalinka & Harrison, P.C., 633 Chestnut St., Suite 900, Chattanooga, TN 37450, (423) 756-8400.**

xiii. All individuals listed on any of the Defendant's initial disclosures.

While Paragon has made a good-faith effort to list each individual believed to have knowledge relevant to this litigation, it is possible that the identity of additional individuals will be ascertained during the discovery process. Paragon expressly reserves the right to supplement this list.

**2.    A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Based on the information currently known to Paragon, and without waiving any objection based on privilege, relevance or admissibility, Paragon may use the following documents and things to support its claims:

5

i. Written communications, including emails and instant messages, between representatives of Paragon and Defendants or representatives of the Defendants.

ii. Oral communications, including recorded calls and video conference meetings, between representatives of Paragon and Defendants or representatives of the Defendants.

iii. Documents concerning the creation, authorship, design, development, and ownership of the Paragon Truss Software and Paragon's other intellectual property.

iv. Documents concerning invoicing and payments to Qualtim or other Defendants in relation to engineering-related consulting services rendered to Paragon.

v. Business records relating to the creation, authorship, design, development, and ownership of the Paragon Truss Software.

vi. Additional non-privileged documents in Plaintiff's or Defendants' possession to be identified during discovery.

vii. Any document identified by any party or witness in Rule 26(a) Initial Disclosures, written discovery, or depositions.

viii. All pleadings and exhibits filed in this action.

ix. All written discovery exchanged between the parties during this action along with documents produced pursuant to discovery requests and in response to subpoenas.

While Paragon has made a good-faith effort to list each document or category of documents relevant to this litigation, it is possible that additional information and documentation will be ascertained during the discovery process. Paragon expressly reserves the right to supplement this list.

**3.     Computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or**

**other evidentiary materials, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extend of injuries suffered.**

By this action, Paragon seeks a declaration that it is the sole author and owner of the Paragon Truss Software and all related intellectual property and trade secrets, and thus, Paragon does not seek monetary damages at this time. Paragon expressly reserves its right to amend its responses to the extent further discovery and investigation reveal claims for monetary damages against Defendants.

**4.   For inspection and copying under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or party of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Paragon is unaware of any insurance agreements relevant to this action.

Respectfully submitted November 15, 2024

        **MILLER & MARTIN PLLC**

        *s/ James T. Williams*
        James T. Williams, TN BPR 16341
        Robert F. Parsley, TN BPR 23819
        Erin E. Steelman, TN BPR 38463
        832 Georgia Avenue, Suite 1200
        Chattanooga, TN 37402-2289
        Telephone: (423) 756-6600
        James.Williams@millermartin.com
        Bob.Parsley@millermartin.com
        Erin.Steelman@millermartin.com

        Stephen E. Kabakoff, GA Bar No. 143164,
        *appearing pro hac vice*
        MILLER & MARTIN PLLC
        1180 W. Peachtree Street, NW
        Suite 2100
        Atlanta, Georgia 30309
        Telephone: (404) 962-6100
        Stephen.Kabakoff@millermartin.com

        *Counsel for Plaintiff Paragon Component*
        *Systems, LLC*

CERTIFICATE OF SERVICE

I certify that on November 15, 2024, a copy of the foregoing **PLAINTIFF PARAGON COMPONENT SYSTEMS, LLC'S INITIAL DISCLOSURES** was served on all counsel of record.

               **MILLER & MARTIN PLLC**

               *s/ Robert F. Parsley*
               James T. Williams, TN BPR 16341
               Robert F. Parsley, TN BPR 23819
               Erin E. Steelman, TN BPR 38463
               832 Georgia Avenue, Suite 1200
               Chattanooga, TN 37402-2289
               Telephone: (423) 756-6600
               James.Williams@millermartin.com
               Bob.Parsley@millermartin.com
               Erin.Steelman@millermartin.com

               *Counsel for Plaintiff Paragon Component Systems, LLC*