# EXHIBIT D

```
[
  {
    "subtype": "channel_join",
    "user": "U01V67BA59B",
    "text": "<@U01V67BA59B> has joined the channel",
    "type": "message",
    "ts": "1619703505.079600"
  },
  {
    "user": "U01V67BA59B",
    "type": "message",
    "ts": "1619703641.079700",
    "client_msg_id": "ea226454-ffad-4fb5-81a6-87f21ea06506",
    "text": "Matt, Let's place all items like this on our agenda to discuss. Thanks",
    "team": "T0EE6QN9F",
    "user_team": "T0EE6QN9F",
    "source_team": "T0EE6QN9F",
    "user_profile": {
      "avatar_hash": "g61ee0af9e75",
      "image_72": "https:\/\/secure.gravatar.com\/avatar\/61ee0af9e759c87f0f8d332d16a5b3fc.jpg?s=72&d=https%3A%2F%2Fa.slack-edge.com%2Fdf10d%2Fimg%2Favatars%2Fava_0014-72.png",
      "first_name": "",
      "real_name": "Kirk Grundahl",
      "display_name": "Kirk Grundahl",
      "team": "T0EE6QN9F",
      "name": "kgrundahl",
      "is_restricted": true,
      "is_ultra_restricted": true
    },
    "thread_ts": "1619630488.076800",
    "parent_user_id": "U1B2GM0E9",
    "blocks": [
      {
        "type": "rich_text",
        "block_id": "1AZ",
        "elements": [
          {
            "type": "rich_text_section",
            "elements": [
```

```
{
"type": "text",
"text": "Matt, Let's place all items like this on our agenda to discuss. Thanks"
}
]
}
]
}
]
},
{
"user": "U1B2GM0E9",
"type": "message",
"ts": "1619703674.079900",
"edited": {
"user": "U1B2GM0E9",
"ts": "1619703847.000000"
},
"client_msg_id": "5ada383d-7bc5-45fa-ac44-7a723d8c8e5a",
"text": "Will do!",
"team": "T0EE6QN9F",
"user_team": "T0EE6QN9F",
"source_team": "T0EE6QN9F",
"user_profile": {
"avatar_hash": "a165ff854c5f",
"image_72": "https:\/\/avatars.slack-edge.com\/2021-10-13\/2623256342064_a165ff854c5fff0ea4e1_72.png",
"first_name": "Matt",
"real_name": "Matt Van Stelle",
"display_name": "",
"team": "T0EE6QN9F",
"name": "matt.vanstelle",
"is_restricted": false,
"is_ultra_restricted": false
},
"thread_ts": "1619630488.076800",
"parent_user_id": "U1B2GM0E9",
"blocks": [
{
"type": "rich_text",
```

```
"block_id": "HBQa4",
"elements": [
{
"type": "rich_text_section",
"elements": [
{
"type": "text",
"text": "Will do!"
}
]
}
]
},
{
"user": "U0134PTLZV5",
"type": "message",
"ts": "1619713126.080200",
"client_msg_id": "3b8d3d87-4840-4dda-8f6e-42125999354b",
```



```
"team": "T0EE6QN9F",
"user_team": "T0EE6QN9F",
"source_team": "T0EE6QN9F",
"user_profile": {
"avatar_hash": "gab00539ada6",
"image_72": "https:\/\/secure.gravatar.com\/avatar\/ab00539ada68c66ee0a25366f384bbb9.jpg?s=72&d=https%3A%2F%2Fa.slack-edge.com%2Fdf10d%2Fimg%2Favatars%2Fava_0003-72.png",
"first_name": "",
"real_name": "Eric Helmueller",
"display_name": "Eric Helmueller",
"team": "T0EE6QN9F",
"name": "ehelmueller",
"is_restricted": true,
```

```
            "is_ultra_restricted": true
        },
        "thread_ts": "1619538807.066800",
        "parent_user_id": "U9S89MYMB",
        "blocks": [
            {
                "type": "rich_text",
                "block_id": "I4j1B",
                "elements": [
                    {
                        "type": "rich_text_section",
                        "elements": [
                            {
                                "type": "text",
```

███████████████████████████████████████████████████████████

```
                            }
                        ]
                    }
                ]
            }
        ]
    },
    {
        "user": "U9S89MYMB",
        "type": "message",
        "ts": "1619725569.080400",
        "client_msg_id": "91880d46-264c-4729-8e0e-8656113c87a3",
```

███████████████████████████████████████████████████████████

```
        "team": "T0EE6QN9F",
```

```
"user_team": "T0EE6QN9F",
"source_team": "T0EE6QN9F",
"user_profile": {
"avatar_hash": "ga3cea3acc32",
"image_72":
"https:\/\/secure.gravatar.com\/avatar\/2a3cea3acc32297586400799dc009251.jpg?s=72&d=htt
ps%3A%2F%2Fa.slack-edge.com%2Fdf10d%2Fimg%2Favatars%2Fava_0013-72.png",
"first_name": "Jeremy",
"real_name": "Jeremy Bierema",
"display_name": "",
"team": "T0EE6QN9F",
"name": "jeremyb",
"is_restricted": false,
"is_ultra_restricted": false
},
"thread_ts": "1619538807.066800",
"parent_user_id": "U9S89MYMB",
"blocks": [
{
"type": "rich_text",
"block_id": "j9Aro",
"elements": [
{
"type": "rich_text_section",
"elements": [
{
"type": "user",
"user_id": "U0134PTLZV5"
},
{
"type": "text",
```

[redacted]

```
}
]
}
```

```
                ]
            }
        ]
    },
    {
        "subtype": "channel_leave",
        "user": "U013KNCGFHR",
        "text": "<@U013KNCGFHR> has left the channel",
        "type": "message",
        "ts": "1619728060.081400"
    },
    {
```

[REDACTED]

```
        "files": [
            {
                "id": "F020GNJUFRQ",
                "created": 1619729618,
                "timestamp": 1619729618,
                "name": "image.png",
                "title": "image.png",
                "mimetype": "image\/png",
                "filetype": "png",
                "pretty_type": "PNG",
                "user": "U0134PTLZV5",
                "user_team": "T0EE6QN9F",
                "editable": false,
                "size": 6770,
                "mode": "hosted",
                "is_external": false,
                "external_type": "",
                "is_public": true,
                "public_url_shared": false,
```

```
"display_as_bot": false,
"username": "",
"url_private": "https:\/\/files.slack.com\/files-pri\/T0EE6QN9F-F020GNJUFRQ\/image.png?t=xoxe-14482838321-7659852307490-7656973474629-9b5b75ac5e2b72cbb3f95f70d2b18b86",
"url_private_download": "https:\/\/files.slack.com\/files-pri\/T0EE6QN9F-F020GNJUFRQ\/download\/image.png?t=xoxe-14482838321-7659852307490-7656973474629-9b5b75ac5e2b72cbb3f95f70d2b18b86",
"media_display_type": "unknown",
"thumb_64": "https:\/\/files.slack.com\/files-tmb\/T0EE6QN9F-F020GNJUFRQ-3914120566\/image_64.png?t=xoxe-14482838321-7659852307490-7656973474629-9b5b75ac5e2b72cbb3f95f70d2b18b86",
"thumb_80": "https:\/\/files.slack.com\/files-tmb\/T0EE6QN9F-F020GNJUFRQ-3914120566\/image_80.png?t=xoxe-14482838321-7659852307490-7656973474629-9b5b75ac5e2b72cbb3f95f70d2b18b86",
"thumb_360": "https:\/\/files.slack.com\/files-tmb\/T0EE6QN9F-F020GNJUFRQ-3914120566\/image_360.png?t=xoxe-14482838321-7659852307490-7656973474629-9b5b75ac5e2b72cbb3f95f70d2b18b86",
"thumb_360_w": 360,
"thumb_360_h": 85,
"thumb_480": "https:\/\/files.slack.com\/files-tmb\/T0EE6QN9F-F020GNJUFRQ-3914120566\/image_480.png?t=xoxe-14482838321-7659852307490-7656973474629-9b5b75ac5e2b72cbb3f95f70d2b18b86",
"thumb_480_w": 480,
"thumb_480_h": 113,
"thumb_160": "https:\/\/files.slack.com\/files-tmb\/T0EE6QN9F-F020GNJUFRQ-3914120566\/image_160.png?t=xoxe-14482838321-7659852307490-7656973474629-9b5b75ac5e2b72cbb3f95f70d2b18b86",
"thumb_720": "https:\/\/files.slack.com\/files-tmb\/T0EE6QN9F-F020GNJUFRQ-3914120566\/image_720.png?t=xoxe-14482838321-7659852307490-7656973474629-9b5b75ac5e2b72cbb3f95f70d2b18b86",
"thumb_720_w": 720,
"thumb_720_h": 170,
"thumb_800": "https:\/\/files.slack.com\/files-tmb\/T0EE6QN9F-F020GNJUFRQ-3914120566\/image_800.png?t=xoxe-14482838321-7659852307490-7656973474629-9b5b75ac5e2b72cbb3f95f70d2b18b86",
"thumb_800_w": 800,
"thumb_800_h": 188,
"original_w": 955,
"original_h": 225,
"thumb_tiny": "AwALADDTyB3pNw9aMDJPc0uB6UAJuFNjOEAPWn4HpRgelACbhS5HrRgelJgZBx0oA\/\/Z",
"permalink": "https:\/\/paragontruss.slack.com\/files\/U0134PTLZV5\/F020GNJUFRQ\/image.png",
"permalink_public": "https:\/\/slack-files.com\/T0EE6QN9F-F020GNJUFRQ-b29a3eb45b",
"is_starred": false,
"has_rich_preview": false,
"file_access": "visible"
```

```
            }
          ],
          "upload": false,
          "user": "U0134PTLZV5",
          "display_as_bot": false,
          "blocks": [
            {
              "type": "rich_text",
              "block_id": "ogAgp",
              "elements": [
                {
                  "type": "rich_text_section",
                  "elements": [
                    {
                      "type": "text",
```

```
                    }
                  ]
                }
              ]
            }
          ],
          "type": "message",
          "ts": "1619730955.082100",
          "thread_ts": "1619538807.066800",
          "parent_user_id": "U9S89MYMB"
        }
      ]
```