**IN THE UNITED STATED DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

PARAGON COMPONENT SYSTEMS, LLC,

   Plaintiff,

 V.

QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

   Defendants.

Case No. 3:25-cv-00170-wmc

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY**
**BRIEF IN SUPPORT OF ITS MOTION TO COMPEL**

---

Plaintiff, Paragon Component Systems, LLC ("Paragon"), by its undersigned counsel, hereby moves the Court for leave to file a reply brief in support of its motion to compel filed on August 6, 2025 (Doc. 117) under Rule 7(b) of the Federal Rules of Civil Procedure. Paragon's proposed reply brief is attached hereto as Exhibit A.

Paragon states that good cause exists for the Court to consider its short, three-page reply brief in response to Defendants' brief in opposition to Paragon's motion to compel (Doc. 119) because: (i) Defendants' brief contains an improper discovery motion that should be stricken; and (ii) Defendants' brief contains new statements that provide additional support for granting Paragon's motion to compel.

WHEREFORE, Paragon respectfully requests that the Court grant this motion for leave to file a reply brief in support of its motion to compel.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Dated:  August 19, 2025

                                          **GASS TUREK LLC**

                                          *Counsel for Plaintiff Paragon*
                                          *Component Systems, LLC*

                                          *s/ Tamar B. Kelber*

                                          Tamar B. Kelber, SBN 1101802
                                          kelber@gassturek.com
                                          Joshua S. Greenberg, SBN 1107959
                                          greenberg@gassturek.com
                                          241 North Broadway, Suite 300
                                          Milwaukee, WI 53202

2