UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

Paragon Component Systems, LLC

                              Plaintiffs

v.                                                                       Case No.: 3:25-cv-00170-wmc

Qualtim, Inc., *et al.*,

                              Defendants

## DEFENDANT KIRK GRUNDAHL'S MOTION TO STAY

Defendant Kirk Grundahl respectfully moves the Court to stay all proceedings and deadlines in this action (the "'170 Action") until final judgment is entered and any appellate mandate issues in *Inspired Pursuits, LLC, et al. v. Paragon Component Systems, LLC, et al.*, No. 3:25-cv-00075-wmc (the "'75 Action").

In support of this motion, Defendant states:

1. The '170 Action and the '75 Action arise from the same business relationship and rely on overlapping witnesses, documents, and communications.

2. The '170 Action seeks declaratory relief regarding software ownership. The '75 Action is broader and seeks damages and equitable relief on related claims that will resolve or substantially narrow issues presented here.

3. Proceeding in parallel would duplicate discovery, motion practice, and trial preparation and would risk inconsistent rulings.

4. A stay conserves judicial and party resources and permits a single, consistent resolution of overlapping issues on a complete record.

5. A supporting Brief in Support of Motion to Stay is filed contemporaneously and is incorporated by reference.

Requested Relief. Defendant respectfully requests that the Court:

a. Stay all proceedings and deadlines in the '170 Action until final judgment is entered and any appellate mandate issues in the '75 Action.

b. Hold all pending motions in abeyance, with leave to renew within 14 days after the stay is lifted.

c. Provide that existing protective order terms and preservation obligations remain in effect during the stay.

d. Permit either party to seek modification of the stay for good cause.

Dated: October 29, 2025

Respectfully submitted,

*/s/ Kirk Grundahl*
Kirk Grundahl
1130 Fairway Court
Lake Mills, WI  53551
Ph.: 608-217-3713
kgrundahl@qualtim.com
*Defendant, pro se*

2