UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

Paragon Component Systems, LLC
                             Plaintiffs

v.                                                           Case No.: 3:25-cv-00170-wmc

Qualtim, Inc., *et al.*,
                             Defendants

## ORDER GRANTING DEFENDANT KIRK GRUNDAHL'S MOTION TO STAY

The Court, having considered Defendant Kirk Grundahl's Motion to Stay and the Brief in Support, and good cause appearing, orders as follows:

1. All proceedings and deadlines in this action are stayed until final judgment is entered and any appellate mandate issues in Inspired Pursuits, LLC, et al. v. Paragon Component Systems, LLC, et al., No. 3:25-cv-00075-wmc.

2. All pending motions in this action are held in abeyance. Any party may renew or refile such motions within 14 days after the stay is lifted.

3. Existing protective order terms and preservation obligations remain in effect during the stay.

4. Any party may move to modify this Order for good cause.

Entered _____, 2025

BY THE COURT:

_____
ANITA MARIE BOOR
Magistrate Judge