

**STEPHEN E. KABAKOFF**
Direct Dial 404-962-6494
Direct Fax 404-962-6359
Stephen.Kabakoff@millermartin.com

March 2, 2026

## <u>VIA ELECTRONIC MAIL</u>

The Honorable William M. Conley, U.S. District Judge
United States District Court, Western District of Wisconsin
120 North Henry Street, Room 320
Madison, Wisconsin 53703

      RE:    *Paragon Component Systems, LLC v. Qualtim, Inc. et al.*, W.D. Wis.,
             Case No. 3:25-cv-170-WMC

Dear Judge Conley:

      We represent Plaintiff Paragon Component Systems, LLC ("Paragon") in the above-styled case. I write to request entry of Paragon's proposed amended Complaint (Dkt. 53-1) in the Court's docket. In this action, the Court issued a Pretrial Conference Order stating "Amendments to the pleadings may be filed and served without leave of court through the date set forth above," i.e., by August 8, 2025. (Dkt. 106 at 2). Before this deadline, however, Paragon had filed its Motion for Leave to File First Supplemental or Amended Complaint (Dkts. 52-53) including a proposed First Supplemental Complaint (Dkt. 53-1). This proposed amended pleading incorporates by reference the original Complaint and adds a new cause of action. Defendants opposed the motion, which is fully briefed and remains pending.

      In more detail, Paragon originally filed its Motion for Leave to File First Supplemental or Amended Complaint on December 10, 2024, when this case was pending in the District Court for the Eastern District of Tennessee. The motion was fully briefed in E.D. Tenn., but then this action was transferred to the Western District of Wisconsin. This Court issued a text order (Dkt. 77) stating "The court understands that plaintiff's motion to amend the complaint to add a claim, Dkt. 52, is fully briefed and was not decided by the United States District Court for the Eastern District of Tennessee before the case was transferred. Dkt. 73, at 14. The court will allow the parties a brief period to file supplemental briefs applying Seventh Circuit case law." The parties' supplemental briefing was concluded by April 9, 2025. (Dkt. 94, 97). Then the Court's Pretrial Conference Order (Dkt. 106) subsequently issued on May 9, 2025, indicating that leave of court was **<u>not</u>** required for any amended pleading filed before August 8, 2025. In other words, the Order either impliedly granted Paragon's Motion for Leave or retroactively made the motion unnecessary.

      Since then, Defendants have refused to respond to discovery for the added cause of action, and the discovery period will close in a matter of months. The Magistrate Judge previously indicated that discovery on Paragon's new cause of action will be relevant after Paragon's amended Complaint is formally entered into the record. Accordingly, Paragon respectfully requests entry of its First Supplemental Complaint (Dkt. 53-1) as a timely-filed amended pleading.

Regions Plaza Suite 2100
1180 West Peachtree Street, N.W. | Atlanta, GA | 30309-3407
Office 404.962.6100 Fax 404.962.6300
millermartin.com

ATLANTA
CHARLOTTE
CHATTANOOGA
NASHVILLE

The Honorable William M. Conley, U.S. District Judge
March 2, 2026
Page 2

Respectfully submitted,

MILLER & MARTIN, PLLC

*/s/ Stephen E. Kabakoff*
James T. Williams – *Admitted Pro Hac Vice*
james.williams@millermartin.com
Erin E. Steelman – *Admitted Pro Hac Vice*
erin.steelman@millermartin.com
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600

Stephen E. Kabakoff – *Admitted Pro Hac Vice*
stephen.kabakoff@millermartin.com
1180 W. Peachtree Street, NW, Suite 2100
Atlanta, Georgia 30309
Telephone: (404) 962-6100

GASS TUREK, LLC

*/s/ Tamar B. Kelber*
Tamar B. Kelber, SBN 1101802
kelber@gassturek.com
Josh S. Greenberg, SBN 1107959
greenberg@gassturek.com
241 North Broadway, Suite 300
Milwaukee, WI 523202
Telephone: (414) 223-3300

*Counsel for Plaintiff Paragon Component Systems, LLC*

cc:     All Counsel of Record via PACER