UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

PARAGON COMPONENT SYSTEMS, LLC,

        Plaintiff,

v.                                          Case No. 3:25-cv-00170-wmc

QUALTIM INC., CENTER FOR BUILDING
INNOVATION LLC, DRJ ENGINEERING LLC,
INSPIRED PURSUITS LLC, KIRK GRUNDAHL,
and SUZANNE GRUNDAHL,

        Defendants.

## DEFENDANTS' MOTION TO COMPEL INSPECTION OF
## SOURCE CODE REPOSITORY

Defendants respectfully move, under Federal Rules of Civil Procedure 26, 34, and 37, for an order compelling Plaintiff Paragon Component Systems, LLC to permit inspection of the Paragon Truss Software source code repository pursuant to ¶ 14 of the Agreed Protective Order.

The repository and its version history are central to determining whether Defendants' engineering contributions were incorporated into, and continue to operate within, the Paragon Truss Software. Accordingly, inspection of the repository is directly relevant and proportional to the needs of the case under Rule 26(b)(1). Paragon's insistence that Defendants first identify specific portions of the repository improperly shifts the burden of production to Defendants, contrary to the obligations imposed by Rule 34. Rule 37 therefore authorizes the Court to compel the requested inspection.

Defendants request an order requiring Paragon to make the repository available for inspection consistent with the Protective Order and to provide inspection dates within five business days of the Court's order.

The parties conferred in good faith and were unable to resolve this dispute.

Defendants submit the accompanying memorandum in support of this motion.

Dated this 4th day of March, 2026.

        **MURPHY DESMOND S.C.**
Attorneys for Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, and Suzanne Grundahl.

Electronically Signed By: */s/ Scott G. Salemi*
    Scott G. Salemi
    State Bar Number: 1118960
    33 East Main Street, Suite 500
    Madison, WI 53701-2038
    Phone: (608) 257-7181
    Fax: (608) 257-2508
    ssalemi@murphydesmond.com

**KIRK GRUNDAHL**
Pro Se Defendant

Electronically Signed By: */s/ Kirk Grundahl*
    Kirk Grundahl
    1130 Fairway Court
    Lake Mills, WI 53551
    Phone: 608-217-3713
    kgrundahl@qualtim.com