# Exhibit 9

| | |
|---|---|
| **From:** | Scott G. Salemi <ssalemi@murphydesmond.com> |
| **Sent:** | Thursday, February 26, 2026 12:26 PM |
| **To:** | James Williams; Stephen Kabakoff |
| **Cc:** | Erin Steelman; greenberg@gassturek.com; Tamar Kelber; Fiona T. Finger; bzeeck@hinshawlaw.com; cswinick@hinshawlaw.com; Sonya Braunschweig; Stephan Wright; Tj Vita; Suzi Grundahl; Katie E. Kelly; Kirk Grundahl; April Sawhill |
| **Subject:** | Inspired Pursuits LLC et al. v. Paragon Component Systems LLC et al. 25-cv-75 and Paragon v. Qualtim, Inc., et al. 25-cv-170; demand for inspection of Defendants' Source Code |

Counsel,

Pursuant to Paragraph 14 of the operative, Agreed Protective Order entered in both actions, Plaintiffs hereby request to inspect Defendants' Source Code designated as "Highly Confidential – Source Code." (ECF #42-1 in '75 Action; ECF #61-1 in '170 Action)

Plaintiffs in '75/Defendants in '170 request that the Source Code be made available for inspection on a secured, stand-alone computer in a secured room, without internet or network access, as required by Paragraph 14(a) of the Protective Orders. Please confirm the proposed location for review, which we would prefer to be in Wisconsin.

To facilitate meaningful inspection, please confirm that the review computer will include:

- Reasonably searchable source code;
- All relevant versions of the code at issue during the relevant time period (2015 to the present);
- Directory structure intact;
- Necessary build instructions, documentation, and configuration files sufficient to understand and evaluate the code;
- Identification of any third-party components or excluded materials.

Plaintiffs/Defendants anticipate that review will be conducted by a disclosed testifying expert and outside counsel of record in compliance with Paragraph 13 of the Protective Order. Executed Exhibit A acknowledgments will be provided in advance of the inspection.

Please provide multiple dates during the weeks of March 2-16 when the Source Code will be available for inspection. Given the scope of the codebase at issue, Plaintiffs/Defendants anticipate that multiple days of review may be required, and so we request multiple consecutive blocks of time.

This notice is made in both related actions.

We look forward to coordinating promptly.

**Scott G. Salemi**
*he/him/his*
**MURPHY DESMOND S.C.**
(608) 268-5646 P | (608) 257-2508 F



33 East Main Street, Suite 500 | Madison, WI 53703
**website** | **map** | **email**

CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine. As money is often at issue in matters we handle, this communication may directly or indirectly be considered an attempt to collect a debt.