IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARAGON COMPONENT SYSTEMS,
LLC,

      Plaintiff,

v.

QUALTIM, INC., CENTER FOR BUILDING
INNOVATION, LLC, DRJ ENGINEERING,
LLC, INSPIRED PURSUITS, LLC, KIRK
GRUNDAHL, and SUZANNE GRUNDAHL,

      Defendants.

Case No. 3:25-cv-00170-wmc

---

**PLAINTIFF PARAGON COMPONENT SYSTEMS, LLC'S MOTION TO COMPEL FACT DEPOSITIONS SUFFICIENTLY PRIOR TO MAY SUMMARY JUDGMENT DEADLINE**

---

Plaintiff, Paragon Component Systems, LLC ("Paragon"), by and through counsel, pursuant to Rule 37 of the Federal Rule of Civil Procedure, hereby moves the Court for an order compelling Defendants to produce witnesses for depositions in this action.

On February 17, 2026, Paragon noticed the depositions of Defendant Kirk Grundahl, Defendant Suzanne Grundhal, and employees of Defendants' companies, including Eric Helmueller, Keith Hershey, and Adam Heise. The notices requested the witnesses appear for deposition during the week of March 9, 2026, or at such other time as the parties may mutually agree.

In response, Defendants refused to produce any witness prior to May of 2026, notwithstanding the fact that the summary judgment deadline in this action is May 14, 2026. Defendants' attempt to delay prosecution of this case so Paragon cannot complete discovery prior to the summary judgment deadline—an attempt based solely on one defense counsel's conflicting

trial schedule—is inappropriate and will result in the unnecessary delay of this case. Paragon respectfully requests the Court enter an order compelling these witnesses to appear for their depositions in a manner consistent with the Scheduling Order and the timetable for filing of summary judgment motions.

The undersigned counsel has conferred with defense counsel, as well as requested dates of availability from *pro se* Defendant Kirk Grundahl, and no dates have been obtained, other than the suggestion that witnesses can be made available in May 2026. The parties have sufficiently conferred on these issues and are at an impasse.

Dated: March 6, 2026

*/s/James T. Williams*

Stephen E. Kabakoff, GA Bar No. 143164,
*appearing pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street NW, Suite 2100
Atlanta, Georgia 30309
Telephone: (404) 962-6100
Stephen.Kabakoff@millermartin.com

James T. Williams, TN BPR 16341
Erin E. Steelman, TN BPR 38463
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com


*/s/ Tamar B. Kelber*
Tamar B. Kelber, SBN 1101802
Joshua S. Greenberg, SBN 1107959
Gass Turek LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
Telephone: (414) 223-3300
kelber@gassturek.com
greenberg@gassturek.com

3

*Attorneys for Plaintiff Paragon Component Systems, LLC*

## CERTIFICATE OF SERVICE

I certify that on March 6, 2026, a copy of the foregoing **PLAINTIFF PARAGON COMPONENT SYSTEMS, LLC'S MOTION TO COMPEL FACT DEPOSITIONS SUFFICIENTLY PRIOR TO MAY SUMMARY JUDGMENT DEADLINE** is being served on all counsel of record via email.

                                                               **MILLER & MARTIN PLLC**

                                                               */s/James T. Williams*

                                                               *Counsel for Plaintiff Paragon Component Systems, LLC*