UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

PARAGON COMPONENT SYSTEMS, LLC,

        Plaintiff,

v.                                                                                              Case No. 3:25-cv-00170-wmc

QUALTIM INC., CENTER FOR BUILDING
INNOVATION LLC, DRJ ENGINEERING LLC,
INSPIRED PURSUITS LLC, KIRK GRUNDAHL,
and SUZANNE GRUNDAHL,

        Defendants.

**DEFENDANTS' MOTION TO CONSOLIDATE RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)**

        Defendants respectfully move under Federal Rule of Civil Procedure 42(a) to consolidate this action with *Inspired Pursuits, LLC et al. v. Paragon Component Systems, LLC et al.*, Case No. 25-cv-75-wmc ("the '75 action"), and to designate the '75 action as the lead case.

        Both cases are pending before this Court. They arise from a long-term business relationship and alleged joint venture involving overlapping development and use of the Paragon Truss Software and the events surrounding the enterprise's termination in 2024. The matters now proceed on closely aligned schedules, with coordinated discovery and party-modified expert deadlines.

        Consolidation will promote judicial economy, avoid duplicative discovery and summary judgment proceedings, and reduce the risk of inconsistent rulings concerning authorship, ownership, and the parties' respective rights in the software and related intellectual property. Consolidation will not merge the actions or alter their distinct legal standards but will permit coordinated management of overlapping factual issues.

On March 3, 2026, undersigned counsel notified Plaintiff Paragon Component Systems, LLC of Defendants' intent to file this Motion to Consolidate and requested Paragon's position by the end of the day. Counsel subsequently extended the deadline for a response to Thursday, March 5, 2026. As of the time of filing this Motion on March 6, 2026, Paragon has not provided a response stating its position. Accordingly, Defendants file this Motion without the benefit of Paragon's position. No party in the related '75 action, where a similar motion has been filed, responded either.

Defendants submit the accompanying memorandum in support of this motion.

Dated this 6th day of March, 2026.

        **MURPHY DESMOND S.C.**
        Attorneys for Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, and Suzanne Grundahl.

        Electronically Signed By: */s/ Scott G. Salemi*
        Scott G. Salemi
        State Bar Number: 1118960
        33 East Main Street, Suite 500
        Madison, WI 53701-2038
        Phone: (608) 257-7181
        Fax: (608) 257-2508
        ssalemi@murphydesmond.com

        **KIRK GRUNDAHL**
        Pro Se Defendant

        Electronically Signed By: */s/ Kirk Grundahl*
        Kirk Grundahl
        1130 Fairway Court
        Lake Mills, WI 53551
        Phone: 608-217-3713
        kgrundahl@qualtim.com