Exhibit 3

| | |
|---|---|
| **From:** | Stephen Kabakoff <Stephen.Kabakoff@millermartin.com> |
| **Sent:** | Wednesday, March 18, 2026 2:58 PM |
| **To:** | Katie E. Kelly; Scott G. Salemi; kgrundahl@qualtim.com |
| **Cc:** | Erin Steelman; Laura Burnett; Dedie Curtis; Tj Vita; Sonya Braunschweig; Tamar Kelber; Diane Paszkiewicz; Suzi Grundahl; Fiona T. Finger; James Williams |
| **Subject:** | RE: Paragon Source Code Inspection Proposal - Paragon Component Systems, LLC v. Qualtim Inc., et al. - Case No. 3:25-cv-00170-wmc |

Dear Scott,

We have discussed your current source-code demand with our client and are willing to agree to the following.

First, because you maintain that "[t]he current deployed version [of Paragon's software] may include post-period modifications, refactoring, or new features unrelated to the contributions at issue," Paragon agrees to further amend its offer to allow Defendants to identify which particular version (by date) of a complete set of compiled production source-code files they would like to inspect corresponding to an executable Paragon Truss Software application that has been made available to customers.

Second, our client agrees to perform a supplemental search for non-source-code documents relating to the Paragon software. On further investigation, there appears to be some older documentation, predating Paragon's interactions with Defendants, that we were not previously aware of and will be produced soon.

Third, Paragon agrees to install VSCode with a C# extension on the source-code laptop as this is the IDE that its developers use in the ordinary course of business.

Please let us know if you agree to this offer and will withdraw your motion to compel in the '170 Action and, if so, which date we should request Paragon to use for the production source code. If you refuse this amended offer, then we will proceed with presenting our position to the Court to decide.

Best regards,
Stephen

**Stephen Kabakoff** - Ext. 6494
Member
Atlanta

**From:** Katie E. Kelly <KKelly@murphydesmond.com>
**Sent:** Tuesday, March 17, 2026 2:36 PM
**To:** Stephen Kabakoff <Stephen.Kabakoff@millermartin.com>; Scott G. Salemi <ssalemi@murphydesmond.com>; kgrundahl@qualtim.com

1

**Cc:** Erin Steelman <Erin.Steelman@millermartin.com>; Laura Burnett <Laura.Burnett@millermartin.com>; Dedie Curtis <Dedie.Curtis@millermartin.com>; Tj Vita <tvita@qualtim.com>; Sonya Braunschweig <sbraunschweig@kfinnovations.com>; Tamar Kelber <kelber@gassturek.com>; Diane Paszkiewicz <paszkiewicz@gassturek.com>; Suzi Grundahl <sgrundahl@qualtim.com>; Fiona T. Finger <ffinger@murphydesmond.com>; James Williams <James.Williams@millermartin.com>
**Subject:** RE: Paragon Source Code Inspection Proposal - Paragon Component Systems, LLC v. Qualtim Inc., et al. - Case No. 3:25-cv-00170-wmc

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please see attached from Scott Salemi and Kirk Grundahl regarding the '75 and '170 actions.

**Katie Kelly  | Associate Attorney**
*she/her/hers*
**MURPHY DESMOND S.C.**
(608) 268-5591 P | (608) 257-2508 F
33 East Main Street, Suite 500 | Madison, WI 53703
**website** | **map** | **email**



  

CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine.

**From:** Stephen Kabakoff <Stephen.Kabakoff@millermartin.com>
**Sent:** Monday, March 16, 2026 2:28 PM
**To:** Scott G. Salemi <ssalemi@murphydesmond.com>; kgrundahl@qualtim.com
**Cc:** Erin Steelman <Erin.Steelman@millermartin.com>; Laura Burnett <Laura.Burnett@millermartin.com>; Dedie Curtis <Dedie.Curtis@millermartin.com>; Tj Vita <tvita@qualtim.com>; Sonya Braunschweig <sbraunschweig@kfinnovations.com>; Tamar Kelber <kelber@gassturek.com>; Diane Paszkiewicz <paszkiewicz@gassturek.com>; Suzi Grundahl <sgrundahl@qualtim.com>; Fiona T. Finger <ffinger@murphydesmond.com>; James Williams <James.Williams@millermartin.com>
**Subject:** Paragon Source Code Inspection Proposal - Paragon Component Systems, LLC v. Qualtim Inc., et al. - Case No. 3:25-cv-00170-wmc

Dear Kirk, Scott,

I write to follow up with Paragon's source code inspection proposal for the Qualtim '170 case. We continue to maintain that source code is not at issue in the Inspired Pursuits '075 case. In addition, we have repeatedly asked to discuss the scope of source code inspection with you in the Qualtim case, but you have refused to engage in any such discussions before filing your motions to compel.

By way of background, you may not appreciate that Paragon has more than 12,000 different compilable versions of its software in its source code repository, where most of those versions contain more than 500,000 lines of code. It is simply not reasonable nor even possible for every version of the source code on a laptop computer to be inspected.

With this in mind, Paragon agrees to prepare a source code laptop with all of the source code files that are compiled into its currently deployed version of the executable Paragon software application that is made available to customers. Please confirm if this is acceptable. If so, we will proceed with preparing the laptop and expect that you will withdraw your pending source-code related motions.

Best regards,
Stephen

**Stephen Kabakoff**

**d** (404) 962-6494
**f** (404) 962-6359
Suite 2100 | 1180 W Peachtree Street, NW | Atlanta, GA 30309



CONFIDENTIALITY NOTICE
The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the addressee. If you are not the intended recipient, please be aware that any dissemination, distribution or copy of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail and delete this message and any attachments. Thank you.