**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| PARAGON COMPONENT SYSTEMS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:25-cv-0170-wmc |
| QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL, | ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

**DECLARATION OF RYAN SHEATSLEY, PHD
April 2, 2026**

I, Ryan Sheatsley, declare as follows:

## 1      QUALIFICATIONS AND ROLE

1.      I have been retained by Qualtim, Inc. as a consulting and testifying expert in the above-captioned matter. I am a competent adult over the age of 21. I am a resident of the State of Wisconsin and make this declaration based on my own personal knowledge. I have no direct or indirect interest in the outcome of this case for which I am offering opinions and testimony.

2.      I earned a Ph.D. in Computer Sciences from the Department of Computer Sciences at the University of Wisconsin, Madison in 2024. I earned a Master of Science degree in Computer Science and Engineering and a Bachelor of Science degree in Computer Engineering from the Pennsylvania State University in 2018 and 2015, respectively.

3.      From 2014-2018, I spent my summers as a research scientist for the United States Army Research Laboratory (ARL) in the Tactical Network Assurance Branch. My responsibilities at ARL included performing fundamental research on the security of computer networks and serving as team lead on associated projects.

4.      From 2016 to 2024, I was a graduate student (the first two years pursuing my master's degree and the remaining time working toward my doctorate in computer science). My research focused on computer security, including the security of machine learning systems, cloud systems, and networked environments. This work required extensive interaction with large-scale codebases and datasets, including analysis of software implementations underlying machine learning pipelines, data processing systems, and security tools. As part of my research, I routinely examined, modified, and evaluated both proprietary and open-source software libraries, including identifying how particular features were implemented,

how systems differed from baseline open-source implementations, and how modifications affected system behavior.

5. I was a postdoctoral researcher at the University of Wisconsin–Madison, where I continued my research in computer security. In this role, I further developed expertise in analyzing complex software systems, including evaluating implementation details, system architecture, and interactions between components. Throughout my academic career, I also lectured on topics including computer security, system administration, and software systems, which required explaining and analyzing source code and system design.

6. Since 2025, I have worked in expert witness consulting in matters involving intellectual property and software-related disputes. In this capacity, I have performed source code analysis across a range of software systems, including filesystems, media processing applications, and database technologies. My work has included evaluating code for functionality, identifying the origin and evolution of specific features, and assessing technical issues related to authorship, modification, and contribution.

7. My assignment includes analyzing software source code and related technical and engineering materials; evaluating whether implementations reflect standard, publicly-known engineering practices or proprietary, confidential, or non-public contributions; and rendering expert opinions as appropriate.

8. I make this declaration to describe the materials, access, and information necessary for me to conduct reliable and technically-sound source code review.

## 2    SOFTWARE DEVELOPMENT AND DOCUMENTATION PRACTICES

9. Modern software development follows an iterative lifecycle involving requirements definitions, design, implementation, testing, and release. For any non-trivial project, this

Declaration of Dr. Ryan Sheatsley                    2

process includes collaboration among engineers, product managers, and other stakeholders regarding the intended functionality of the software.[1]

10. As part of this lifecycle, engineers implement features in source code and record incremental changes using version control systems. These changes are commonly accompanied by brief messages describing the purpose of the change, memorializing the state of the code (in what is commonly called a "commit" operation).

11. At defined intervals, collections of implemented changes are organized into identifiable versions, releases, or milestones (e.g., version numbers, builds, or release candidates). These releases are commonly accompanied by technical documentation describing the functionality, design decisions, and intended behavior of the software.

12. This lifecycle of software development did not originate by accident; technical documentation serves multiple, critical purposes within standard software engineering practice. For example, technical documents: communicate functionality and change to users and customers; inform internal stakeholders regarding implemented and pending features; describe system architecture, interfaces, and expected behavior for engineers; facilitate onboarding and collaboration among development teams.

13. Software engineering analysis is inherently contextual. The relationship between implemented features and underlying source code is pervasively established through documentation, specifications, and design materials, rather than through isolated change records (i.e., "commits") alone.

---

[1] Paragon actively practices documenting intended functionality. See PARAGON-356522 through 356525 for the intended functionality of a Graphical User Interface (GUI) for managing accounts. This document describes the visible fields, settings (e.g., "Preferred color theme"), buttons to click on, etc.

Declaration of Dr. Ryan Sheatsley 3

14. Accordingly, technical documentation is necessary to reliably identify not only which versions of a software system contain particular features and contributions, but also to determine where, within the codebase, those features are implemented.

15. Such technical documents fall squarely within the definitions provided by the court: "internal documentation or applications or software interfaces" that allow the expert to understand "what modifications were made to the software and when."[2] As the court notes, such documents can be "internal higher-level systematic flowchart, schematics, et cetera."[3]

## 3    VERSION CONTROL SYSTEMS AND COMMIT LOGS

16. Version control systems (such as Git) are tools used to track changes to source code over time. These systems record incremental modifications made by developers and maintain a history of such changes.

17. Git-based systems are centered around four fundamental concepts:

(a) *Commits*, which represent individual sets of saved changes to the codebase.

(b) *Branches*, which allow parallel development of features or bug fixes (by providing an isolated "copy" of a codebase).

(c) *Merges*, which combine changes from different branches (by migrating the changes made to the "copy" of the codebase into the "main"[4] codebase).

(d) *Pull requests*, which facilitate code review prior to integration.

---

[2] Motion Hearing on March 25, 2026. Tr. 53:7-12.
[3] Motion Hearing on March 25, 2026. Tr. 33:13-18.
[4] I use the term "main" here to describe the codebase that represents the software that is eventually deployed or sold to customers. In Git, this "main" codebase is often called the "Main" or the "Master" branch.

18.    In short, a developer assigned to implement a particular feature, would: (1) create a *branch* of the main codebase, (2) implement and *commit* their changes, (3) create a *pull request*, and (4) if approved, the committed changes would then be *merged* into the main codebase.

19.    Platforms such as GitHub provide a web-based interface for managing Git repositories and include additional project management features such as issue tracking, hosting documents, and code review workflows (i.e., pull requests). As noted by the court, technical documentation on GitHub includes "notations that internally document what changes have been made to the software."[5]

**3.2    PULL REQUESTS AND ISSUE TRACKING SHOULD BE PRODUCED**

20.    In software development workflows, particularly those using platforms such as GitHub, changes to a codebase are proposed, reviewed, and discussed through *pull requests*. In more detail, a pull request is a structured request to merge a set of changes from one branch into another branch of the codebase. These requests serve as a primary vehicle for code review, collaboration, and documentation of development activity prior to integration of changes.

21.    Unlike commits (discussed subsequently), pull requests canonically contain substantially more contextual and explanatory information than individual commit logs, as such requests will contain descriptions on the purpose and scope of the proposed changes, references related to *issues* (i.e., tickets describing bugs, features, or tasks), discussions among developer regarding design decisions (in the form of *comments*), implementation details, etc. In short, pull requests are distinct from commit logs in that pull requests provide a comprehensive record of rational, discussion, and review process associated with those

---

[5] Motion Hearing on March 25, 2026. Tr. 53:12-13.

changes, while commit logs provide a brief, chronological summary of incremental code changes.

22.  *Issues* on GitHub are used to define, track, and manage units of work such as feature requests, bug reports, and technical tasks. Pull requests reference these issues, thereby linking high-level requirements or problems to specific code changes. Thus, the relationship between issues and pull requests provide a traceable chain from problem definition or feature request (i.e., an issue), to proposed implementation (i.e., a pull request), to actual code changes (i.e., one or more commits). This linking contributes to understanding the intent and scope of modifications with a software system.

23.  In practice, meaningful interpretation of commit logs depends on the ability to review associated pull requests and linked issues. Without access to these materials (in addition to other forms of technical documentation, such as READMEs, manuals, API specifications, XML documentation, etc.), the context necessary to understand why changes were made, what functionality they were intended to implement, and how they relate to higher-level features may be incomplete or unavailable.

24.  Notably, discussions on Paragon Slack channels disclose that Paragon uses both issues (often formed as "[#XXXX]" where "X" is a number) and pull requests (often abbreviated as "PRs") to facilitate code reviews: (1) "I think we took care of that in https://github.com/ParagonTruss/ParagonCore/pull/4590."[6] (2) "You can hotfix [#5140] to prod at will. It requires SealingSerivce publish only."[7] These examples show that Paragon's development workflow used GitHub's pull request and tracking to document and review

---

[6] PARAGON-391829. Pull request #4590 is titled "Exclude C&C load cases from load case results when wind design method is MWFRS or Hybrid" with three comments in the pull requests. See also PARAGON-363284 "You want to make a PR?"

[7] PARAGON-363284. Within this conversation, the PR arose from issue #4961.

code changes. Such project management features are the core value proposition of services like GitHub, which build on top of the robust version control system offered by git.

### 3.3 COMMIT MESSAGES ARE NOT A SUBSTITUTE FOR TECHNICAL DOCUMENTATION (AND THESE MESSAGES ARE NOT "SOURCE CODE")

25.    A *commit log* is a chronological record of commits, wherein a commit includes: (1) a timestamp, (2) the author of the change, (3) a unique identifier (i.e., a hash), and (4) a brief commit message summarizing the change.

26.    Commit messages are designed to be concise—when attempting to debug an issue in the code, developers will look through the commit log to quickly identify the commit that introduced changes likely attributable to the issue. Importantly, the purpose of these messages is to provide a high-level summary of changes for developers who are already familiar with the codebase.

27.    Commit logs, standing alone, do not reliably describe the functional or architectural significance of changes within a complex software system. In practice, the meaning and scope of a commit often depends on external context, including design documents, API specifications, and related discussions.

28.    Consider the following example, say a feature of a piece of software is to find the roots of a differentiable function (i.e., where the function is equal to zero). To implement this feature, discussions among developers and stakeholders might converge on Newton's method.[8] Once implemented, a commit message may read, "`2026-04-02 – Ryan Sheatsley – Implemented Newton's Method for root-finding subroutine.`" However,

---

[8] Newton's method is a common technique in optimization to find roots of a differentiable function in a computationally cheap way.

there is a range of materially different implementations, optimizations, or design choices in implementing this method in code.[9] Without accompanying documentation, it is not possible to determine the specific algorithmic approach, modifications, or intended behavior reflected in that change.

29. Accordingly, commit logs are insufficient, by themselves, to identify which versions of a software system implement particular features or to distinguish between materially different implementations of similar functionality. Moreover, commit messages are, by design, brief and lack the substantive detail necessary to be considered source code or a substitute for technical documentation. Designating such materials as "highly confidential" unnecessarily restricts the ability to consult with relevant technical personnel at Qualtim (including Kirk Grundahl) who can provide context regarding the meaning, scope and intent of these messages. Where such consultation is limited, the ability to accurately interpret commit history and correlate it with specific functionality or development milestones is impaired, thereby reducing the efficacy in identifying the relevant versions of source code.

30. Paragon produced commit logs containing 23,938 individual source-code changes across 638 pages corresponding only to production source code that were merged as the result of a pull request. Each commit contains the date, the author, and a short (i.e., ~6 words) message describing the change (which varied in substance, from updating dependencies, to bugfixes, to cryptic 3-word messages whose intent is unclear without context). Notably, as

---

[9] Implementations of Newton's method could be the direct formula itself, Quasi-Newton methods which approximate the derivatives, Inexact Newton Methods which re-use derivatives across iterations, among others.

the production was limited to commits that were created as a result of merged pull requests, the commit log is likely incomplete.[10]

### 3.4   DISTINGUISHING BETWEEN SOURCE CODE AND ANCILLARY MATERIALS

31.   Source code consists of human-readable instructions written in programming languages that can be compiled or interpreted to produce executable software.

32.   Commit messages (and therefore commit logs) are not source code. They are metadata describing changes to source code and do not contain sufficient information to reproduce, compile, or execute the underlying software.

33.   References within commit messages to functions, modules, or features (e.g., "Implemented NewtonsMethod() in rf_subroutines.cpp"[11] do not constitute disclosure of the underlying implementation and do not provide the substantive detail present in actual source code.

34.   Similarly, repositories for non-trivial software hosted on platforms such as GitHub include materials beyond source code, including documentation (e.g., README files), design notes, issue discussions, and project wikis. These materials are distinct from source code and serve different technical purposes (e.g., tracking implemented and pending features; descriptions of interfaces for engineers; facilitate onboarding, etc.)

35.   Notably, in my review of the commit logs, I did not observe any literal source code that was embedded within the commit message (as, again, commit messages are designed to summarize the change in the code—it would not only be redundant (as git can show the

---

[10] While conventionally committing to the main codebase should ostensibly always go through a code review (and thus, a pull request), this step is not necessary (in that developers can contribute directly to the main codebase, particularly in cases where the changes are low-risk or represent an emergency bugfix).

[11] In this commit message, it can be inferred by coding conventions that "NewtonsMethod()" is a function within the C++ file rf_subroutines.cpp.

Declaration of Dr. Ryan Sheatsley                                                    9

changed code directly, given a commit), but it would also be contrary to best practices in software version control). To the degree that there is source code embedded within the commit messages, these can be readily removed (by, for example, using regular expressions[12] to scan for markers of source code, such as messages that contain a "=" and a ";").

**3.5    APPVEYOR CAN HELP IN IDENTIFYING VERSIONS TO REVIEW**

36.    AppVeyor is a *continuous integration* (often abbreviated as "CI") service that automates the process of building, testing, and validating software as changes are made to a codebase. It integrates with version control systems (like GitHub) and automatically triggers build-and-test[13] workflows when commits are pushed or pull requests are created. As part of this process, AppVeyor records build histories, including the specific commit or branch associated with the build, the outcome of the build and tests, and may produce software artifacts corresponding to the state of the codebase.

37.    AppVeyor records could assist in identifying meaningful versions of software by linking specific commits to successful builds, releases, or test configurations. For example, build histories may help distinguish which commits resulted in stable or deployable versions of the software, or may correspond to internal milestones. However, it is worth noting that AppVeyor does not replace technical documentation: while it provides operational data about when and how the code was built and tested, it does not describe the functional significance of changes or features implemented in a given version.

---

[12] Regular expressions are tools to search for patterns in code.

[13] Software is produced by transforming source code into computer code through a process called "compilation." For complex software setups, other steps may need to be performed in addition to compilation, which is called "building." Testing software is common practice to verify that the software operates as intended, often by verifying that provided inputs match a precomputed set out outputs.

38. It is my understanding that Paragon stopped using AppVeyor sometime in February 2022.[14] It is unclear why Paragon failed to retain build logs that could be used in debugging or tracking the evolution of the software.

**3.6   SLACK SHOULD BE PRODUCED IN JSON TO IDENTIFY GITHUB BOT ACTIVITY**

39. Production of Slack communications in a structured, machine-readable format (such as JSON) can assist in reliable analysis of development activity (like AppVeyor) and its relationship to version control history. Slack systems can integrate with repositories hosted on GitHub via automated "bot" accounts that post events such as pull request creation, updates, merges, commit activity, and issue tracking changes. In their native format, these messages include associated metadata such as timestamps, user or bot identifiers, and embedded references (e.g., pull request numbers or commit links). This information can be used to correlate development with version control records, including aligning pull requests and commits with specific dates and development milestones. Production in a non-structured format may omit or obscure this metadata, thereby limiting any attempts to perform such cross-referencing and analysis.

**4    NEED FOR TECHNICAL DOCUMENTATION TO IDENTIFY RELEVANT VERSIONS**

40. To identify which versions of a software system that are relevant to a particular analysis, it is necessary to correlate: (1) high-level descriptions of *intended* functionality or features, (2) technical documents describing *implemented* features and design decisions, and (3) version control records reflecting *when* those features were introduced or modified.

---

[14] Email correspondence from Stephen Kabakoff on April 1st, 2026.

41. For example, the commit log, GitHub pull request history, and Slack JSON export are interrelated: the commit log records when changes were merged; pull requests provide the context and rationale for each change; and Slack JSON, where GitHub bot integrations are active, can link engineering discussions to specific code changes. Together, these records allow an analyst to trace a contribution from discussion to implementation to deployment — an analysis that is materially impaired when any one record is absent or produced in a non-searchable format.

42. Paragon has produced some material on (1) and (3) (i.e., slack communications and the git log[15]), but nothing on (2). For example, slack communications and memos between Eric Helmueller and Paragon engineers show discussions of analytical methods to be implemented in software.[16] The commit log produced by Paragon contains dates, authors, and brief commit messages describing changes in the codebase.[17] But without the pull request history and Slack JSON export (or any other form of technical documentation discussed above, such as API specifications), there is no independent record against which to verify whether the commit log is complete. As the court notes, "public release notes or customer-facing documents"[18] are not satisfactory for describing the modifications made to software.

---

[15] As discussed below, the commit log was produced in a form that does not allow searching, and therefore is not usable.

[16] See PARAGON-007656-57. Specifically, "Let's start a new thread for stacked member analysis and design." and "I implemented the loading for Paragon so I should be able to answer your questions." The thread discusses implementation for stacked member analysis and discloses an implementation for loading in software.

[17] See, generally, PARAGON-SOURCE-000001-000638.

[18] Motion Hearing on March 25, 2026. Tr. 35:4-6.

43. In the absence of technical documentation, commit logs do not provide a reliable basis to determine which commits correspond to specific features or to identify the versions in which those features were incorporated.

44. Moreover, technical documentation also enables identifying the portions of the codebase associated with particular functionality, thereby allowing targeted and efficient review of relevant modules, components, or functions. Specifically, technical documentation is critical to the practical task of navigating and inspecting large-scale software systems. Modern codebases with hundreds of thousands of lines of code distribute functionality across multiple files, directories, and modules. Technical documentation that contains architectural diagrams, module descriptions, interfaces, among others, provides the necessary roadmap to understand how the system is organized, how components interact, and where particular functionality is implemented within the codebase.

45. Absent such documentation, identifying relevant portions of the code would require unguided, manual exploration of the entire repository, which is inefficient and potentially unreliable. Without a system architecture, it may be infeasible to determine where in the code a given feature resides or how it involved overtime—a limitation which is compounded when correlating specific functionality with particular versions or changes.

## 4.2 PARAGON IS MISSING RELEASE NUMBERS FROM 2016 TO MID-2020

46. Paragon has produced release numbers whose dates range from 2020 to 2026. Not only are the release numbers intermittent between these intervals, there are *zero* release numbers prior to release 85 in 2020. As discussed above, the software development lifecycle memorializes a collection of implemented features through some form of versioning or build identification (even where software is not yet externally released or customer-facing).

These identifiers serve important engineering functions, including tracking process over time, enabling reproducibility of specific builds, coordinating team development, and facilitating testing and debugging. Where the formality and naming conventions of such versioning may vary over time, the absence of any identifiable versioning or milestone markers over an extended development period would be atypical.

## 5    FORMAT AND USABILITY OF PRODUCED MATERIALS

47.    Commit logs generated from version control systems are natively maintained in structured, text-based formats that are searchable and machine-readable. Productions of such materials in a static, non-searchable format (e.g., scanned PDF) materially impairs the ability to analyze large volumes of version history, including identifying relevant commits, searching for keywords, and correlating changes across time. Specifically, the commit log history produced by Paragon is a scanned PDF, which is not electronically searchable, and leveraging OCR techniques is unreliable for this purpose. There are 23,938 lines of commits across 638 pages—searching for keywords on text has been extracted via OCR at this scale is error-prone.

I declare under penalty of perjury under the laws of Wisconsin that the foregoing is true and correct.

Executed on April 2, 2026, at Fitchburg, Wisconsin.


Dr. Ryan Sheatsley