**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| PARAGON COMPONENT SYSTEMS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:25-cv-00170 |
| QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL and SUZANNE GRUNDAHL, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR ENTRY OF AMENDED AGREED PROTECTIVE ORDER

Plaintiff Paragon Component Systems, LLC and all Defendants Qualtim, Inc., DrJ Engineering, LLC, Center for Building Innovation, LLC, Inspired Pursuits, LLC, Kirk Grundahl, and Suzanne Grundahl, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c) and the Court's Order (Doc. 160), respectfully move this Court for entry of the proposed Amended Agreed Protective Order attached as **Exhibit A**.

As grounds, the Parties submit that certain information produced during pretrial discovery in this action may be of a confidential and private nature.  Consistent with the Court's Order (Doc. 160), the Parties have conferred and agreed upon the terms of the Amended Agreed Protective Order in order to facilitate the discovery process.  Accordingly, the Parties respectfully request that the Court enter the Amended Agreed Protective Order attached as **Exhibit A**.

*[signatures on next page]*

Respectfully submitted, this 7th day of April, 2026.

/s/ Erin E. Steelman

Tamar B. Kelber
State Bar No. 1101802
Joshua S. Greenberg
State Bar No. 1107959
GASS TUREK, LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
Phone: (414) 223-3300
kelber@gassturek.com
greenberg@gassturek.com

Stephen E. Kabakoff
GA Bar No. 143164
*appearing pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street NW, Suite 2100
Atlanta, GA 30309
Phone: (404) 962-6100
Stephen.Kabakoff@millermartin.com

James T. Williams
TN Bar No. 164341
*appearing pro hac vice*
Erin E. Steelman
TN Bar No. 38463
*appearing pro hac vice*
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
Phone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com
*Attorneys for Defendants Paragon*
*Component Systems, LLC and John Holland*

/s/ Scott G. Salemi

Scott G. Salemi *(with express permission)*
State Bar Number: 1118960
MURPHY DESMOND, S.C.
33 East Main Street, Suite 500
Madison, WI 53701-2038
Phone: (608) 257-7181
ssalemi@murphydesmond.com
*Attorneys for Defendants Qualtim, Inc.,*
*DrJ Engineering, LLC, Center for*
*Building Innovation, LLC, Suzanne*
*Grundahl, and Inspired Pursuits, LLC*

/s/ Kirk Grundahl

Kirk Grundahl *(with express permission)*
*Pro Se*
1130 Fairway Court
Lake Mills, WI 53551
Phone: (608) 217-3713
kgrundahl@qualtim.com