**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

PARAGON COMPONENT SYSTEMS,  LLC,

        Plaintiff,

  v.

QUALTIM, INC., CENTER FOR BUILDING
INNOVATION, LLC, DRJ ENGINEERING,
LLC, INSPIRED PURSUITS, LLC, KIRK
GRUNDAHL, and SUZANNE GRUNDAHL,

        Defendants.

Case No. 3:25-cv-00170-wmc

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

---

Pursuant to Federal Rule of Civil Procedure 5.2(d), Administrative Order 460, Rule VI of the Electronic Filing Procedures, and the parties' Agreed Protective Order (Doc. 171-1), Plaintiff Paragon Component Systems, LLC ("Paragon") respectfully moves the Court for leave to file under seal its brief in support of motion for summary judgment and certain exhibits, which have been designated as "Confidential," or "Confidential – Attorneys' Eyes Only," under the parties' Agreed Protective Order.

In support of this motion, Paragon intends to rely on the following documents, for which under seal treatment is warranted under the Agreed Protective Order:

- Brief in Support of Plaintiff Paragon Component Systems, LLC's Motion for Summary Judgment

- Proposed Findings of Fact in Support of Plaintiff Paragon's Motion for Summary Judgment

- Declaration of John Holland, and the following Exhibits to the Declaration of John Holland:

  o Exhibit 1 – Articles of Organization

1

- o Exhibit 2 – Operating Agreement
- o Exhibit 3 – Clearspan Bill of Sale
- o Exhibit 4 – Lisa Holland Promissory Note
- o Exhibit 5 – Debt Conversion Agreement
- o Exhibit 6 – Redemption Agreement
- o Exhibit 7 – Independent Contractor Agreements
- o Exhibit 8 – Two Factor Authentication Screenshot
- o Exhibit 9 – Non-Disclosure and IP Assignment Agreements
- o Exhibit 12 – Clearspan Invoice and Check
- o Exhibit 13 – Qualtim Invoicing
- o Exhibit 14 – Consulting Communications
- o Exhibit 15 – Invoices from Paragon to Qualtim
- o Exhibit 16 – Paragon's Terms of Use
- o Exhibit 17 – March 2024 Email and Memorandum

- The following Exhibits to the Declaration of Erin E. Steelman in Support of Plaintiff's Motion for Summary Judgment:

  - o Exhibit 1 – Excerpts from John Holland's May 13, 2026 Deposition
  - o Exhibit 3 – Excerpts from John Holland's May 27, 2026 Deposition
  - o Exhibit 5 – Excerpts from Keith Hershey's June 2, 2026 Deposition
  - o Exhibit 7 – Excerpts from Kirk Grundahl's June 3, 2026 Deposition
  - o Exhibit 8 – Excerpts from Inspired Pursuits, LLC's January 15, 2026 Deposition
  - o Exhibit 10 – Excerpts from Suzanne Grundahl's June 1, 2026 Deposition
  - o Exhibit 11 – Excerpts from Kirk Grundahl's May 18, 2026 Deposition
  - o Exhibit 14 – Defendants' Answers to First Set of Interrogatories dated March 18, 2026
  - o Exhibit 15 – Excerpts from Eric Helmueller's March 26, 2026 Deposition
  - o Exhibit 16 – Excerpts from Adam Heise's March 25, 2026 Deposition
  - o Exhibit 19 – Qualtim-002060
  - o Exhibit 22 – Defendants' Supplemental Answers to Interrogatories dated December 31, 2025
  - o Exhibit 23 – Qualtim-001026

The majority of the above-referenced deposition transcripts and documents have been designated by Defendants, in their entirety, as Confidential and/or Attorneys Eyes Only. *See* June 19, 2026, Email from Scott Salemi, attached hereto as <u>Exhibit 1</u>. Paragon does not agree with Defendants' extensive, overly broad designations (particularly those that are untimely under the Agreed Protective Order), and expressly reserves the right to challenge those designations later. Nevertheless, given the time constraints resulting from Defendants' eleventh-hour designations

and their wholesale designations of the subject documents, which are critical to Paragon's summary judgment motion, Paragon has no choice but to seek the Court's leave to file these documents under seal. Paragon is simply sealing these supporting documents out of an abundance of caution.

For its part, Paragon has designated as Confidential and/or Confidential – Attorneys' Eyes Only certain select sensitive information contained within documents or deposition transcripts, which are also included among the materials for which under seal filing is requested.  Paragon's request to file documents and information under seal is tailored and consistent with the requirements of the Agreed Protective Order.

Accordingly, Paragon respectfully requests that this Court enter an Order allowing Paragon to file the documents specified above under seal.

Respectfully submitted this 22nd day of June 2026.

/s/ James T. Williams
David S. Moreland, GA Bar No. 521998
Eileen Rumfelt, GA Bar No. 040608
*appearing pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street NW, Suite 2100
Atlanta, Georgia 30309
Telephone: (404) 962-6100
david.moreland@millermartin.com
eileen.rumfelt@millermartin.com

James T. Williams, TN BPR 16341
Erin E. Steelman, TN BPR 38463
*appearing pro hac vice*
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com

Tamar B. Kelber, SBN 1101802
Joshua S. Greenberg, SBN 1107959
Gass Turek LLC

3

241 North Broadway, Suite 300
Milwaukee, WI 53202
Telephone: (414) 223-3300
kelber@gassturek.com
greenberg@gassturek.com

***Attorneys for Plaintiff Paragon Component Systems, LLC***

## CERTIFICATE OF SERVICE

I certify that on June 22, 2026, a copy of the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** is being served on all counsel of record via email.

**MILLER & MARTIN PLLC**

*/s/ James T. Williams*
James T. Williams

*Counsel for Plaintiff Paragon Component Systems, LLC*

5