# EXHIBIT 1

June 19, 2026 Email from Scott Salemi

## Laura Burnett

| | |
|---|---|
| **From:** | Scott G. Salemi <ssalemi@murphydesmond.com> |
| **Sent:** | Friday, June 19, 2026 6:33 PM |
| **To:** | James Williams; swright; asawhill; Zeeck, Brian |
| **Cc:** | Josh Greenberg; Diane Paszkiewicz; ffinger; sbraunschweig; Tj Vita; Kirk Grundahl; cswinick; Suzi Grundahl; Michelle Allsup; cgilbreath; Erin Steelman; kelber; David Moreland; Eileen Rumfelt; Leslie V. Nieves |
| **Subject:** | Paragon litg.; 25-cv-75 and 25-cv-170/ deposition designations pursuant to Protective Order(s) |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

All;

Please accept this electronic correspondence as notice by Qualtim, CBI, DrJ, Inspired Pursuits, and Mr./Mrs. Grundahl (collectively "Qualtim") pursuant to the controlling Protective Order(s) entered in both 25-cv-170 and 25-cv-75, that Qualtim hereby designates the entirety of the deposition transcripts of Kirk Grundahl, Suzanne Grundahl, Keith Hershey, Adam Heise and Eric Helmueller as Confidential. Further, we hereby continue to maintain the confidentiality and/or AEO designation of all documents and/or exhibits, introduced, used and/or referenced at any of the depositions, and further designate as Confidential those portions of deposition transcripts of questions and/or answers regarding such documents or their contents. Lastly, we designate those portions of any deposition testimony relative to any trade secrets, intellectual property, business model(s) and/or contributions by Qualtim as Confidential. Please refer to the controlling Protective Order(s) relative to the Filing of Protected Information for the above-designated documents, transcripts and/or information, for the upcoming dispositive motions. Please advise any questions.

Thank you.

**Scott G. Salemi**
*he/him/his*
**MURPHY DESMOND S.C.**
(608) 268-5646 P | (608) 257-2508 F
33 East Main Street, Suite 500 | Madison, WI 53703
**website** | **map** | **email**



CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it, remove it from your computer and/or network and immediately notify me by email. Thank you. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege, protection or doctrine. As money is often at issue in matters we handle, this communication may directly or indirectly be considered an attempt to collect a debt.