**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

PARAGON COMPONENT SYSTEMS, LLC,

      Plaintiff,

  V.

                                        Case No. 3:25-cv-00170-wmc

QUALTIM, INC., CENTER FOR BUILDING
INNOVATION, LLC, DRJ ENGINEERING,
LLC, INSPIRED PURSUITS, LLC, KIRK
GRUNDAHL, and SUZANNE GRUNDAHL,

      Defendants.

---

## ORDER

---

    This matter came before the Court on Plaintiff Paragon Component Systems, LLC's Motion for Leave to File Under Seal Documents in Support of its Motion for Summary Judgment.

Upon due consideration and for good cause shown, Paragon's Motion is **GRANTED**.

    Accordingly, access to the following documents shall be restricted on the ECF System:

- Brief in Support of Plaintiff Paragon Component Systems, LLC's Motion for Summary Judgment

- Proposed Findings of Fact in Support of Plaintiff Paragon's Motion for Summary Judgment

- Declaration of John Holland, and the following Exhibits to the Declaration of John Holland:

  - Exhibit 1 – Articles of Organization
  - Exhibit 2 – Operating Agreement
  - Exhibit 3 – Clearspan Bill of Sale
  - Exhibit 4 – Lisa Holland Promissory Note
  - Exhibit 5 – Debt Conversion Agreement
  - Exhibit 6 – Redemption Agreement
  - Exhibit 7 – Independent Contractor Agreements
  - Exhibit 8 – Two Factor Authentication Screenshot
  - Exhibit 9 – Non-Disclosure and IP Assignment Agreements
  - Exhibit 12 – Clearspan Invoice and Check

1

- o  Exhibit 13 – Qualtim Invoicing
- o  Exhibit 14 – Consulting Communications
- o  Exhibit 15 – Invoices from Paragon to Qualtim
- o  Exhibit 16 – Paragon's Terms of Use
- o  Exhibit 17 – March 2024 Email and Memorandum

- The following Exhibits to the Declaration of Erin E. Steelman in Support of Plaintiff's Motion for Summary Judgment:

  - o  Exhibit 1 – Excerpts from John Holland's May 13, 2026 Deposition
  - o  Exhibit 3 – Excerpts from John Holland's May 27, 2026 Deposition
  - o  Exhibit 5 – Excerpts from Keith Hershey's June 2, 2026 Deposition
  - o  Exhibit 7 – Excerpts from Kirk Grundahl's June 3, 2026 Deposition
  - o  Exhibit 8 – Excerpts from Inspired Pursuits, LLC's January 15, 2026 Deposition
  - o  Exhibit 10 – Excerpts from Suzanne Grundahl's June 1, 2026 Deposition
  - o  Exhibit 11 – Excerpts from Kirk Grundahl's May 18, 2026 Deposition
  - o  Exhibit 14 – Defendants' Answers to First Set of Interrogatories dated March 18, 2026
  - o  Exhibit 15 – Excerpts from Eric Helmueller's March 26, 2026 Deposition
  - o  Exhibit 16 – Excerpts from Adam Heise's March 25, 2026 Deposition
  - o  Exhibit 19 – Qualtim-002060
  - o  Exhibit 22 – Defendants' Supplemental Answers to Interrogatories dated December 31, 2025
  - o  Exhibit 23 – Qualtim-001026

IT IS SO ORDERED.

*/s/*_____
UNITED STATES DISTRICT JUDGE