**IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

PARAGON COMPONENT SYSTEMS,
LLC,

       Plaintiff,

 v.

QUALTIM, INC., CENTER FOR BUILDING
INNOVATION, LLC, DRJ ENGINEERING,
LLC, INSPIRED PURSUITS, LLC, KIRK
GRUNDAHL, and SUZANNE GRUNDAHL,

       Defendants.

Case No. 3:25-cv-00170-wmc

---

**PLAINTIFF PARAGON COMPONENT SYSTEMS, LLC'S MOTION FOR
SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT**

---

Plaintiff Paragon Component Systems, LLC ("Paragon"), by and through counsel and pursuant to Fed. R. Civ. P. 56, respectfully moves this Court for an order granting summary judgment on its declaratory judgment claims asserted in this action and on Defendants' counterclaims, as there is not genuine dispute as to any material fact and Paragon is entitled to judgment as a matter of law.  In support, Paragon relies upon the following materials filed contemporaneously herewith: Brief in Support of Plaintiff's Motion for Summary Judgment, Plaintiff's Statement of Undisputed Material Facts, Declaration of John Holland, Declaration of Erin Steelman, and all supportive exhibits thereto.

Alternatively, Paragon is entitled to dismissal of Defendants' counterclaims under Fed. R. Civ. P. 12(b)(6) because Defendants have failed to plead the existence of a viable joint venture under Wisconsin law to support its "wind-up" and "accounting" counterclaims.  As such, Defendants have failed to state a claim upon which relief can be granted, and their counterclaims must be dismissed.

1

Accordingly, for the reasons above and as outlined in the supporting materials, Paragon respectfully requests that the Court enter summary judgment in its favor on the declaratory judgment claims related to ownership of the Paragon Truss Software, as well as Defendants' counterclaims. Paragon further respectfully requests an opportunity for oral argument on this Motion, as oral argument would be helpful to the Court because the parties may address any ambiguities in the briefing and respond to questions from the bench in real time.

Respectfully submitted this 22nd day of June, 2026.

*/s/ James T. Williams*
Tamar B. Kelber, SBN 1101802
Joshua S. Greenberg, SBN 1107959
GASS TUREK LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
Telephone: (414) 223-3300
kelber@gassturek.com
greenberg@gassturek.com

David S. Moreland, GA Bar No. 521998
Eileen Rumfelt, GA Bar No. 040608,
*appearing pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street NW, Suite 2100
Atlanta, Georgia 30309
Telephone: (404) 962-6100
david.moreland@millermartin.com
eileen.rumfelt@millermartin.com

James T. Williams, TN BPR 16341
Erin E. Steelman, TN BPR 38463
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com

**Attorneys for Plaintiff Paragon Component Systems, LLC**

2

I certify that on June 22, 2026, a copy of the foregoing **PLAINTIFF PARAGON COMPONENT SYSTEMS, LLC'S MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT** is being served on all counsel of record via email.

<div style="margin-left:40%">

*/s/ James T. Williams*
James T. Williams

*Counsel for Plaintiff Paragon Component Systems, LLC*

</div>

3