**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

PARAGON COMPONENT SYSTEMS, LLC,

      Plaintiff,

  V.

QUALTIM, INC., CENTER FOR BUILDING
INNOVATION, LLC, DRJ ENGINEERING,
LLC, INSPIRED PURSUITS, LLC, KIRK
GRUNDAHL, and SUZANNE GRUNDAHL,

      Defendants.

Case No. 3:25-cv-00170-wmc

---

**ORDER GRANTING PLAINTIFF PARAGON COMPONENT SYSTEMS, LLC'S
MOTION FOR SUMMARY JUDGMENT**

---

This matter came before the Court on Plaintiff Paragon Component Systems, LLC's Motion for Summary Judgment. Upon due consideration and for good cause shown, Paragon's Motion is **GRANTED**. The Court declares as follows (i) that Paragon is the sole and exclusive owner of all right, title, and interest in and to the Paragon Truss Software, including all copyright rights, trademark rights, patent rights, federal trade secret rights, Tennessee state trade secret rights, and all other property rights under federal or state law in the Paragon Truss Software; and (ii) that no Defendant owns any right, title, or interest in or to the Paragon Truss Software, including without limitation any copyright rights, trademark rights, patent rights, federal trade secret rights, or Tennessee state trade secret rights in the Paragon Truss Software.

IT IS SO ORDERED.

/s/ _____
UNITED STATES DISTRICT JUDGE

1