**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| PARAGON COMPONENT SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  3:25-cv-00170-wmc |
| | ) | |
| QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JOHN HOLLAND**

I, John T. Holland, hereby declare as follows:

1.     My name is John Thomas Holland. I am the President and former CEO (2016-2026) of Paragon Component Systems, LLC ("Paragon"). I am a competent adult over the age of 21. I have personal knowledge of the matters stated in this declaration.

## I.   Clearspan Software Development

2.     My father was Daniel N. Holland. After he graduated from college with an engineering degree, he went to work for my maternal grandfather's well-established truss manufacturing business in Meridian, Mississippi. My dad's career focused on building trusses. Trusses, which are often made of wood and connected with steel components, support overhead structures like roofs as well as floor systems. To support such structures safely and effectively, trusses must be carefully designed with complex mathematics and built with specified materials

and components. For this reason, trusses are typically built offsite, trucked to the worksite, and craned into place.

3.    My dad, Dan Holland, eventually became President and majority owner of Clearspan Components, Inc. ("Clearspan") based in Meridian, Mississippi. Clearspan is a successful company that builds wall panels and trusses. My dad was considered by many to be a leader in the truss-building industry.

4.    As President of Clearspan, my father became concerned with the consolidation and monopolistic practices of the truss connector plate/software suppliers to the truss industry: truss design software was typically provided by a truss connector plate manufacturer and bundled with purchases of that manufacturer's connector plates; the software typically could not be used with any other suppliers' truss plates. Attempting to use software from multiple truss-plate suppliers would often result in that truss-design software being disabled by the dominant suppliers.

5.    Against this backdrop, in 2008 my father purchased an executable copy of a truss-design software program from a company named "Computrus" that enabled Clearspan to design trusses using the software while also sourcing truss-connector plates from multiple different suppliers. The Computrus truss-design software did not conform to the typical truss-industry business model and could be used with truss connector plates from any manufacturer.

6.    In 2009, Mitek, Inc., which is a truss-plate supplier with its own truss-design software, purchased Computrus. Dan Holland realized that this could eventually lead to the Computrus software not continuing to receive updates, and he decided to attempt developing his own truss-design software that, like the Computrus software, could be used with truss connector plates from any manufacturer. Dan Holland wrote his first line of code for his independent truss-design software prototype on May 26, 2009. He wrote the code using the Lisp programming

language in an attempt to create a truss-design software prototype that Clearspan could use within its existing AutoCAD application.

7.     I grew up near Meridian, Mississippi. While growing up, I often helped out around Clearspan's shop, doing various jobs. This way, I learned a lot about the truss industry. In 2014, I graduated from Covenant College in Lookout Mountain, Georgia, with a major in computer science. Upon graduating, I was interested in going into the computer software industry and software design. While I had an opportunity to work for Google and other software companies, I ultimately chose to work alongside my dad in the truss industry.

8.     In 2014, I began working for Clearspan. Because I was interested in computer science and had grown up around the truss industry, I was hired to help my father in developing his truss-design software prototype and also assist with any other software development projects within Clearspan. For instance, around 2015, in addition to my work on my father's original truss-design software, I also began to develop a software tool for applying digital signatures and seals to pdf files containing truss-design drawings.

9.     As I continued work on my father's truss-design software, I came to the conclusion that his approach would not easily scale for many users and would not provide a full range of functionality or flexibility that I believed would be useful for truss designers. And while my father's software was initially being designed for Clearspan's internal use, I believed there would be a larger business opportunity in creating an internet-based software application that truss designers could license and use.

10.     After discussing my ideas for developing the new truss-design software prototype with my father, he shared my vision of creating a new internet-based software application for designing and building trusses more effectively and economically at scale. In late 2014, I started

working with a team of software developers in Clearspan to create an original internet-based software application for truss designers. This new project did not use or build on my dad's earlier software prototype. We referred to this project internally within Clearspan as "Paragon Truss."

11.    In February 2016, after some initial development of the new software application, my father and I decided to form Paragon as a separate software company with the purpose of providing the new truss-design software and the pdf sealing software as a marketable internet-based product for the entire truss industry, rather than just as an internal tool for Clearspan. In forming this company, Clearspan assigned to Paragon all of the software code and all related intellectual property for the truss-design and sealing software that was originally written and being developed by me and other software developers at Clearspan.

## II.    Formation of Paragon

12.    On February 22, 2016, the Articles of Organization for Paragon, a limited liability company formed under the laws of the State of Tennessee, were filed with the Tennessee Secretary of State. A true and correct copy of Paragon's Articles of Organization is attached hereto as **Exhibit 1**, (PARAGON-006759-006760). Paragon's LLC Operating Agreement was also made effective as of February 22, 2016. A true and correct copy of Paragon's initial Operating Agreement is attached hereto as **Exhibit 2**, (PARAGON-004964-004994).

13.    Also on February 22, 2016, Paragon acquired Clearspan's software-related intellectual property. Specifically, Clearspan assigned to Paragon all of its right, title, and interest in and to "Transferred IP Assets" that included "[a]ny computer software, programs and databases, source code, executable code, scripts, tools, developers' kits, utilities, graphical user interfaces, menus, images, icons and forms used or incorporated into the Seller's [i.e., Clearspan's] proprietary system known as 'Paragon Truss' for the design and analysis of building trusses." A true and correct copy of the Bill of Sale reflecting this assignment is attached hereto as **Exhibit 3**,

(PARAGON-006670-006673). The Transferred IP Assets also included certain internet domains for Paragon. *Id*.

14.     At the time that Paragon was formed, my father and I were its only members. While we both were co-founders of Paragon, I alone served as the President of the Company and was responsible for all of the operational aspects of the company, including its software development. My father and I respectively owned 51% and 49% of the membership interests in Paragon. *See* **Ex. 2** at PARAGON-004991. The Board of Directors consisted solely of me and Daniel Holland.

15.     From day one, my dad and I made all significant business decisions for Paragon together. Paragon's Operating Agreement required approval of the Board to make all decisions regarding the management and control of Paragon's business, property, and affairs, and we made all such decisions together. *See* **Ex. 2** at PARAGON-004974. Because there were only two Board members, neither my dad nor I could make such business decisions without the other's approval. At no time did my father unilaterally enter into any agreements or contracts with any third parties to legally bind or encumber Paragon's business, property, or affairs without my knowledge and approval and vice versa. Nor did my father ever hint or suggest that he had attempted to enter into any legally binding agreements or contracts for Paragon without my consent.

16.     On March 4, 2016, my mother, Lisa Holland, loaned Paragon an amount of $300,000 in exchange for a Promissory Note. A true and correct copy of Lisa Holland's Promissory Note is attached hereto as **Exhibit 4**, (PARAGON-005810-005816). However, on December 31, 2016, my mother executed a Debt Conversion Agreement to convert her loan into an ownership membership interest in Paragon. As a result of this debt conversion, Paragon had three owners as of December 31, 2016, none of whom held a majority ownership interest in Paragon: (i) Daniel Holland (44.1367%), (ii) John Holland (42.4059%), and (iii) Lisa Holland (13.4574%). A true and

correct copy of the Debt Conversion Agreement is attached hereto as **Exhibit 5**, (PARAGON-006761-006769). At this time, Pargon's members consisted of myself, Daniel Holland, and Lisa Holland. Under Paragon's Operating Agreement, none of the three individual members of Paragon could unilaterally legally bind or encumber Paragon's business, property, or affairs. *See* **Ex. 2** at PARAGON-004974.

17.     After my dad unexpectedly passed away in January 2024, all of his and my mother's membership interests were assigned back to Paragon in a Redemption Agreement dated July 9, 2024. A true and correct copy of the Redemption Agreement is attached hereto as **Exhibit 6**, (PARAGON-005801-005807). After this redemption, I owned 100% of the membership interests in Paragon and was the only remaining member on the Board of Directors, until Zach Hubbs became a member of Paragon in 2026.

18.     From 2016 to the present, Paragon has hired its own employees and independent contractors who, along with me, have originally developed and authored the internet-based software platform ("Paragon Truss Software") that my father and I envisioned for helping truss designers industrywide to model different truss designs, redesign existing truss designs, and determine the appropriate materials and components for safe and effective trusses.

III.   **Paragon Truss Software**

19.     Since 2016, Paragon's software developers, including myself, have successfully authored, developed, and commercialized the intended internet-based truss-design software platform that I had originally envisioned in forming Paragon with my father. The Paragon Truss Software is currently being used in the truss industry.

20.     The Paragon Truss Software is a fully cloud-based truss-design software platform that provides an easy-to-use interface for designing and modelling truss designs. The Paragon Truss Software performs two primary functions: (1) it functions as an electronic sealing application

whereby an engineer could review and approve –i.e., "seal" – truss design drawings using Paragraph's electronic sealing software, and (2) it allows customers to create truss design drawings based on various parameters that the user inputs into the software interface. The software comes configured with certain known mathematical equations that are necessary for designing a truss, and a set of default input parameters for configuring the equations. Users can selectively adjust one or more of the input parameters through the software's user interfaces. By allowing users to selectively change the set of truss-design parameters that are input to the mathematical equations, the Paragon Truss Software essentially operates as a truss-design calculator that enables users to more quickly and simply perform the complex set of mathematical truss-design calculations using different inputs corresponding to customized truss designs. The Paragon Truss Software also enables the users to render their customized truss designs in one or more truss design drawings automatically generated by the software based on the user's inputs.

21. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████



22. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24.

25.

26.     Because the Paragon Truss Software is written to be a computational tool for truss designers, its output truss design drawings that are generated by the software using the software's internal mathematics are reviewed and approved by licensed engineers before truss manufacturing. It is up to the licensed engineers whether to accept or use any output truss design drawing generated by our software. Paragon expressly and publicly states that it is not an engineering company and makes no warranties about the information provided by the Paragon Truss Software. *See* https://www.paragontruss.com/solutions ("Paragon is not an engineering company and makes no warranties about the information provided to you."). For instance, our truss design drawings are expressly "for conceptual use only and are not valid for any particular project unless reviewed, verified, and stamped by a competent professional engineer." *Id*. A licensed engineer can decide whether or not to sign and seal a truss design drawing generated by the Paragon Truss Software based on their professional judgment however they see fit.

27.     By late 2023, after considerable work and testing, the Paragon Truss Software was offering useable and marketable software features embodied in its proprietary source code for designing and repairing truss structures and enabling licensed engineers to add their signatures and seals to any output design drawings they approved. By the end of 2023, Paragon was getting ready, within months, to make the Paragon Truss Software more fully available to the truss industry.

28.     Paragon has never licensed or assigned any part of the Paragon Truss Software to any third-party. Likewise, Paragon has never licensed or assigned any intellectual property contained in the Paragon Truss Software to any third-parties.

<u>Only Paragon's Software Developers Authored the Paragon Truss Software</u>

29.     When Paragon was initially formed in February 2016, our software development team consisted of Clearspan employees who worked on the early version of the software at that time. The same team of software developers from Clearspan became Paragon employees and continued their work on the software development. Paragon has hired and contracted with additional software developers who have also written portions of the Paragon Truss Software within the scope of their employment for Paragon.

30.     Where Paragon has hired independent contractors as software developers, such software developers have expressly assigned to Paragon all of their ownership rights to any software that they create for the Paragon Truss Software and all related intellectual property. The contractor agreements state that the contractor "hereby assigns and grants to [Paragon] . . . the sole and exclusive ownership of any and all inventions, information, reports, computer software or programs, writings, technical information or work product collected or developed by Contractor, alone or with others, during the term of Contractor's engagement with the Company" and further acknowledges that the contractor's work product is a "provided on a 'work made for hire' basis,

and ownership of all materials, source code or intellectual property developed for the assignments herein will be exclusively retained by [Paragon]." A collective exhibit containing true and correct copies of exemplar independent contractor agreements is attached hereto as **Exhibit 7**, (PARAGON-005820-5824, PARAGON-005825-005829, PARAGON-005830-005834).

31.     Since the formation of Paragon, all of the source code files for the Paragon Truss Software have always been stored in a secure GitHub repository that is only accessible to Paragon's software developers (as discussed more below). The source code repository is not accessible to any third parties outside of Paragon.

32.     All of the source code files ever written for the Paragon Truss Software have been exclusively authored by authorized Paragon software developers who have been granted access permissions to the secure GitHub repository by me or a Paragon administrator to modify and add source code files in the repository.

33.     All software coding and software design decisions in the Paragon Truss Software source code files have been performed exclusively by authorized Paragon employees and contractors having authorized access to the source code files in the secure GitHub repository.

34.     All decisions about what to include or not include in the source code files of the Paragon Truss Software have been made exclusively by authorized Paragon employees and contractors having authorized access to the source code files in the secure GitHub repository.

35.     All decisions about how to create, design, and display the graphical user interfaces and graphical outputs that are rendered when the Paragon Truss Software source code is executed, including specific color schemes, user-interactive elements, page layouts, overlays, fonts, etc., were made exclusively by authorized Paragon employees and contractors having authorized access to the source code files in the secure GitHub repository.

36.     In the present litigation, Paragon produced a log of every source-code modification ("commit") that has ever been incorporated into a customer accessible production version of the Paragon Truss Software since its inception, identifying the date of the commit, the person who made the commit, and a short description of the source-code update. *See* PARAGONSOURCE-000001-000638.[1] The log contains around 24,000 individual entries and shows that every change that has been incorporated into the source code of the Paragon Truss Software has been made by software developers at Paragon, including changes prior to February 2016 made by some of the developers when they were previously employed at Clearspan. *Id*.

Paragon Protects the Paragon Truss Software as a Trade Secret

37.     Because Paragon is a software company, its software source code is the most valuable and important asset of the company. If a competitor or bad actor were to obtain our source code, or even relevant portions of our source code, they could create a competing software application that would steal Paragon's customers and market share and possibly put Paragon out of business. For this reason, Paragon goes to great lengths to protect its source code as a highly confidential, proprietary trade secret.

38.     First, all of Paragon's source code files are stored in a secure GitHub repository that can only be accessed online using authorized login credentials. We issue credentials only to Paragon staff who need access to the source code files for purposes of writing, modifying, or supplementing the source code for the Paragon Truss Software.

39.     Second, Paragon additionally uses multi-factor authentication to ensure that only authorized Paragon employees can login and access the Paragon source code repository.  A true

---

[1] Due to its highly confidential nature, the source code commit log is not being filed but can be made available for *in camera* review by the Court.

and correct copy of a screenshot of Paragon's GitHub Multifactor Authentication Setting is attached hereto as **Exhibit 8**, (PARAGON-006904). To access the secure source-code repository, a Paragon software developer must submit their GitHub repository login credentials and further input a security code that is separately provided to the developer over an independently verifiable communication channel that is specific to that developer. *Id*.

40. Third, Paragon maintains a company security policy requiring any sensitive data, such as employee login credentials for accessing the source-code repository, among other things, to be stored in a cryptographically secured vault, such as using a third-party encrypted data-storage application provided by 1Password, GitHub Secrets, or Azure Key Vault.

41. Fourth, every Paragon employee who has access to the Paragon source code repository must sign a non-disclosure agreement ("NDA"). Each agreement requires the employee to acknowledge and agree that (i) execution of the NDA is an essential term and consideration of their employment at Paragon, (ii) the employee may not use or disclose any of Paragon's proprietary "software, object code, source code, [or] other intellectual property" to third parties, and (iii) the employee may not retain any of Paragon's highly confidential and proprietary information after their employment with Paragon. A collective exhibit containing true and correct copies of exemplar employee non-disclosure and intellectual property assignment agreements is attached hereto as **Exhibit 9**, (PARAGON-006712-006713; PARAGON-006722-006723).

42. Paragon's independent contractor agreements also require each contracted software developer to keep Paragon's trade secrets and confidential information confidential, where such information includes "any and all information relative to the Company which is unpublished or not readily available to the general public" and thus includes Paragon's highly confidential source code files in its secure GitHub repository. *See e.g.*, **Ex. 7.**

43.    In addition, the Paragon Truss Software is a cloud-based platform that is only available to customers as a software-as-a-service (SaaS). That means that customers are not provided a copy of, and cannot access, the actual executable software itself. At no time does a customer have access to Paragon's underlying source code. This adds further protection against any unauthorized third party or other bad actor from obtaining a copy of the Paragon Truss Software and attempting to gain access to its underlying trade-secret source code.

44.    Because Paragon's source code files were only written by Paragon's software developers, and are not accessible to third parties, the contents of Paragon's source code files are not readily ascertainable to anyone other than Paragon's software developers. That is, the specific manner in which Paragon's programmers chose to write the source code to implement and define its functionality and to structure, sequence, and organize the overall software application, cannot be readily ascertained by third parties outside of Paragon.

45.    Paragon has invested substantial time and expense into the development of its source code. It has paid $ 5,752,796 to its employees and $234,994 to its independent contractors to author the source code, prepare the source code compilation, and programmatic features therein.

46.    Paragon's secrecy of its source code provides value to the company.  Because Paragon precludes disclosure of its source code, its competitors are unable to replicate the specific compilation of the Paragon Truss Software.  This gives Paragon market value in its compilation of source code.

Paragon Has Not Filed for Patent Protection of Its Software

47.    As noted above, Paragon keeps its source code as a trade secret. To date, it has not filed for any patent protection relating to its software. If Paragon should choose to do this in the future, the process would be handled by the United States Patent and Trademark Office.

48.    Paragon does not currently have any pending patent applications or issued Patents on the Paragon Truss Software source code.

<u>Only Paragon Uses Its Trademarks In Commerce as a Source Identifier of Its Software</u>

49.    Paragon brands its Paragon Truss Software to consumers using its Paragon name and logo and its Paragon Truss, Truss Pal, AnyPlate, and TrussLink trademarks (collectively "Paragon Marks"). Paragon is the sole owner of U.S. Registration No. 5779493 for its Paragon name and logo. (*See* "Paragon," Reg. No. 5779493, Jun. 18, 2019, USPTO, accessible through the Trademark Status and Document Retrieval ("TSDR") Database, https://tsdr.uspto.gov/). Paragon is the sole owner of U.S. Registration No. 7750019 for its Truss Pal name and logo. (*See* "Truss Pal," Reg. No. 7750019, Apr. 08, 2025, USPTO, accessible through the TSDR, https://tsdr.uspto.gov/). The Paragon, Paragon Truss, and Truss Pal wordmarks are Paragon's unregistered trademarks. Paragon has applied for federal registration of the TrussLink and AnyPlate wordmarks. (*See* "TrussLink," Serial No. 99562899, Dec. 23, 2025, USPTO, accessible through the TSDR Database, https://tsdr.uspto.gov/; *see also* "AnyPlate," Serial No. 99677148, Mar. 2, 2026, USPTO, accessible through the TSDR Database, https://tsdr.uspto.gov/).

50.    Paragon uses each of the Paragon Marks in U.S. commerce as a source identifier for the Paragon Truss Software. For instance, Paragon markets and sells subscriptions and services to consumers of the Paragon Truss Software using each of the Paragon Marks on its websites www.paragontruss.com and www.trusspal.com and on social media pages such as https://www.linkedin.com/company/paragontruss/. Paragon has submitted specimens of first use for the Paragon Trademarks to the USPTO. Paragon has used the federally registered Paragon trademark in commerce since May 1, 2017; Paragon has used the federally registered Truss Pal trademark in commerce since August 24, 2023. (*See* "Paragon," Reg. No. 5779493, Jun. 18, 2019,

USPTO, accessible through the TSDR Database, https://tsdr.uspto.gov/; *see also*, "Truss Pal," Reg. No. 7750019, Apr. 08, 2025, USPTO, accessible through the TSDR, https://tsdr.uspto.gov/). Paragon has used the applied for AnyPlate and TrussLink trademarks in commerce since June 19, 2024. (*See* "TrussLink," Serial No. 99562899, Dec. 23, 2025, USPTO, accessible through the TSDR Database, https://tsdr.uspto.gov/; *see also* "AnyPlate," Serial No. 99677148, Mar. 2, 2026, USPTO, accessible through the TSDR Database, https://tsdr.uspto.gov/).

51.    Based on Paragon's commercial use of its Paragon Marks, Paragon's customers associate the Paragon, Paragon Truss, Truss Pal, AnyPlate, and TrussLink brands with Paragon and the Paragon Truss Software. Paragon has expended significant amounts of financial investments to build these brands and consumer brand awareness through the marketing and promotions of our Paragon Truss Software. *See e.g.,* https://www.linkedin.com/company/paragontruss. I am not aware of any customers of Paragon expressing confusion as to whether the Paragon, Paragon Truss, and Truss Pal brands are associated with any products or services other than the Paragon Truss Software. Based on Paragon's continuous use of these Paragon Marks in commerce for many years in connection with the Paragon Truss Software, consumers have come to associate these trademarks with Paragon's internet-based truss-design software application sold exclusively by Paragon.

52.    Paragon alone developed the goodwill associated with the Paragon Marks by using them in commerce in connection with its marketing and sale of the Paragon Truss Software.

53.    ███████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████

**IV.    Paragon's Business Dealings with the Grundahls**

54.    ███████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████

55.    ███████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████ A true and correct copy of

Paragon's September 18, 2016, Email to Qualtim is attached hereto as **Exhibit 10,** (PARAGON-

005270).

56.    ███████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████ A true and correct copy █████████████████████

██████████████████████████████████ is attached hereto as **Exhibit 11**, (DHE-00021931-00021932), and a true and correct copy █████████████████ ████████████████████ is attached hereto as **Exhibit 12**, (CLEARSPAN-000281-000282).

57.    █████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████ A true and correct copy █████████████████████

████████████████████████████ are attached hereto as collective **Exhibit 13** (QUALTIM-066819; QUALTIM-054506; QUALTIM-054507; QUALTIM-066832; QUALTIM-066835; QUALTIM-037942; QUALTIM-038210; QUALTIM-038502; QUALTIM-038966; QUALTIM-039934; QUALTIM-039935; QUALTIM-040400; QUALTIM-041008; QUALTIM-041400; QUALTIM-044671; QUALTIM-044672).-

58.    █████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████

59. █████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████

60. █████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████ A true and correct copy ██████████████████████

█████████████████████████████████████ are attached hereto as **Exhibit 14**
(PARAGON-389772-389774; PARAGON-389795-389796; PARAGON-392234; PARAGON-391429; PARAGON-392159; PARAGON-004995; PARAGON-005265).

61. █████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████

62. █████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████ A true and correct

copy ████████████████████████████████████ are attached hereto as collective **Exhibit 15**, (QUALTIM-065846; QUALTIM-066255; QUALTIM-066668; QUALTIM-066795; QUALTIM-066822; QUALTIM-066842).

63.     As a user of https://paragontruss.com and the Paragon Truss Software, the Qualtim entities agreed and were subject to Paragon's Terms of Use.  A true and correct copy of Paragon's Terms of Use, which are also publicly available on Paragon's website, is attached hereto as **Exhibit 16**, (PARAGON-005519-005524).  The Terms governed the Qualtim entities' access to and use of the Paragon Truss Software at all relevant times.  Paragon's Terms of Use make clear that the software is owned by Paragon.

64.     Paragon alone owns all of the right, title, and interest in its Paragon Truss Software and all of the intellectual property in its software. Paragon has never transferred, assigned, or sold any of its intellectual property, including trade secrets, in the Paragon Truss Software, or in any other assets of the company for that matter, to any of the Grundahls or their Qualtim entities. Paragon alone has possession of, access to, and control over the Paragon Truss Software and all of its intellectual property and trade secrets. Paragon never intended to create a joint work with the Grundahls or any of their Qualtim entities.

65.     ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████ A true and correct

copy ██████████████████████████████████████████████ are attached

hereto as collective **Exhibit 17**, (QUALTIM-055030-055044) ███████████████

████████████████████████████████████████████████████████████

██████████████████████████████████

66.    ███████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████

67.    ███████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

68.    ████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████

69.    Since my father's death, Mr. Grundahl has sent emails throughout the truss industry to disparage Paragon and destroy and interfere with Paragon's business relations. Mr. Grundahl's claims that the Grundahls and their companies own Paragon's trade secrets and intellectual property cast a cloud over Paragon's ownership of the Paragon Truss Software. Their continued improper assertions of ownership of Paragon's Truss Software and the intellectual property therein continue to have a significant, harmful financial impact on Paragon.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of Americas that the foregoing is true and correct. Executed on June 22, 2026, within the United States.

s/ *John T. Holland*
John T. Holland