# EXHIBIT 1

Articles of Organization

(Provisionally Filed Under Seal)