# EXHIBIT 2

## Operating Agreement

## (Provisionally Filed Under Seal)