# EXHIBIT 3

## Bill of Sale

## (Provisionally Filed Under Seal)