# EXHIBIT 4

Lisa Holland Promissory Note

(Provisionally Filed Under Seal)