# EXHIBIT 5

Debt Conversion Agreement

(Provisionally Filed Under Seal)