# EXHIBIT 6

Redemption Agreement

(Provisionally Filed Under Seal)