# EXHIBIT 7

Independent Contractor Agreements

(Provisionally Filed Under Seal)