# EXHIBIT 8

Two Factor Authentication

(Provisionally Filed Under Seal)