# EXHIBIT 9

Employee NDA and IP Assignment

(Provisionally Filed Under Seal)