# EXHIBIT 10

September 18, 2016 Email

Message
_____

**From**:      Matthew Van Stelle [mattv@paragontruss.com]
**Sent**:      9/28/2016 5:58:30 PM
**To**:        "rdexter@qualtim.com" [rdexter@qualtim.com]; "danhclearspan@gmail.com" [danhclearspan@gmail.com]; "amorrow@qualtim.com" [amorrow@qualtim.com]; "jmichels@qualtim.com" [jmichels@qualtim.com]; "kgrundahl@qualtim.com" [kgrundahl@qualtim.com]; "jvogt@qualtim.com" [jvogt@qualtim.com]; Keith Hershey [khershey@qualtim.com]; John Holland [johnh@paragontruss.com]
**CC**:        Jeffrey Cox [jeffreyc@paragontruss.com]
**Subject**:   Paragon's Design Program Evaluation


Hello All,

Thank you to those of you who attended the introductory presentation of Paragon's Design Program today. We are excited to have you all evaluate the software and our methods of analysis. To that end, we have assembled a number of resource that you all can use to determine whether our analysis is good enough to evaluate truss designs in production and let us know where we need to improve.

- A truss already loaded and with analysis complete
- Information on using the Design Program and other resources related to its evaluation
- A spreadsheet that contains our methods of evaluating the TPI Checks
- A Google Drive folder containing all of the above resources and more

I will try to give everyone the appropriate permissions to access all of the documents they need, but forgive me if I leave someone out. Just let me know what you are missing, and I will get it sorted out. Also, feel free to leave any comments you want on the Google documents, and someone from Paragon will get back to you.

Please don't hesitate to let us know if there is anything more we can do to help you evaluate our analysis. We are all grateful for each of your contributions toward making this product something that will be widely useful for the industry.

Sincerely,

*Matt Van Stelle*
Project Manager
Paragon Component Systems, LLC
Chattanooga, TN
Customer Support: (423) 521-0056