# EXHIBIT 11

## Qualtim Email and Invoice

| | |
|---|---|
| **From:** | "Suzi Grundahl" <sgrundahl@qualtim.com> |
| **Sent:** | Wed, 15 Dec 2021 09:22:54 -0500 (EST) |
| **To:** | "Dan Holland (danh@clearspaninc.com)" <danh@clearspaninc.com>; "Dan Holland (Gmail)" <danhclearspan@gmail.com> |
| **Subject:** | Invoice from Qualtim |
| **Attachments:** | 2112 Clearspan Invoice.pdf |

Hi Dan,

I talked with Kirk last night and he is in agreement with our recommendation so here is our invoice for support of Paragon software development. Let me know if you would like me to make any edits to the description of services.

We appreciate you so much!!

Thanks,

Suzi



*The content of this email is confidential and intended for the recipient specified in message only. It is strictly prohibited to share any part of this message with any third party, without a written consent of the sender.*

DHE00021931



6300 Enterprise Lane | Madison, WI 53719 | 608-271-1176 | qualtim.com

Invoice #70624
Dec. 15, 2021

Mr. Daniel Holland
Clearspan Components, Inc.
PO Box 4195
Meridien, MS 39304-4195

**Consulting re: Paragon Software Development**

Engineering Support for Paragon Software Development               **TOTAL (US$): $262,847.00**

Please make checks payable to Qualtim, Inc.
Federal Tax ID: 391975714

    THE QUALTIM FAMILY OF BRANDS
*Where building innovation thrives.*

DHE00021932