# EXHIBIT 12

Clearspan Invoice and Check

(Provisionally Filed Under Seal)