# EXHIBIT 13

Qualtim Invoicing

(Provisionally Filed Under Seal)