# EXHIBIT 14

Consulting Communications

(Provisionally Filed Under Seal)