# EXHIBIT 15

Invoices

(Provisionally Filed Under Seal)