# EXHIBIT 16

Terms of Use

(Provisionally Filed Under Seal)