# EXHIBIT 17

March 2024 Email and Memorandum

(Provisionally Filed Under Seal)