**IN THE UNITED STATED DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

PARAGON COMPONENT SYSTEMS, LLC,

       Plaintiff,

v.

QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

       Defendants.

Case No. 3:25-cv-00170-wmc

---

**DECLARATION OF ERIN E. STEELMAN IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

---

1. I am an attorney with the law firm of Miller & Martin, PLLC and am one of the attorneys of record representing Plaintiff Paragon Component Systems, LLC ("Paragon") in the above-captioned matter. I make this declaration in support of Paragon's Motion for Summary Judgment.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts from the transcript of John Holland's deposition taken on May 13, 2026, in connection with this litigation.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts from the transcript of Matthew Van Stelle's deposition taken on June 11, 2026, in connection with this litigation.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts from the transcript of John Holland's deposition taken on May 27, 2026, in connection with this litigation.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpts from the transcript of Jeremy Bierma's deposition taken on June 9, 2026 in connection with this litigation.

1

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of excerpts from the transcript of Keith Hershey's deposition taken on June 2, 2026, in connection with this litigation.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Defendants' Supplemental Answers to Plaintiff's Fourth Set of Interrogatories, dated March 20, 2026.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of excerpts from the transcript of Kirk Grundahl's deposition taken on June 3, 2026, in connection with this litigation.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of excerpts from the transcript of Inspired Pursuits, LLC's deposition taken on January 15, 2026, in connection with this litigation.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a screenshot of www.qualtim.com, which was last accessed on June 21, 2026.

11. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of excerpts from the transcript of Suzanne Grundhal's deposition taken on June 1, 2026, in connection with this litigation.

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of excerpts from the transcript of Kirk Grundhal's deposition taken on May 18, 2026, in connection with this litigation.

13. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of a screenshot of www.qualtim.com/inspiring-innovation, which was last accessed on June 21, 2026.

14. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of a screenshot of https://www.drjcertification.org/technical-evaluation-reports, which was last accessed on June 21, 2026.

15. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of Plaintiffs' Answers to Defendant Paragon's First Set of Interrogatories, dated March 18, 2026.

16. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of excerpts from the transcript of Eric Helmueller's deposition taken on March 26, 2026, in connection with this litigation.

17. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of excerpts from the transcript of Adam Heise's deposition taken on March 25, 2026, in connection with this litigation.

18. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of an April 1, 2024 email from Suzi Grundahl that Paragon produced in this litigation as PARAGON-000249.

19. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of an August 8, 2023 Mutual Non-Disclosure Agreement that Qualtim produced in this litigation as QUALTIM-1134.

20. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of a declaration filed by Kirk Grundhal in this litigation on November 26, 2024 and further produced by Qualtim in this litigation as QUALTIM-002060.

21. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of Defendants' Supplemental Answer to Plaintiff's First Set of Interrogatories, dated May 14, 2025.

22. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of an email dated June 30, 2025 that was sent by Defendants' former counsel, May LaRosa, concerning written discovery in this case.

23. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of Defendants' Supplemental Objections and Answers to Plaintiff's First Set of Interrogatories, dated December 31, 2025.

24. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of a document produced by Qualtim in this litigation as QUALTIM-001026.

3

25.     On June 22, 2026, I accessed the Trademark Status and Document Retrieval ("TSDR") system on the United States Patent & Trademark Office website at https://tsdr.uspto.gov. I used the "US Serial, Registration, or Reference No." search and typed in "5779493", which is the U.S. Registration No. for the PARAGON mark. On the "status" tab for the TSDR record on this trademark, I clicked on "Assignment Abstract of Title Information." When I did so, it showed "None recorded." Using the same search tool, I then typed in "7750019", which is the U.S. Registration No. for the TRUSS PAL mark. On the "status" tab for the TSDR record on this trademark, I clicked on "Assignment Abstract of Title Information." When I did so, it showed "None recorded." Using the same search tool, I then typed in "99562899", which is the Application No. for the TRUSSLINK mark. On the "status" tab for the TSDR record on this trademark, I clicked on "Assignment Abstract of Title Information." When I did so, it showed "None recorded." Using the same search tool, I then typed in "99677148", which is the Application No. for the ANYPLATE mark. On the "status" tab for the TSDR record on this trademark, I clicked on "Assignment Abstract of Title Information." When I did so, it showed "None recorded."

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of June, 2026.

/s/ Erin E. Steelman
Erin E. Steelman, (TN BPR #38463)

4