# EXHIBIT 1

## Holland May 13, 2026

## (Provisionally Filed Under Seal)