# EXHIBIT 2

## Van Stelle Excerpts

# In the Matter Of:

*Paragon Component Systems, LLC v. Qualtim Inc., et al.*

*Deposition of Matthew P. Van Stelle*

*June 11, 2026*



me -- I want to see if you -- strike that.

I want to see if you and I can agree to some terms to kind of streamline our discussion today. Can you give me what your definition is of the Paragon Truss Software.

A    Definition of Paragon Truss Software.  That would be all of the computer code written by Paragon's employees.

Q    For purposes of my discussions -- strike that.

For purposes of your deposition today, when I refer to Paragon Truss Software, I'm going to refer to -- I'm going to use this definition:  The software environment operated by Paragon which was -- which was and is used as a computational tool for performing structural component design calculations using engineering knowledge and information.  Is that fair?

MR. WILLIAMS:  Object to the form.

A    I heard your definition.  That doesn't exactly match my definition, but I understand where you're coming from.

Q    How are our definitions different, Mr. Van Stelle? What part of my definition do you not agree with?

A    It was a lot to process.  I think you would need to repeat it.

MR. WILLIAMS:  Object to the form.

A    Paragon's source code reflects industry standards. I can't really speak to how those standards were developed.  I'm sure some engineering knowledge went into them, but the Paragon software is, you know, essentially a calculator that is informed by those standards.

Q    Well, the standards that you're mentioning, are those standards that are implemented in the Paragon Truss Software source code, are those standards engineering knowledge?

A    The standards I'm referring to would be TPI 1, for example, or ASCE 7 is another.  And I would say that they -- they represent standard industry practices.

Q    Yeah, they represent standard industry practices. Is there some difference between that and -- well, strike that.

Don't the standards themselves represent engineering knowledge?

A    I would say the standards represent -- yeah, if you just mean information about truss analysis, then yes.

Q    And circling back then to the definition that I proposed for our discussion for the Paragon Truss

a feature or behavior of the software to a user.

Q   I had this further in my outline.  I'm not going to dig it out, see if I can do it off the top of my head.  Do I understand correctly that during the development of the software that generally there were two types of discussions that were had with Qualtim; there was a design aspect discussion, which was user interface focused, and then there was an engineering principles or methodology-type discussion?

MR. WILLIAMS:  Object to the form.
Answer if you can.

A   I would describe the communication with DrJ as sometimes in, you know, the capacity as our consultant and sometimes in our capacity as a customer of the software.

Q   Yeah.  Mr. Van Stelle, look, I know you've been prepared with sound bites to spit out.  And I want the record to reflect that already we're starting with the sound bites that are nonresponsive to the questions.

Mr. Van Stelle, listen to the question and answer the question, okay?  I'm going to have the court reporter read it back.  I'm not asking you to describe the nature of your conversations, as

A   Yes.

Q   What other areas involving truss design and construction did Dan Holland have experience in that you were aware of?

A   I certainly knew that Dan Holland had done truss design using different pieces of software and by hand before there was software, and I knew that he had spent some time writing his own software that did truss analysis running inside of AutoCAD.

Q   Any other experience in the truss design or truss construction field that you're aware of that Dan Holland had, other than what you've told us?

A   Yeah, that's all I can think of right now.

Q   Was Dan Holland a professional engineer?

A   Not to my knowledge.

Q   Could Dan Holland seal truss designs?

A   Not to my knowledge.

Q   When was the last time that you had any communication with Jeremy Bierema?

A   Likely in Slack this past week.

Q   How many times this past week did you have communications in any manner with Jeremy Bierema?

A   I would think one or two.

Q   Did you have any communications with Jeremy Bierema about his deposition, your

seeking was not necessarily approval, but it was -- but we were open to approval being the result.

Q   Did Qualtim or DrJ participate in the decisions regarding what engineering principles, equations, or methodologies relative to truss analysis were implemented in the Paragon Truss Software source code?

MR. WILLIAMS:  Object to the form.

A   Could you read that one back.

Q   Yeah, why don't we withdraw that one.  I'll start you out with an easier one maybe.

Who made the decisions as to what engineering principles, equations, methodologies were implemented in the Paragon Truss Software source code?

A   Decisions about what methods of truss analysis to use -- or to implement in Paragon software, those decisions primarily resided with Dan Holland during the time that he was alive, and the code was written by Paragon software developers.

Q   Did Qualtim or DrJ participate in the decisions regarding what engineering principles, equations, or methodologies relative to truss analysis were implemented in the Paragon Truss Software?

A    To the extent you mean that they provided advice that influenced truss analysis methods that Paragon implemented in its software, I would agree.

Q    Would you agree with any other description, any additional description of the level to which Qualtim or DrJ participated in the decisions regarding what engineering principles, equations, or methodologies were implemented in the Paragon Truss Software source code?

A    I'm not sure what those other descriptions would be.

Q    How was it that Qualtim and DrJ worked with Paragon in the creation of the Paragon Truss Software source code?

A    Paragon would ask engineers at Qualtim/DrJ to consult on questions about methods of truss analysis as they came up.

Q    Did Qualtim and DrJ collaborate with Paragon in the creation of the Paragon Truss Software source code?

            MR. WILLIAMS:  Object to the form.

A    Paragon sought advice from DrJ that informed the methods of truss analysis that were implemented in the software.

A   I can't think of any instructions that I've received that are nearly that broad about information I've received as an employee, that, you know, that all of that information can't be shared.

Q   Well, if somebody called up asking you about the source code, would you feel like you were free to discuss that with them?

A   It seems like it would depend on the question, and I think I've likely had numerous conversations about Paragon's source code.

Q   Is there any confidential or proprietary information in Paragon's source code for the Paragon Truss Software?

MR. WILLIAMS:  Object to the form.

A   The Paragon source code is really the core of its business and its products, so we are careful not to let the source code -- to not let it venture outside of Paragon because if somebody copied our source code, it could undermine our business.

Q   How about the principles -- yeah, strike that.

Are there any methodologies used in the Paragon Truss Software source code that are -- that you understand are not to be shared outside of Paragon?

changes to its source code over time.

Q   My question is a little different.  Does Paragon only use Git commit information to memorialize and track its source code changes?

A   It's fair to say that Git commits are the only way that Paragon's source code gets modified.

Q   A couple more questions, and then I'll take a break and look at my notes.

You mentioned -- I think you mentioned earlier in your testimony a Joe Schauer.  Do you know somebody by that name?

A   I do know that name.  I don't think -- I don't think I've mentioned it today.

Q   Oh.  I thought you mentioned a Joe once before.  Maybe I wrote it wrong.  Who is Joe Schauer, the one that you do know?

A   Joe Schauer is a former employee of I'll say Qualtim, and he did work for Paragon for a time as well.

Q   He did work as a Paragon employee, or do you mean that he did -- he was part of the Qualtim/DrJ team that that --

A   Oh, sorry.  Finish your question.  Sorry.

Q   I'm stumbling around anyway, so I'll withdraw it.

A better way of asking it is what do you mean