# EXHIBIT 3

## Holland May 27, 2026

## (Provisionally Filed Under Seal)