# EXHIBIT 4

Bierema Excerpts

# In the Matter Of:

*Paragon Component Systems, LLC v. Qualtim Inc., et al.*

*Deposition of Jeremy R. Bierema*

*June 09, 2026*



standard, and so we wanted to hear Qualtim's perspective on those things. So yeah, their approval, their agreement was part of that process.

BY MR. SALEMI:

Q   By agreeing to proposals from Paragon regarding implementation of deviations from standards, would you agree that Qualtim was participating in the decisions as to what engineering inputs were included in the Paragon Truss Software?

MR. WILLIAMS: Object to the form.

A   Can you repeat that one, please?

BY MR. SALEMI:

Q   I'll have the court reporter read it.

(Record was read back as requested.)

Q: By agreeing to proposals from Paragon regarding implementation of deviations from standards, would you agree that Qualtim was participating in the decisions as to what engineering inputs were included in the Paragon Truss Software?

A   I'm not sure I would say it that way. I think that Paragon made the decisions about what was included, but that we got the advisement of DrJ. We wanted to get their advisement about whether

about the engineering information that's being referenced.  But I can't -- I can't remember, like, specific examples of that sort of directly.

BY MR. SALEMI:

Q    Do those discussions occur before the public release of the software?

A    I imagine that some of those discussions happen before the public release of the software.  And by public release, I mean the sort of release during 2024.

Q    The customers that you may have shared information regarding checks within the Paragon Truss Software, were those customers that you shared that information with, were they under any nondisclosure obligations?

A    I don't have personal knowledge of that.  I think I remember hearing about an NDA that G2 had with Paragon, but I don't have personal knowledge of it.

Q    Despite the NDA, you did share information regarding the Paragon Truss Software source code with Qualtim and DrJ; correct?

MR. WILLIAMS:  Object to the form.

A    So I don't think there was any significant sharing of the source code itself with Qualtim or DrJ.

You know, it could have been up on a screen, you know, a window of -- it could have been on a screen during a meeting or something, you know, unintentionally.  But information related to the program, we certainly talked about.

BY MR. SALEMI:

Q   Fair to say that your NDA with Paragon did not apply to your sharing of any information regarding the Paragon Truss Software with Qualtim prior to its termination?

MR. WILLIAMS:  Object to form.

Sorry, didn't mean to interrupt.

A   I think that that would be context-specific.  So within -- so we -- so I think it would have made me not want to -- yeah, not think I should share the source code with them, for example.

But I think that there was -- that my understanding was that because we were having discussions with them and they were, you know, they were consulting with us, that the sharing of some information was in furtherance of Paragon's work.

BY MR. SALEMI:

Q   Other than not sharing the source code itself, were you prohibited in any other manner from

sharing information with Qualtim during the development of the Paragon Truss Software prior to their termination?

MR. WILLIAMS: Object to the form.

A   So I think that -- so again, I don't know all the ins and outs of the NDA by heart. I think that I would have avoided sharing information that would have gone beyond the discussions, yeah, the things that were not pertinent to their roles as customer and consultant. So I imagine that the NDA could have prohibited sharing information outside of those things.

BY MR. SALEMI:

Q   So you don't know if the NDA prohibited you from sharing with anybody else, but now you're speculating as to whether the NDA prohibited you from sharing with Qualtim. Yeah, I don't know. Let me see if I can come up with a question for you.

MR. WILLIAMS: Objection. Argumentative.

MR. SALEMI: That's not --

A   Not my testimony.

MR. SALEMI: Not a question. It's a statement. So kind of a placeholder for

the record to show how ridiculous this is.

A    Okay.  Well, it's not my testimony.

BY MR. SALEMI:

Q    Hold on.  Hold on, Mr. Bierema.  Just for procedure-wise, you're only supposed to answer questions.

Let's approach it this way.  Was there information that you intentionally purposely did not share with Qualtim regarding the Paragon Truss Software prior to the termination of the relationship between Paragon and Qualtim?

MR. WILLIAMS:  Object to the form.

A    So as we mentioned before, the source code would be one thing.  I avoided sharing source code.  And I think there could have been other examples, you know, things that were -- yeah, if something wasn't relevant, I think I would have avoided sharing it with them.

BY MR. SALEMI:

Q    What I'm asking is as you sit here now, was there anything particularly that you can tell me that you did not share with Qualtim during the development of the Paragon Truss Software?

MR. WILLIAMS:  Object to the form.

Asked and answered.

MR. SALEMI:  It's been asked, it hasn't been answered.  And don't make that objection again.  Just object to form, Mr. Williams.  We've been through this.

BY MR. SALEMI:

Q   You can answer.

A   So the source code would be one thing that I avoided sharing.  Yeah, like I said, and anything that wasn't relevant, I would expect you're asking for something specific and related to the software.  I mean, yeah, I mean, there are many things that just never came up.  I'm not thinking of a good example to give you of something that I avoided discussing with them or sharing with them other than the source code.

Q   Was there information related to the Paragon Truss Software that Qualtim requested that you refused to provide?

MR. WILLIAMS:  Object to the form.

A   I'm not thinking of any specific examples right now.  Yeah.

BY MR. SALEMI:

Q   Did you believe that you were free to share the information that was provided by Qualtim regarding engineering inputs for the Paragon Truss Software

is sort of hazy about when I first started getting involved. I think -- and, yeah, I can't remember whether it varied. But -- so I think we often had a meeting that was set automatically to recur every two weeks, but then many times it got canceled or changed.

Q   At these meetings, Paragon did seek engineering judgments from Qualtim in regard to inputs for the Paragon Truss Software source code; correct?

MR. WILLIAMS:  Object to the form.

BY MR. SALEMI:

Q   You can answer.

A   So we discussed a variety of things during the meetings, and I'll make sure I say that, you know, the -- they weren't inputting things into the source code, we were writing the source code. But I think that certainly during some of the meetings, we wanted to get their perspective on the issues that we were asking about, and so part of their perspective would have included their engineering judgment.

Q   And during these meetings, Qualtim did provide their engineering judgments to Paragon that were implemented in the Paragon Truss Software source code; is that correct?

BY MR. SALEMI:

Q    Do Paragon employees only use git commit information to memorialize and track all of its source code changes?

             MR. WILLIAMS:   Object to the form.

A    So the changes to the source code are represented by the commits.  There's additional information related to those commits beyond that.  But the commit is the thing that shows what changed in the source code and when.

BY MR. SALEMI:

Q    My question is, to memorialize and track all of its source code changes, does Paragon only use git commit information?

A    So the only thing that keeps track of the -- what exactly changed in the source code is the git commit.  There's -- you ask about tracking; I'm not sure what exactly you would mean by tracking there.

Q    Do Paragon employees only use git commit information to memorialize its source code changes?

A    So the git commit is the only thing that shows what exactly changed in the source code.  So, you know, there can be other discussions about that,

but it's the -- yeah, the git commit is the only thing that shows what exactly changed.

Q   So is the answer to my question yes?

A   So if by memorialize you mean that it's what sort of keeps a record of what exactly changed, then I think I would agree with that.

Q   Do Paragon employees only use git commit information to track all of its source code changes?

MR. WILLIAMS:  Object to the form.

A   Yeah, like I said, I'm not sure exactly what you mean by "track changes."

BY MR. SALEMI:

Q   Does Paragon track changes to its source code?

MR. WILLIAMS:  Object to the form.

A   I'm not sure exactly what it means to track changes.  We make changes.  They are represented in git commit.  Yeah, I'm not sure what it means to track them.

Q   So if Paragon's lawyers have represented to the court that Paragon employees only use git commit to track all of its source code changes, you don't know what they're talking about; is that correct, Mr. Bierema?

MR. WILLIAMS:  Object to the form.