# EXHIBIT 5

Hershey Excerpts

(Provisionally Filed Under Seal)