# EXHIBIT 6

## March 20, 2026 Supplemental Answers to Interrogatory No. 9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARAGON COMPONENT SYSTEMS, LLC,

Plaintiff,

v.

QUALTIM, INC., CENTER FOR BUILDING
INNOVATION, LLC, DRJ ENGINEERING, LLC,
INSPIRED PURSUITS, LLC, KIRK
GRUNDAHL, and SUZANNE GRUNDAHL,

Defendants.

Case No. 3:25-cv-00170-wmc

---

**DEFENDANTS' SUPPLEMENTAL ANSWERS TO
PLAINTIFF'S FOURTH SET OF INTERROGATORIES
(Interrogatory No. 9)**

---

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, Kirk Grundahl, and Suzanne Grundahl (collectively, "Defendants") provide a supplemental answer to Plaintiff Paragon Components Systems, LLC's Fourth Set of Interrogatories, specifically as to Interrogatory No. 9.

Defendants have not yet completed their investigation and analysis of the facts relating to this action, and fact discovery is continuing. Defendants' ongoing discovery, analysis, and investigation may disclose the existence of additional facts, add meaning to known facts, support new legal or factual contentions, and may lead to additions or modifications to these answers. The answers below are therefore based on information currently known and available to Defendants at the time the answers are made.

Specifically, Defendants reserve the right to supplement this response upon review of Paragon's source code, commit history, and internal development documentation, which will

permit Defendants to identify precisely where the contributions described above were implemented within the Paragon Truss Software. Defendants directed engineering decisions and provided technical specifications that were implemented by Paragon's software development team; however, the manner and location of implementation within the software is within Paragon's exclusive knowledge and control. Defendants further reserve the right to supplement this answer as additional information becomes available through ongoing discovery, including review of Paragon's Slack message production (which analysis indicates is materially incomplete and for which it has exclusive control because it cut Defendants' access to the joint messaging system), additional document productions, and deposition testimony.

Accordingly, Defendants reserve the right, at any time, to amend, revise, correct, add to, supplement, modify, or clarify any specific answers or objections. Defendants further reserve the right to make use of, or introduce in any hearing or at trial, information not known to exist at the time of these answers, including information obtained in discovery.

## OBJECTIONS AND ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 9:** For each intellectual property contribution that any Defendant claims to have contributed to the Paragon Truss Software or Paragon Truss Marks in response to Paragon's Interrogatory No. 5, identify the specific type of intellectual property (i.e., patent, trademark, copyright, or trade secret) that each Defendant asserts for that claimed intellectual property contribution.

OBJECTION: Defendants incorporate by reference all objections previously asserted in response to Interrogatory No. 9 served on February 23, 2026.

SUPPLEMENTAL ANSWER: Subject to and without waiving the previously asserted Objection, Defendants provide this supplemental answer as follows:

Interrogatory No. 9 requests that Defendants identify, for each of the sixty intellectual property contributions identified in response to Revised Interrogatory No. 5, the specific statutory intellectual-property category (patent, trademark, copyright, or trade secret) asserted. Defendants provide the categorizations below based on information presently available. These categorizations are provided solely for purposes of responding to Interrogatory No. 9 in this action.

The categorizations set forth below:

- Are made solely for purposes of statutory characterization under the four regimes identified in Interrogatory No. 9;
- Do **not** constitute a formal trade secret identification in this or any other action, including Case No. 3:25-cv-00075-wmc;
- Do **not** define, limit, or particularize the scope of any trade secret asserted in any action;
- Do **not** concede that any contribution is exclusively governed by a single statutory regime;
- Do **not** waive any partnership, joint venture, contractual, fiduciary, equitable, unjust enrichment, joint authorship, or joint inventorship theory;
- Do **not** constitute an admission regarding authorship, inventorship, validity, enforceability, or exclusivity under any statutory regime;
- Shall not be used for purposes of judicial estoppel, issue preclusion, claim preclusion, waiver, or narrowing in this or any related action.

Defendants' ownership and use rights arise from the creation, contribution, and control of proprietary engineering information, confidential methodologies, testing systems, calibration frameworks, professional engineering judgment, and related intellectual property developed in furtherance of a partnership and joint venture relationship. Those rights are not dependent upon classification within any single statutory intellectual-property scheme.

The initial sixty intellectual property contributions outlined below were identified in Defendants' December 22, 2025 Answer to Revised Interrogatory No. 5, as supplemented on January 7, 2026. These contributions were communicated to Paragon in furtherance of the parties' partnership and joint venture relationship. The following table includes the Defendant entity or entities associated with each contribution carried forward from Defendants' January 7, 2026

3

Supplemental Answer. The categorizations below reflect statutory doctrines that may be implicated. They are expressly subject to supplementation upon review of Paragon's source code, repository structure, commit history, internal development documentation, and complete Slack communications, all of which remain within Paragon's exclusive possession and control.

| No. | IP Contribution | Defendant Entity | IP Type(s) |
|---|---|---|---|
| 1 | QC Tolerance Polygon System | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 2 | Engineering vs. Manufacturing Decision Framework | DrJ/Qualtim | Trade Secret; Copyright |
| 3 | Composite Section/Stacked Chord Methodology | DrJ/Qualtim | Trade Secret; Copyright |
| 4 | Bending Capacity Factor Analysis Protocol | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 5 | Top Chord Bearing Software Module (StrongEnd Truss) | DrJ/CBI | Trade Secret; Copyright |
| 6 | Gross Plate Area Design Methodology | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 7 | Plate Shear Resistance Methodology | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 8 | ASCE 7 Wind and Snow Load Implementation | DrJ/Qualtim | Trade Secret; Copyright |
| 9 | TPI Standard Implementation and Interpretation | DrJ/Qualtim | Trade Secret; Copyright |
| 10 | Testing Data and Calibration | CBI/DrJ | Trade Secret; Copyright |
| 11 | Tooth Withdrawal and Incising Factor Specifications | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 12 | Multi-Ply Girder Design Methodology | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 13 | Finite Element Analysis (FEA) Methodology and Calibration | DrJ/Qualtim | Trade Secret; Copyright |
| 14 | Heel Joint Moment Check Methodology (TPI Check 8.7.1.1) | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 15 | Stacked Floor Truss Top Chord Bearing Force Distribution Protocol | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 16 | LVL/LSL Lumber Design Value Implementation | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 17 | Web Member Lateral Restraint and Bracing Design Methodology | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 18 | Bearing Block Plating Rules | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 19 | Split Vertical End Condition Analysis Methods | DrJ/Qualtim | Trade Secret; Copyright |

| No. | IP Contribution | Defendant Entity | IP Type(s) |
|---|---|---|---|
| 20 | Wood Splitting Prevention | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 21 | Strong Axis vs. Weak Axis Determination for Multi-Ply Members | DrJ/Qualtim | Trade Secret; Copyright |
| 22 | Analog Model Calibration Methods | DrJ/Qualtim | Trade Secret; Copyright |
| 23 | Vector Diagram Load Path Analysis Protocol | DrJ/Qualtim | Trade Secret; Copyright |
| 24 | Preservative Treatment and Moisture Content Design Guidance | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 25 | Applied Loads Review and Competitive Positioning Process | DrJ/Qualtim | Trade Secret; Copyright |
| 26 | Panel Length Deflection Check Policy | DrJ/Qualtim | Trade Secret; Copyright |
| 27 | Moment Reduction Method | DrJ/Qualtim | Trade Secret; Copyright |
| 28 | Wood-to-Wood Force Transmission | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 29 | Compression Reduction Rule for Plating | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 30 | Wind Load Database Implementation | DrJ/Qualtim | Trade Secret; Copyright |
| 31 | Fundamental vs. Proprietary Engineering Framework | DrJ/Qualtim | Trade Secret; Copyright |
| 32 | Slider/Wedge Joint Moment Resistance | DrJ/Qualtim | Trade Secret; Copyright |
| 33 | Buckling Length and Column Stability Factor | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 34 | L2/L4 Shear Line Length Calculation Methodology | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 35 | Gable End / T-Beam Composite Action Analysis Framework | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 36 | Maple Lumber Truss Plate Performance Testing Program | CBI/DrJ/Qualtim | Trade Secret; Copyright |
| 37 | CH Plate Design Value Specifications and DrJ Listing/TER Development | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 38 | Plate Lateral Resistance Implementation at Splice Joints | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 39 | TPIC Analog Modeling Implementation | DrJ/Qualtim | Trade Secret; Copyright |
| 40 | Multi-Plate Joint Force Distribution | DrJ/Qualtim | Trade Secret; Copyright |
| 41 | TDD Format and Output Specifications | DrJ/Qualtim | Trade Secret; Copyright |
| 42 | Plate Quality Control and Fabrication Tolerance Protocol | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 43 | Repetitive Member Factor Extension to Non-Chord Members | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 44 | Load Guide Spreadsheet System | DrJ/Qualtim | Trade Secret; Copyright |

| No. | IP Contribution | Defendant Entity | IP Type(s) |
|---|---|---|---|
| 45 | Wind Uplift Load Procedure for King Jacks with Exposed Bottom Chords | DrJ/Qualtim | Trade Secret; Copyright |
| 46 | Lumber Species Combination Design Value Methodology | DrJ/Qualtim | Trade Secret; Copyright |
| 47 | Effective Specific Gravity Methodology for Engineered Lumber | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 48 | Multi-Ply Member Force Distribution Based on Stiffness | Qualtim/DrJ | Trade Secret; Copyright |
| 49 | Peak Plate Combined Shear-Tension Check Methodology | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 50 | Buckling Coefficient Calibration for Multipoint Heels | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 51 | Web CSI Check Methodology (Axial vs. Combined) | DrJ/Qualtim | Trade Secret; Copyright |
| 52 | CSI Calculation Protocol Lower Bound Implementation | DrJ/Qualtim | Trade Secret; Copyright |
| 53 | ASCE 7-16 Implementation | DrJ/Qualtim | Trade Secret; Copyright |
| 54 | Force, Shear, Moment, and Deflection Diagram System | DrJ/Qualtim | Trade Secret; Copyright |
| 55 | Plating Forces at Top Chord Bearing Joints Methodology | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 56 | Sheathing Stud Lateral Wall Testing and Design Method | CBI/DrJ/Qualtim | Trade Secret; Copyright |
| 57 | Bearing Reaction Distribution at Chord Splices | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 58 | Proprietary Engineering Calibration Foundational Concept | DrJ/CBI/Qualtim | Trade Secret; Copyright |
| 59 | Box Bracing™ IP | DrJ/CBI/Qualtim | Trade Secret; Copyright; Trademark |
| 60 | G2 National Pricing Structure and Revenue-Sharing Model | DrJ/Qualtim | Trade Secret; Copyright |

**Trade Secret:** The designation "Trade Secret" reflects that the contributions include proprietary engineering methodologies, testing protocols, calibration data, analytical frameworks, decision rules, professional engineering judgments, and confidential technical know-how. These contributions derive independent economic value from not being generally known and were disclosed to Paragon within the context of a confidential joint venture relationship. Defendants'

6

trade secret interest lies in their proprietary interpretation, calibration, and implementation logic applied to any referenced standards. Publicly available standards are not included in this designation.

**Copyright:** The designation "Copyright" reflects that the contributions were expressed in original written documentation, structured analytical materials, diagrams, spreadsheets, or structured output systems. Abstract engineering principles, mathematical relationships, and methods of operation are not included in this designation.

**Patent:** Defendants do not presently assert any issued patent rights or pending patent applications in connection with the Paragon Truss Software or the contributions identified herein. Paragon has not identified any issued patent or pending patent application as covering the Paragon Truss Software. To the extent any contribution embodies patentable subject matter, Defendants expressly reserve all rights regarding inventorship, joint inventorship, ownership, and related equitable or contractual claims.

**Trademark:** The designation "Trademark" reflects contributions implicating branding, goodwill, or commercial identifiers developed in connection with the parties' joint venture relationship, including without limitation Box Bracing™ (No. 59). Defendants do not concede that trademark rights are limited to the contributions expressly designated herein, that any trademark rights are exclusively owned by Paragon, or that any trademark rights are separable from the goodwill jointly developed by the parties, including goodwill associated with the Paragon Truss Software itself.

AS TO OBJECTIONS:

Dated this 20th day of March, 2026.

**MURPHY DESMOND S.C.**
Attorneys for Qualtim, Inc., Center for Building
Innovation, LLC, DrJ Engineering, LLC, Inspired
Pursuits, LLC, and Suzanne Grundahl.

Electronically Signed By: */s/ Scott G. Salemi*
      Scott G. Salemi
      State Bar Number: 1118960
      33 East Main Street, Suite 500
      Madison, WI 53701-2038
      Phone: (608) 257-7181
      Fax: (608) 257-2508
      ssalemi@murphydesmond.com

**KIRK GRUNDAHL**
Pro Se Defendant

Electronically Signed By: */s/ Kirk Grundahl*
      Kirk Grundahl
      1130 Fairway Court
      Lake Mills, WI 53551
      Ph.: 608-217-3713
      kgrundahl@qualtim.com

8

## **VERIFICATION**

   I, Kirk Grundahl, am signing on behalf of myself and the corporate Defendants, as I am authorized to do so. I declare that I have reviewed the foregoing Supplemental Answers to Interrogatories, which were prepared with the assistance and advice of counsel. The answers are subject to inadvertent or undiscovered errors, and are necessarily limited by the records and information currently in existence, presently recollected, and thus far discovered. I reserve the right to make changes in the answers if it appears that omissions or errors have been made or that more accurate information becomes available. Subject to these limitations, the answers are true to the best of my knowledge and belief.


                _____

                Kirk Grundahl

Signed and sworn to before me
This \_\_\_ day of _____, 2026.


_____
Notary Public, State of _____
My Commission expires_____

9

## **VERIFICATION**

I, Suzanne Grundahl, am signing on behalf of myself as an individual defendant. I declare that I have reviewed the foregoing Supplemental Answers to Interrogatories, which were prepared with the assistance and advice of counsel. The answers are subject to inadvertent or undiscovered errors, and are necessarily limited by the records and information currently in existence, presently recollected, and thus far discovered. I reserve the right to make changes in the answers if it appears that omissions or errors have been made or that more accurate information becomes available. Subject to these limitations, the answers are true to the best of my knowledge and belief.

_____

Suzanne Grundahl

Signed and sworn to before me
This \_\_\_ day of _____, 2026.


_____

Notary Public, State of _____

My Commission expires_____

10

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 20, 2026, I served upon all counsel of record via email Defendants' Supplemental Answers to Plaintiff's Fourth Set of Interrogatories (Interrogatory No. 9).

Electronically Signed By: */s/ Scott G. Salemi*

4928-7665-6793, v. 1

11