# EXHIBIT 7

K. Grundahl June 3, 2026

(Provisionally Filed Under Seal)