# EXHIBIT 8

Inspired Pursuits, LLC

January 15, 2026

(Provisionally Filed Under Seal)