# EXHIBIT 9

www.qualtim.com



**CONTACT US**

THE QUALTIM FAMILY OF SERVICES
## Where building innovation thrives.

# What's the next step for your great idea?

Hover over the image below to learn more about the expertise each company in the Qualtim Family of Services provides to bring your innovation to market.



## If you have an innovative product, design, and/or method of construction, Qualtim is the place to start!

#Qualtrio Home | Qualtim

- Refine your go-to-market strategy
- Generate test data and engineering analysis to meet regulatory needs
- Create duly authenticated reports for regulatory approval
- Receive technical training and engineering/regulation assistance
- Obtain market development support

**OUR CREATIVE CLIENTS**

**INSPIRING INNOVATION**

**CAREER OPPORTUNITIES**

**ARTICLES / OTHER NEWS**



Contact Us   |   6300 Enterprise Lane   |   Madison, WI 53719
|   ☎ 608-271-1176   |   © Qualtim, Inc.   |   in  f