# EXHIBIT 10

S. Grundahl Excerpts

(Provisionally Filed Under Seal)