# EXHIBIT 11

K. Grundahl May 18, 2026

(Provisionally Filed Under Seal)