# EXHIBIT 12

www.qualtim.com/inspiring-innovation



CONTACT US



Home

# Inspiring Innovation

From your first kernel of an idea all the way to profitable sales, we listen to your needs and combine your expertise with the diversity of our staff's knowledge to develop a collaborative, creative plan to propel your innovation's success.

Qualtim has developed a tried-and-true roadmap for testing, listing, technical evaluation, and specialty engineered design drawings of alternative materials, products, designs, and/or methods of construction where plan review approval is the goal.

We support your SUCCESS with our team's expertise and experience in the construction industy!



## Introducing the Qualtim Family of Services
Qualtim



                                                     Watch on

# Your Innovation Is Our Focus: A Step-by-Step Pathway to Success

## CBI Testing & Listing

Captures real-life performance (i.e., strength and rigidity) through ISO/IEC 17025 testing that simulates actual applied loads and conditions of use. This results in the creation of a duly authenticated report that verifies an innovation has been tested and is suitable for use in your specified application.

## DrJ Technical Evaluation Report™ (TER)

Simplifies the regulatory compliance process for innovators with a duly authenticated report. We are the only ANAB ISO/IEC 17065 Accredited Certification Body to stand behind our research reports with a PE seal.

## CBI Inspection

Provides ISO/IEC 17020 quality control (QC) and quality assurance (QA) to ensure that design properties used in engineering analysis are consistent with the original testing.

## DrJ Structural Engineering

Our structural analysis is based upon: "The strength and rigidity of the component parts and/or the integrated structure are determined by engineering analysis for the conditions of application that occur." Services include specialty engineered design drawings, engineering evaluation letters, full building structural design, CAD details, technical support, training, and consultation.

## ABTG Standards Development

Protects intellectual property and trade secrets by developing internal, ANSI-like standards for new materials, products, designs, and/or methods of construction. Strategically, internal standards can evolve into public ANSI standards if and when tactically needed.

## ABTG Building Science Calculators

Supports our guiding principle of building science: "The weather, air, thermal, and fire performance of the component parts and/or the integrated structure shall be determined by engineering analysis or by suitable performance tests to simulate the actual conditions of application that occur." Services include specialty energy code compliance design drawings, building science evaluation letters, CAD details, technical support, training, and consultation.

## Pushing7 Market Development & Branding

Strengthens sales and market development via content creation for websites, social media, infographics, installation guides, technical support, and other design tools.

## Pushing7 Internet, Website & Digital Services

Provides innovative web development services customized to meet your unique business needs. Digital services include managed web/virtual desktop hosting and network support.

# Ready to take the first step? Contact us today!

The current and future success of your business is our focus. Qualtim has built an exceptional team to provide innovative testing, engineering and regulatory evaluation solutions.

## OUR EXPERTISE INCLUDES:

- R&D
- Engineering
- Construction
- Structural testing
- Quality assurance
- Building science
- Expert investigation
- & legal consulting
- Technical & code compliance support
- Market development
- Marketing, branding, & website development

**MEET OUR TEAM**



**Join our team and help us push the bounds of tradition and status quo.**

**CAREERS**

**OUR CREATIVE CLIENTS**

**INSPIRING INNOVATION**

**CAREER OPPORTUNITIES**

**ARTICLES / OTHER NEWS**

Contact Us   |   6300 Enterprise Lane   |   Madison, WI 53719

|   📞 608-271-1176   |   Ⓒ  Qualtim, Inc.   |   in  f