# EXHIBIT 13

https://www.drjcertification.org/technical-evaluation-reports

Case: 3:25-cv-00170-wmc     Document #: 188-13     Filed: 06/22/26     Page 2 of 6



Log in

SERVICES ▼     REPORT DIRECTORY     RESOURCES     ABOUT US ▼

Services / Listing & Technical Evaluation Report

# Listing and Technical Evaluation Report™

DrJ simplifies the building regulatory compliance process for innovators and is the only ANAB Accredited Third-Party Certification Body to stand behind its certifications with a professional engineering seal.



What's the next step for YOUR GREAT IDEA?

A CBI/DrJ Listing and Technical Evaluation Report™ (Listing/TER) evaluates a product or process based upon regulations (i.e., OSHA, HUD, state/local building codes, etc.) referenced standards, or DrJ's PE approved rules as appropriate to each customer's product, assembly, service and/or method of construction scope of expertise evaluation need.

As the engineering branch of the Qualtim family of services, DrJ is part of an exceptional team focused on helping building innovation thrive.

DrJ's evaluation defines satisfaction of all regulatory compliance needs.

ANAB 17065 certified refers to firms in its directory, which includes DrJ. Each accredited certification body, as a code-defined approved agency, is qualified to practice within their specified areas of expertise, also known accredited scopes.

The IAF website states: "Once an **accreditation body is a signatory** of the IAF MLA, **it is required**

**to recognise** certificates and validation and verification statements issued by conformity assessment bodies accredited by all other signatories of the IAF MLA, with the appropriate scope."

See Current Report Directory

If you are interested in working with CBI/DrJ to create a Listing/TER for a new product or process, more information is provided below. Please contact the CBI/DrJ team if you would like to discuss further or receive a proposal.

## New Listing/TER Development

CBI/DrJ looks forward to collaborating with you on your new Listing/TER. To streamline the process, you can pull together relevant testing data, installation instructions, and quality control (QC) documentation.

If you don't have this information yet, don't worry! Qualtim's family of services is available to assist you with necessary testing and engineering analysis required to prepare a regulatory compliant duly authenticated report. From there, CBI/DrJ will review your information and partner with you to establish a scope of work and draft a Listing/TER that meets your product certification objectives. For more information, please review the CBI/DrJ Listing/TER development procedures here.

## Annual Review of TERs

DrJ reviews all Listing/TERs annually to confirm continued regulatory compliance. In order to do

Case: 3:25-cv-00170-wmc    Document #: 188-13    Filed: 06/22/26    Page 4 of 6

this, the following are or may be required from the client:

### ∧   Inspections

Quality Control (QC) is key to the certification process, as it allows DrJ to certify that the current product continues to perform as specified in the Listing/TER. Therefore, a signed contract between the manufacturer and an approved third party inspection agency is required, and the third party in-plant quality assurance inspections listed in the contract must be carried out. While the frequency of inspections may be more or less depending on the product type, inspections are generally performed on a quarterly basis.

### ∨   Verification Test

### ∨   Quality Control Manual (QCM) Edits

## Revision of Listing/TERs

Revisions to Listing/TERs may be made at any time for anything from a product name change to a new product attribute.

## Additional Listees or Private Labels

Is your product distributed or manufactured by another company? If so, you may request to add them to the Listing/TER so the product distributed or produced by another company is certified as well. Additional listees will be required to complete and submit an additional listee form as

an appendix to the original Listing/TER application supplied by DrJ.

If a private label Listing/TER is required, the original report holder may authorize a duplicate Listing/TER under the name of a distributor. In this case, the content of the Listing/TER created will be linked to the original report holder's Listing/TER. Any revisions requested for either the private label or the master Listing/TER will be made to both documents.

Contact us to get started!







Case: 3:25-cv-00170-wmc    Document #: 188-13    Filed: 06/22/26    Page 6 of 6





THE QUALTIM FAMILY OF SERVICES
## Where building innovation thrives.

Ⓒ DrJ Engineering | 📍 6300 Enterprise Ln., Madison, WI 53719 | 📞 608-310-6748 | ✉ Contact Us | 🔒 Privacy Policy