# EXHIBIT 14

March 18, 2026 Answers to

First Set of Interrogatories

(Provisionally Filed Under Seal)