# EXHIBIT 15

Helmueller Excerpts

(Provisionally Filed Under Seal)