# EXHIBIT 16

Heise Excerpts

(Provisionally Filed Under Seal)