# EXHIBIT 17

PARAGON-000249

Message

---

**From:**  Suzi Grundahl [sgrundahl@qualtim.com]
**Sent:**  4/1/2024 5:07:20 PM
**To:**  Seth Duncan [sethd@trusspal.com]; Matt Van Stelle [mattv@trusspal.com]
**CC:**  John Holland [johnh@paragontruss.com]; Ryan Dexter [rdexter@drjengineering.org]; Keith Hershey [khershey@qualtim.com]; Ops [ops@qualtim.com]; James Holland [jameshclearspaninc@gmail.com]; Robe@clearspaninc.com
**Subject:**  RE: Paragon-Clearspan-Qualtim-Truss Pal Business Roadmap Follow-up

Hi Seth and Matt,

I hope you both had a great Easter weekend. Thanks for the meeting last Thursday and for working through the roadmap we sent out for review. In addition, thank you for setting up the information collection process so that prospective customer submissions are efficient for everyone to use.

Here are our key takeaways/next steps after the meeting:

1. We look forward to your and John's feedback after you have a chance to review the roadmap carefully and process the engineering and business items in detail. As has been mentioned often, given our experience, these items seem trivial until an unanticipated event occurs. At that point, the cost of both time and money can quickly become very high.

   If you have any questions or recommended edits, we look forward to a continuing dialogue to work through any topics together.

2. Regarding next steps, we believe the highest priority is for you to add a disclosure to the front end of your project request form on your website, and anywhere else where prospective customers would be looking to engage Truss Pal services.

   Please note that this front-end disclosure is in addition to whatever disclaimer you have. A disclaimer is different from a disclosure as follows:

   a. A disclaimer is a type of notice that is intended to limit your liability related to the writing of software. Paragon/Truss Pal is responsible for the writing of the software code and how the software code functions. If the code is in error, in some manner, Paragon/Truss Pal own that responsibility. If someone uses Paragon/Truss Pal to design a concrete truss, the disclaimer says Paragon/Truss Pal do not own responsibility for the concrete truss design.

   b. A disclosure is a notice or a statement that lets your users know about relevant information that help them make informed decisions about the use of Paragon/Truss Pal. This prevents misunderstandings, misuse, inadvertent fraud and actual fraud.

      The Federal Trade Commission (FTC) requires all companies to provide a clear understanding about what a potential buyer is buying. Disclosures need to be placed where they can be seen immediately. If possible, these need to stand out either by bigger font size, a different color, etc. Disclosures serve the duty to inform and educate with respect to what a product or service is providing and needs to be transparent, honest and sincere to fully avoid the perception of or actual fraud.

3. The example disclosure statement we drafted is intended to meet all FTC requirements. While the language may need to be polished, general market research and generic engineering was always the intent, given that the goal has always been to create a competitive advantage in the market for CCI engineered structural components using CBI testing and DrJ engineering expertise.

   a. Truss Pal is truss design software that exclusively uses standard textbook engineering mechanics, ANSI/NDS, ANSI/TPI 1, ASCE 7 and publically published design properties for lumber, truss plates and all related connections. It does not use any proprietary engineering test data, engineering analysis or engineering boundary condition evaluations, since it has no knowledge of any proprietary intellectual property or trade secrets that cannot be found in public domain documents.

   b. To obtain all public domain references, used to create Truss Pal, please contact Truss Pal staff at _____

4. We recommend that you carefully review your website language through the lens of engineering and commercial business law (per the roadmap). It is important to ensure that Paragon/Truss Pal are not inadvertently implying anywhere on the site that you are selling engineering services or providing engineering

PARAGON-000249

expertise. Since we are in the engineering business, we can help. We know of a business that was served notice by the Texas professional engineering board, who had to hire an attorney, pay a fine and change their entire business model or cease to exist.

As an aside, we would strongly recommend you update any language that has any possibility of being misconstrued before your NCSEA article comes out. That will provide Truss Pal with more attention. If engineers assume they are working with an engineering organization providing engineered solutions, the case mentioned above is trivial comparatively.

Our goal is to ensure Truss Pal/Paragon approach to business does not inadvertently harm CCI cash flow, given CCI is where all the assets are for any claim. In all cases, if anything goes in a bad direction, Dan knew CBI and DrJ will and can always mitigate risk. However, we always like to avoid all cash outlays that do not go toward building the most profitable and significant business that CCI engineered structural components can be.

Unfortunately, we know many people in the market whose goal is to restrain competition by causing companies to waste time and money on work that has no value to core business success. We see it all the time.

5.  Ryan has reached out to provide a proposal to the customer who was interested in a repair drawing. We'll keep you posted if this project moves forward.

Thanks again for the discussion!

Suzi

**From:** Seth Duncan <sethd@trusspal.com>
**Sent:** Thursday, March 28, 2024 10:41 AM
**To:** Suzi Grundahl <sgrundahl@qualtim.com>
**Cc:** Matt Van Stelle <mattv@trusspal.com>; John Holland <johnh@paragontruss.com>; Ryan Dexter <rdexter@drjengineering.org>; Keith Hershey <khershey@qualtim.com>; Ops <ops@qualtim.com>
**Subject:** Re: Paragon-Clearspan-Qualtim-Truss Pal Business Roadmap Follow-up

Suzi,

That sounds great. We can do 12:30 Eastern. We will send the invite.

Thanks!

**Seth Duncan** - *Director of Operations*

On Thu, Mar 28, 2024 at 8:29 AM Suzi Grundahl <sgrundahl@qualtim.com> wrote:

> Hi Matt and Seth,
>
> Thanks for the update; let's set up a quick conference call to cover off the roadmap I sent, and then we can proceed with the next steps.
>
> Are you available to meet today between 12:30 and 3:30 Eastern time?

PARAGON-000250

Suzi

**From:** Truss Pal Sales Support <salessupport@trusspal.com>
**Sent:** Wednesday, March 27, 2024 4:27 PM
**To:** Suzi Grundahl <sgrundahl@qualtim.com>
**Cc:** Matt Van Stelle <mattv@trusspal.com>; John Holland <johnh@paragontruss.com>; Ryan Dexter <rdexter@drjengineering.org>; Keith Hershey <khershey@qualtim.com>; Ops <ops@qualtim.com>
**Subject:** Re: Paragon-Clearspan-Qualtim-Truss Pal Business Roadmap Follow-up

Hey Suzi,

Thanks for reaching out. Yes, we would like to hand this customer to DrJ properly. It was my understanding all the needed information was included with the submitted job, but I may be mistaken. Our current thoughts about the process are as follows:

1. Truss Pal works with the customer to create designs within the project parameters based on the information given by the customer. (Pictures, drawings, measurements, etc)
2. If the customer requests engineering services, and Truss Pal believes the quality of the information provided meets the qualifications for DrJ services, a job will be submitted as Truss Pal but placed on hold. This will designate the job as separate to be treated differently. The job will include all requested information ( 2 b. & c. i - iv).

3. The payment information should be part of your agreement with the customer when setting up the contract to keep the separation of services clean and secure.
4. Once an agreement and payment have been secured, the Truss Pal job can be exported and transformed into the desired DrJ format for the end user.

Let us know your thoughts on this process and how you would like to proceed with the Morales repair.

Thanks!

*Truss Pal results are only conceptual and are not to be used for design purposes unless signed off by a professional and competent structural engineer who shall bear full responsibility for the design.*

PARAGON-000251

On Wed, Mar 27, 2024 at 12:16 PM Suzi Grundahl <sgrundahl@qualtim.com> wrote:

Hi Matt and Seth,

Please let me know if you want to set up a time to discuss this further. Are you still anticipating that Rodrigo may need a proposal for engineering from us?

Thanks,

Suzi

**From:** Suzi Grundahl
**Sent:** Monday, March 25, 2024 11:03 AM
**To:** Matt Van Stelle <mattv@trusspal.com>; Truss Pal Sales Support <salessupport@trusspal.com>
**Cc:** 'John Holland' <johnh@paragontruss.com>; Ryan Dexter <rdexter@drjengineering.org>; Keith Hershey <khershey@qualtim.com>; Ops <ops@qualtim.com>
**Subject:** Paragon-Clearspan-Qualtim-Truss Pal Business Roadmap Follow-up
**Importance:** High

Hi Matt and Seth,

Thank you for the discussion last week. I've attached a document that provides updated background and a business plan roadmap and implementation concepts. This contains essential information to help all of us in managing the business development fundamentals and consistently communicating in a way that complies with professional engineering laws, as well as protecting Paragon-CCI-DrJ intellectual property.

With regard to the request from Rodrigo Morales and setting up a process for specific **potential** sealed engineering jobs that are referred to DrJ from Truss Pal, the section highlighted in blue in the document provides our thought process, which can be refined. This specific request from Rodrigo can be a beta site for the process in order to determine how to make this most efficient for everyone. As we talked about, it will be important for this communication process to be clearly separate from the workflow used with our **existing**

PARAGON-000252

**customers** (our truss manufacturer customers who request sealed engineering and sealed repairs from DrJ on an ongoing basis). This way, we avoid the situation where it isn't clear to our repair team that Truss Pal is turning over a **prospective** customer to DrJ. As you know, in all cases with these types of potential projects, a proposal will be needed since we don't yet have approval from the prospective customer to do the work at the price we will estimate. We don't want our repair design team spending time on it until we have a confirmed customer, an approved job and pre-payment for the work. In this case, once we have all the background from you (as defined in the document), we can then prepare a proposal to be sent to Rodrigo.

Please let us know if you would like to discuss any of this further.

Thanks much,

Suzi

PARAGON-000253