# EXHIBIT 19

QUALTIM-002060

(Provisionally Filed Under Seal)