# EXHIBIT 22

December 31, 2025 Supplemental

Answers to Interrogatories

(Provisionally Filed Under Seal)