# EXHIBIT 23

QUALTIM-001026

(Provisionally Filed Under Seal)