**IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

PARAGON COMPONENT SYSTEMS, LLC,

      Plaintiff,

  v.

QUALTIM, INC., CENTER FOR BUILDING
INNOVATION, LLC, DRJ ENGINEERING,
LLC, INSPIRED PURSUITS, LLC, KIRK
GRUNDAHL, and SUZANNE GRUNDAHL,

      Defendants.

Case No. 3:25-cv-00170-wmc

---

### PLAINTIFF PARAGON COMPONENT SYSTEMS, LLC'S MOTION TO DISMISS

---

Plaintiff Paragon Component Systems, LLC ("Paragon"), by and through counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves the Court to dismiss Defendants' counterclaims asserted in their Answer and Counterclaim (Doc. 178). Under Rule 12(b)(6), Defendants' allegations are factually and legally deficient to state a claim for relief. Specifically, as further outlined in Paragon's supporting brief filed herewith, Defendants have failed to plead the existence of a viable joint venture under Wisconsin law to support their "wind-up" and "accounting" counterclaims, and Defendants have failed to adequately allege ownership under the Copyright Act. As such, Defendants' counterclaims should be dismissed with prejudice pursuant to Rule 12(b)(6).

Respectfully submitted this 29th day of June, 2026.

/s/ Erin E. Steelman
Tamar B. Kelber, SBN 1101802
Joshua S. Greenberg, SBN 1107959
GASS TUREK LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
Telephone: (414) 223-3300

1

kelber@gassturek.com
greenberg@gassturek.com

David S. Moreland, GA Bar No. 521998
Eileen Rumfelt, GA Bar No. 040608,
*appearing pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street NW, Suite 2100
Atlanta, Georgia 30309
Telephone: (404) 962-6100
david.moreland@millermartin.com
eileen.rumfelt@millermartin.com

James T. Williams, TN BPR 16341
Erin E. Steelman, TN BPR 38463
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com

***Attorneys for Plaintiff Paragon Component Systems, LLC***

2

## CERTIFICATE OF SERVICE

I certify that on June 29, 2026, a copy of the foregoing **PLAINTIFF PARAGON COMPONENT SYSTEMS, LLC'S MOTION TO DISMISS** is being served on all counsel of record via email.

_/s/ Erin E. Steelman_
Erin E. Steelman

_Counsel for Plaintiff Paragon Component Systems, LLC_

3