UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

PARAGON COMPONENT SYSTEMS, LLC,

    Plaintiff,

        v.                                                     Case No. 3:25-cv-00170-wmc

QUALTIM INC., CENTER FOR BUILDING
INNOVATION LLC, DRJ ENGINEERING LLC,
INSPIRED PURSUITS LLC, KIRK GRUNDAHL,
and SUZANNE GRUNDAHL,

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR A TWO-BUSINESS-DAY EXTENSION
TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

---

Defendants Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, Kirk Grundahl, and Suzanne Grundahl (collectively, "Defendants") respectfully move, under Federal Rule of Civil Procedure 6(b)(1)(A), for a two-business-day extension—from Thursday, July 23, 2026, to Monday, July 27, 2026—to oppose Plaintiff Paragon Component Systems, LLC's ("Paragon") motion for summary judgment. Good cause supports Defendants' extension request, which accounts for the intervening weekend.

The parties conferred. Paragon stated that it would not oppose the two-business-day extension so long as Defendants agreed to Paragon's request for a four-business-day extension of its reply deadline, from August 3 to August 7, 2026. Defendants do not oppose that request.

## BACKGROUND

1.      On June 22, 2026, Paragon filed its summary judgment motion and supporting materials. The filing included redacted PFOFs, supporting memorandum, and other sealed and redacted materials designated confidential or "Attorneys' Eyes Only" (the "Sealed Materials").

2.      Administrative Order 460 requires sealed documents, which are unavailable to parties through the electronic filing system, to be served outside that system under Fed. R. Civ. P. 5(b). Admin. Order 460 (W.D. Wis. Feb. 5, 2026).

3.      Paragon did not serve the Sealed Materials on Defendants outside the electronic filing system at the time it filed its motion on June 22, 2026.

4.      On June 23, 2026, Defendants' counsel, Scott G. Salemi, requested unredacted copies of Paragon's filings and followed up the same day to request the Sealed Materials.

5.      On June 24, 2026, pro se Defendant Kirk Grundahl reported to Paragon that he had still not received the summary judgment filings.

6.      On June 24, 2026, Paragon served unredacted copies of its filings—two days after they were filed—which compressed the time available to prepare Defendants' opposition to a dispositive motion supported by extensive Sealed Materials.

7.      On June 25, 2026, Defendants notified Paragon that, in light of Paragon's failure to timely serve the Sealed Materials, Defendants may seek a corresponding extension of the response deadline.

8.      On July 10, 2026, Paragon agreed not to oppose Defendants' request for a two-business-day extension for Defendants' opposition to Paragon's dispositive motion.

9.      Defendants have diligently worked on the fact-intensive opposition, which requires review of extensive production materials, the parties' eight-year relationship, and their fifteen-year joint venture. They also must respond to Paragon's second motion to dismiss due July 20, 2026, which was filed after the summary judgment motion and first motion to dismiss, while also addressing ongoing discovery issues.

2

## A SHORT EXTENSION IS WARRANTED

Rule 6(b)(1)(A) permits the Court, for good cause, to extend a deadline on request made before the deadline expires. Defendants make this request before the July 23, 2026 deadline, so the Court may grant it for good cause.

Good cause exists because Defendants' response time was compressed by Paragon's failure to serve the Sealed Materials outside the electronic filing system as Administrative Order 460 requires, not by any lack of diligence by Defendants. Defendants promptly requested and followed up on service and now seek only a corresponding two-business-day extension, which is important given the dispositive motion and voluminous Sealed Materials.

The requested extension is modest, matches the service delay, is timely sought, affects no deadline other than Paragon's reply deadline, and prejudices no party.

## CONCLUSION

Defendants respectfully request an extension to July 27, 2026, to oppose Paragon's motion for summary judgment.

Dated this 13th day of July, 2026.

**MURPHY DESMOND S.C.**
Attorneys for QUALTIM INC., CENTER FOR BUILDING INNOVATION LLC, DRJ ENGINEERING LLC, INSPIRED PURSUITS LLC, and SUZANNE GRUNDAHL.

Electronically Signed By: */s/ Scott G. Salemi*
    Scott G. Salemi
    State Bar Number: 1118960
    33 East Main Street, Suite 500
    Madison, WI 53703-2038
    Phone: (608) 257-7181
    Fax: (608) 257-2508
    ssalemi@murphydesmond.com

3

**KIRK GRUNDAHL**
Pro Se Defendant

Electronically Signed By: */s/ Kirk Grundahl*
      Kirk Grundahl
      1130 Fairway Court
      Lake Mills, WI 53551
      Ph.: 608-217-3713
      kgrundahl@qualtim.com