UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

PARAGON COMPONENT SYSTEMS, LLC,

Plaintiff,

v.

Case No. 3:25-cv-00170-wmc

QUALTIM INC., CENTER FOR BUILDING INNOVATION LLC, DRJ ENGINEERING LLC, INSPIRED PURSUITS LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

Defendants.

INSPIRED PURSUITS, LLC, QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

Plaintiffs,

v.

Case No. 3:25-cv-00075-wmc

PARAGON COMPONENT SYSTEMS, LLC, JOHN HOLLAND, JAMES HOLLAND, CLEARSPAN COMPONENTS, INC., ROB EASON, and THE ESTATE OF DANIEL HOLLAND EX REL. SPECIAL EXECUTOR MARVIN B. SPEED,

Defendants.

**DEFENDANTS' MOTION TO COMPEL FINANCIAL DISCLOSURES**

Defendants, Inspired Pursuits, LLC, Qualtim, Inc., Center for Building for Innovation, LLC, DrJ Engineering, LLC, Kirk Grundahl, and Suzanne Grundahl (collectively "Defendants"), pursuant to Fed. R. Civ. P. 37, respectfully move this Court to compel Plaintiff Paragon

Component Systems, LLC, ("Paragon") to produce financial information required by discovery demands as set forth previously in the Motion to Compel filed against Paragon in companion case 25-cv-00075 for the following reasons:

**INCORPORATION OF MOTION TO COMPEL FILED IN 25-CV-00075**

As the Court is aware, the above-captioned cases 25-cv-00170 and 25-cv-00075 have been effectively consolidated for at least discovery. The Parties previously agreed to the use of discovery across related actions. The Amended Protective Order in the instant case Dkt. 171-1 in 25-cv-00170, provides in relevant part as follows:

> **Use of Discovery Across Related Actions.**
>
> 19. The Parties acknowledge that discovery has been and may be produced in *Paragon Component Systems, LLC v. Qualtim, Inc. et al.*, Case No. 1:24-cv-000246 (E.D. Tenn.) and case No. 3:25-cv-000170 (W.D. Wis.) and in *Inspired Pursuits, LLC, et al., v. Paragon Component Systems, et al.*, Case No. 3:25-cv-000075 (W.D. Wis.). Documents, materials, or information produced by any Party in either action need only be produced once and shall not be required to be reproduced in the other action, provided that such materials are made available to the Parties in both actions. Any documents, materials, or information so produced may be used in either action and shall retain the same confidentiality designation and be governed by the terms of the Protective Order issued in each action.

The Defendants[1] have already filed a Motion to Compel Financial Disclosures (Dkt. 191 in 25-cv-00075) and there is an established briefing schedule. The previously filed Motion provides the basis for compelling discovery in the instant case 25-cv-170 as well against Paragon Component Systems, LLC.

WHEREFORE, Defendants respectfully request that the Court consider and incorporate the Motion to Compel Financial Disclosures filed in the companion case 25-cv-00075, Dkt. 171-1, as if fully set forth here, and rule upon such as well in the instant action 25-cv-170, accordingly.

[1] Plaintiffs in 25-cv-00075.

Dated this 17th day of August, 2026.

**MURPHY DESMOND S.C.**
Attorneys for Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, and Suzanne Grundahl.

Electronically Signed By: *_/s/ Scott G. Salemi_*
Scott G. Salemi
State Bar Number: 1118960
33 East Main Street, Suite 500
Madison, WI 53701-2038
Phone: (608) 257-7181
Fax: (608) 257-2508
ssalemi@murphydesmond.com

**KIRK GRUNDAHL**
Pro Se Defendant-Counterplaintiff

Electronically Signed By: *_/s/ Kirk Grundahl_*
Kirk Grundahl
1130 Fairway Court
Lake Mills, WI 53551
Phone: 608-217-3713
kgrundahl@qualtim.com