UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

PARAGON COMPONENT SYSTEMS, LLC,

Plaintiff,

v. Case No. 3:25-cv-00170-wmc

QUALTIM INC., CENTER FOR BUILDING INNOVATION LLC, DRJ ENGINEERING LLC, INSPIRED PURSUITS LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

Defendants.

---

**DEFENDANTS' MOTION TO STRIKE AND SEAL DOCUMENT #239**

---

Defendants Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, Kirk Grundahl, and Suzanne Grundahl (collectively, "Defendants") respectfully move to strike and seal Dkt. #239 - Proposed Findings of Fact (previously filed under seal), based upon the following:

On July 28, 2026, the Defendants filed their Additional Proposed Findings of Fact in Opposition to Plaintiff's Motion for Summary Judgment (Dkt. #239).

On July 29, 2026, the Defendants discovered that a non-final draft had been filed under seal possibly containing Attorneys' Eyes Only-Source Code information. Although under seal, such a filing may still be inconsistent with the Amended Agreed Protective Order Dkt. #171-1. As such, the Defendants immediately filed a sealed replacement as Dkt. #248.

Based upon the above, Defendants respectfully request that the Court strike and seal Dkt. #239 and replace such with Dkt. #248 if necessary for the record.

Dated this 17th day of August, 2026.

**MURPHY DESMOND S.C.**
Attorneys for Qualtim, Inc., Center for Building Innovation, LLC, DrJ Engineering, LLC, Inspired Pursuits, LLC, and Suzanne Grundahl.

Electronically Signed By: */s/ Scott G. Salemi*
Scott G. Salemi
State Bar Number: 1118960
33 East Main Street, Suite 500
Madison, WI 53701-2038
Phone: (608) 257-7181
Fax: (608) 257-2508
ssalemi@murphydesmond.com

**KIRK GRUNDAHL**
Pro Se Defendant-Counterplaintiff

Electronically Signed By: */s/ Kirk Grundahl*
Kirk Grundahl
1130 Fairway Court
Lake Mills, WI 53551
Phone: 608-217-3713
kgrundahl@qualtim.com