# COURTROOM MINUTES
# CIVIL

DATE: 8/18/2026 DAY: Tuesday START TIME: 12:30 pm END TIME: 12:50 pm

JUDGE/MAG.: WMC CLERK: JLS REPORTER: JLD

CASE NO.: 25-cv-170-wmc CASE NAME: Paragon Component Systems, LLC v. Qualtim, Inc., et al.

---

**APPEARANCES:**

| PLAINTIFF(S): | | DEFENDANT(S): | |
|---|---|---|---|
| | James Williams | | Scott Salemi |
| | Eileen Rumfelt | | |
| | David Moreland | | Kirk Grundahl |

---

**PROCEEDING:**

- ☐ CONFIRMATION OF SALE
- ☐ CONTEMPT OF COURT
- ☐ MOTION FOR DEFAULT JUDGMENT
- ☐ ORDER TO SHOW CAUSE
- ☒ OTHER: Status Conference

Scheduling of expert deadlines and trial dates discussed.

TOTAL COURT TIME: 20 min