**IN THE UNITED STATED DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

PARAGON COMPONENT SYSTEMS, LLC,

Plaintiff,

v.

QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

Defendants.

Case No. 3:25-cv-00170-wmc

---

**PARAGON COMPONENT SYSTEMS, LLC'S RESPONSE TO MOTION TO COMPEL FINANCIAL DISCLOSURES**

---

Defendants filed a motion to compel financial disclosures in the case styled *Inspired Pursuits, et al. v. Paragon Component Systems, LLC, et al.*, Case No. 3:25-cv-00075-wmc (the '75 Case"), to which Paragon responded, showing that the motion was premature and unfounded. (*See* '75 Case, Doc. 191, 201). Citing the Amended Protective Order by which the parties agreed that discovery need only be produced in one case, Defendants ask the Court to consider its motion to compel filed in the '75 Case as applicable to this case as well. (Doc. 270.) Paragon incorporates its response to that motion ('75 Case, Doc. 201), except to show additional reasons why Defendants' motion is premature here.

As Paragon explained in its response, the discovery requests Defendants rely on to support their motion relate to Paragon's Count Six for tortious interference, just added to the case on June 23, 2026. (*Id.*) Paragon timely served its written responses to Defendants' requests for production and its initial document production on August 3, 2026. (*Id.*) Paragon's responses to interrogatories

are not due to be served until today, and Paragon has made clear in a conferral just held on Friday, August 21, 2026 that it is preparing additional documents for production. (*See* Salemi letter of Aug. 22, 2026 § C, attached as Exhibit A to Rumfelt Decl.). Over the weekend, Plaintiffs sent two additional communications alleging discovery deficiencies, both related in part to Paragon's tortious interference damages theories. (*See id.*; Grundahl email of Aug. 23, 2026, attached as Exhibit B to Rumfelt Decl.). These recent and ongoing communications about Paragon's tortious interference damages documentation further evidence the premature nature of Defendants' motion. (See Rumfelt Decl. Ex. A ("If the source material is not produced promptly, we will have no practical alternative to raising it with the Court, and we would prefer not.")).

Additionally, even if this discovery dispute were ripe, Plaintiffs' urgency is overblown. While both parties agreed to cooperate to expedite discovery on this late-added claim, the parties' agreed-to schedule has discovery ending almost two months from now on October 16, 2026. (Doc. 214 ¶ 5.) And, because Mr. Grundahl was unavailable for deposition related to these claims until September 11, 2026,[1] Paragon's tortious interference expert's report has recently been postponed until September 21, 2026. (Doc. 274). Therefore, rolling productions of additional supportive documents are reasonable and appropriate.

In short, Defendants' motion is premature for all the reasons set forth in its response in the '75 Case, and because, in any event, Paragon has made clear it intends to imminently produce documents.

---

[1] Even though he agreed to a September 11, 2026 deposition during a Court hearing, Mr. Grundahl has just claimed he has a dentist appointment midday that the parties will be required to work around.

Dated: August 24, 2026

*/s/ Tamar B. Kelber*
Tamar B. Kelber, SBN 1101802
Joshua S. Greenberg, SBN 1107959
GASS TUREK LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
Telephone: (414) 223-3300
kelber@gassturek.com
greenberg@gassturek.com

David S. Moreland, GA Bar No. 521998
Eileen Rumfelt, GA Bar No. 040608,
*appearing pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street NW, Suite 2100
Atlanta, Georgia 30309
Telephone: (404) 962-6100
david.moreland@millermartin.com
eileen.rumfelt@millermartin.com

James T. Williams, TN BPR 16341
Erin E. Steelman, TN BPR 38463
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com

***Attorneys for Plaintiff Paragon Component Systems, LLC***