IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARAGON COMPONENT SYSTEMS, LLC,

Plaintiff,

v.

Case No. 3:25-cv-00170-wmc

QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

Defendants.

---

**DECLARATION OF EILEEN H. RUMFELT IN SUPPORT OF PARAGON'S RESPONSE TO MOTION TO COMPEL**

---

1. I am an attorney with the law firm of Miller & Martin, PLLC and am one of the attorneys of record representing Plaintiff Paragon Component Systems, LLC in the above-captioned matter. I make this declaration in support of Paragon's Response to Defendants' Motion to Compel Financial Disclosures.

2. Attached hereto as Exhibit A is a true and correct copy of a letter sent by Attorney Scott Salemi to my colleague, James Williams, on August 22, 2026.

3. Attached hereto as Exhibit B is a true and correct copy of an email from Defendant Kirk Grundahl to counsel sent on August 23, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 24th day of August, 2026.

*/s/ Eileen H. Rumfelt*
Eileen H. Rumfelt