**IN THE UNITED STATED DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

PARAGON COMPONENT SYSTEMS, LLC,

Plaintiff,

v.

Case No. 3:25-cv-00170-wmc

QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

Defendants.

---

**PARAGON COMPONENT SYSTEMS, LLC'S RESPONSE TO DEFENDANTS' MOTION TO RESET DISPOSITIVE MOTION DEADLINE REGARDING THE SUPPLEMENTAL COMPLAINT**

---

Paragon Component Systems, LLC responds to Defendants' "Unopposed" Motion to Reset Dispositive Motion Deadline Regarding the Supplemental Complaint (Doc. 285) to clarify its position on that motion. Defendants' motion states that "[o]n September 10, 2026, the parties completed conferral and Paragon stated that it does not oppose the relief requested herein." However, Defendants did not provide a copy of the motion to Paragon before filing it, Defendants' motion does not provide the full context for the parties' conferral on this issue, and is therefore inaccurate.

On September 8, Defendants advised that they intended to move to strike the dispositive motion deadline based on their just-filed motion to compel (Doc. 283) and demanded a response by 12:00 p.m. on September 10 indicating "if Paragon would consider not opposing such a motion and upon what if any terms." *See* Exhibit 1 to Rumfelt Declaration.

Paragon responded by Defendants' deadline, stating its position that it would not oppose the request, but not for the reasons Defendants claimed it was necessary. *Id.* Paragon explained that multiple outstanding discovery issues, including depositions which Defendants had noticed but taken off the calendar, had created difficulties for all open case deadlines. Therefore, a re-calibration of the deadlines would be necessary to ensure that all open issues could be resolved under any new schedule, including Paragon's pending September 21, 2026 expert witness deadline. Defendants did not respond, did not otherwise engage on a new schedule, and filed their motion, characterizing it as unopposed. After having asked for the specific terms of Paragon's position, Defendants omitted those terms from their statement of conferral.

Further, Defendants' motion cites as good cause for its requested relief that Defendants "require the disclosures described in the above Motion to Compel in order to prepare any meaningfully dispositive motion" and "such a dispositive motion to be based [sic] on the lack of disclosures which defendants are seeking to compel." Paragon does not agree Defendants' motion to compel is well-founded or that it represents good cause for an extension. Paragon will assert its responsive positions to that motion by the court-set deadline.

Accordingly, Paragon respectfully requests that the Court order the parties to confer on the schedule associated with Paragon's Supplemental Complaint and jointly propose a revised schedule to the Court, and limit its ruling on Defendants' motion to removing the dispositive deadline of September 15, 2026 from the current schedule.

Dated: September 11, 2026

*/s/ Tamar B. Kelber*
Tamar B. Kelber, SBN 1101802
Joshua S. Greenberg, SBN 1107959
GASS TUREK LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
Telephone: (414) 223-3300
kelber@gassturek.com
greenberg@gassturek.com

David S. Moreland, GA Bar No. 521998
Eileen Rumfelt, GA Bar No. 040608,
*appearing pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street NW, Suite 2100
Atlanta, Georgia 30309
Telephone: (404) 962-6100
david.moreland@millermartin.com
eileen.rumfelt@millermartin.com

James T. Williams, TN BPR 16341
Erin E. Steelman, TN BPR 38463
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com

***Attorneys for Plaintiff Paragon Component Systems, LLC***