**IN THE UNITED STATED DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

PARAGON COMPONENT SYSTEMS, LLC,

Plaintiff,

v.

Case No. 3:25-cv-00170-wmc

QUALTIM, INC., CENTER FOR BUILDING INNOVATION, LLC, DRJ ENGINEERING, LLC, INSPIRED PURSUITS, LLC, KIRK GRUNDAHL, and SUZANNE GRUNDAHL,

Defendants.

---

**PLAINTIFF'S PETITION FOR ATTORNEYS' FEES RELATED TO DEFENDANTS' MOTION TO COMPEL FINANCIAL DISCLOSURES**

---

On August 17, 2026, Defendants moved to compel financial disclosures from Paragon, incorporating by reference their motion to compel filed in a different case involving many of the same parties, *Inspired Pursuits, LLC, et al. v. Paragon Component Systems, LLC, et al.*, 25-CV-00075. (Doc. 270). Defendants' stated basis for moving to compel in this case was that the parties had agreed to share discovery across both cases. (*Id.*) The Court denied Defendants' motion and invited Paragon to file a motion for costs and fees pursuant to Federal Rule of Civil Procedure 37(a)(5)(B). (Doc. 304). Paragon accordingly requests its costs and fees in preparing the response to the motion to compel, as follows:

| Date | Work | Time | Fees | Verification |
|---|---|---|---|---|
| 8/23/2026 | Drafting response to motion to compel | 1.0 hours | $565.00 | Rumfelt Declaration |
| 8/24/2026 | Finalizing and managing filing of response to motion to compel | 0.4 hours | $226.00 | Rumfelt Declaration |



41631225v1

| | | | | |
|---|---|---|---|---|
| 8/24/2026 | Review draft Opposition to Motion to Compel | 0.2 hours | $100.00 | Kelber Declaration |
| 8/24/2026 | Emails with James Williams and Eileen Rumfelt regarding review of draft opposition and revisions to same | 0.2 hours | $100.00 | Kelber Declaration |
| 8/24/2026 | Draft Declaration in Support of Opposition to Motion to Compel | 0.3 hours | $150.00 | Kelber Declaration |
| | Emails with Eileen Rumfelt regarding Declaration and Exhibits | 0.2 hours | $100.00 | Kelber Declaration |
| | | **TOTAL FEES:** | **$1,241.00** | |

WHEREFORE, based on the preceding accounting, Plaintiff requests that the Court enter an Order awarding it $1,241.00 in fees against Defendants.

Respectfully submitted September 30, 2026.

**MILLER & MARTIN PLLC**

*/s/ Tamar B. Ke.ber*
Tamar B. Kelber, SBN 1101802
Joshua S. Greenberg, SBN 1107959
GASS TUREK LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
Telephone: (414) 223-3300
kelber@gassturek.com
greenberg@gassturek.com

David S. Moreland, GA Bar No. 521998
Eileen Rumfelt, GA Bar No. 040608,
*appearing pro hac vice*
MILLER & MARTIN PLLC
1180 W. Peachtree Street NW, Suite 2100
Atlanta, Georgia 30309
Telephone: (404) 962-6100

david.moreland@millermartin.com
eileen.rumfelt@millermartin.com

James T. Williams, TN BPR 16341
Erin E. Steelman, TN BPR 38463
*appearing pro hac vice*
MILLER & MARTIN PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
James.Williams@millermartin.com
Erin.Steelman@millermartin.com

***Attorneys for Plaintiff Paragon Component***